## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **MALA GEOSCIENCE AB** | |
| Applicant(s), | |
| vs. | **Civil Action No. 06-1343(RMC)** |
| **WITTEN TECHNOLOGIES, INC.** | |
| Respondent(s). | |

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing documents electronically, bulky exhibits have been filed in this case. The exhibits are available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk