UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Malå Geoscience AB,**

        **Applicant**

v.

**Witten Technologies, Inc.,**

        **Respondent**

Civil No.

## NOTICE OF APPLICATION TO PARTIALLY VACATE
## AWARD OF ARBITRATOR

Please take notice that on July 28, 2006 an application to partially vacate the arbitration award in the above cited case was filed at the U.S. District Court for the District of Columbia. All pleadings, motions and other subsequent filings must be filed at the U.S. District Court for the District of Columbia with the Judge's initials and the case number.

Respectfully submitted,

By: _____
Thomas W. Brunner (D.C. # 170480)
Albert C. Lambert (D.C. # 489562)
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7032

TO:
Erin L. G. Lewis, Esq.
Witten Technologies, Inc.
3638 Overlook Avenue
Macon, Georgia 31204
478.474.6644

Timothy D. Kelly (MN # 54926)
Sarah E. Bushnell (MN # 0326859)
3720 IDS Center
80 South Eighth St.
Minneapolis, MN 55402
(612) 349-6171

Dated: July 28, 2006

*Attorneys for Mala Geoscience A.B.*