CO-386-online
10/03

# United States District Court
# For the District of Columbia

Mala Geoscience, A.B.

              vs          Plaintiff

Witten Technologies, Inc.

                    Defendant

)
)
)
)
)
)
)
)
)
)

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Mala, Geoscience, A.B.  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Malå Geoscience Forvaltnings AB  which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Albert Lambert
_____
Print Name

489562
_____
BAR IDENTIFICATION NO.

1776 K Street NW
_____
Address

Washington DC 20006
_____
City         State        Zip Code

202-719-7419
_____
Phone Number