UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Malå Geoscience AB,<br><br>            Applicant<br><br>    v.<br><br>Witten Technologies, Inc.,<br><br>            Respondent | Civil No. 06-1343 (RMC) |

### NOTICE OF FILING SUPPLEMENTAL EXHIBIT TO APPLICATION TO PARTIALLY VACATE AWARD OF ARBITRATOR

Applicant Malå Geoscience AB ("Malå") hereby notices the filing of a supplemental exhibit to its July 28, 2006 Application to Partially Vacate Award of Arbitrator. The exhibit, to be referenced as "Attachment L," is an excerpt from the transcript of the April 25, 2006 Arbitration hearing, wherein the Arbitrator stated that the award of a license under the Glue Patent "assigned under the [Exchange and Settlement A]greement" was "something beyond which [he] could grant." April 25, 2006 Tr. (Att. L) at 295:15-22. Accordingly, he encouraged the parties to settle because Malå was offering something he could not otherwise award. Id. at 295-96. The attachment thereby supports Malå's position that the Arbitrator lacked jurisdiction to transfer ownership of the Glue Patents to Witten, as the Arbitrator himself acknowledged on the record. See generally Application to Vacate (Docket No. 1) at 13-22.

Respectfully submitted,

By: ___/s/ Thomas W. Brunner_____
Thomas W. Brunner (D.C. # 170480)
Albert C. Lambert (D.C. # 489562)
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC  20006
TEL: 202.719.7032

Timothy D. Kelly (MN # 54926)
Sarah E. Bushnell (MN # 0326859)
3720 IDS Center
80 South Eighth St.
Minneapolis, MN 55402
(612) 349-6171

Dated: August 22, 2006            *Attorneys for Malå Geoscience A.B.*