00292
```
 1                April 25, 2006
 2       THE ARBITRATOR:  Mr. Kelly, did you want
 3  to address the proposal that you made for a consent
 4  judgment?
 5       MR. KELLY:  Yes, as you know on pages 37
 6  and 38 of our brief, we suggested, and it's not
 7  really a consent judgment, but we're asking for the
 8  award to be entered on the merits.  So I am
 9  crossing my fingers and I am hoping that the other
10  side will "see the light" and see that this is a
11  fair proposal, but I am proposing it as an award
12  for you to enter.
13       On page 37 and page 38 of our brief we kind of
14  presaged a proposal along these lines.
15       After that, we heard Erin's opening statement
16  in which she accused us like other people of trying
17  to loot the company, to steal their ideas and we
18  denied that and we said, "No, that is not what we
19  are trying to do.  You have misunderstood what we
20  are trying to do. "
21       I suggested in my opening statement that the
22  parties submit proposed orders so the arbitrator
```

00293
1  would have a firm understanding of what they are
2  asking you to do.  I offered to go first, and I
3  think the chair suggested that it be delivered this
4  morning.
5       I may have volunteered it, I cannot
6  honestly remember, but I did fulfill my promise.  I
7  do reiterate.  I have never broken any promise to
8  Erin, and to the extent that she accused me of
9  that, I plead not guilty.
10      If I am remiss in any way, I will fix it,
11  but I do take personal umbrage to that.  I try to
12  fulfill my promises.
13      Anyway, the I way I see it is that we
14  have kind of three "rights" so to speak.  Mala has
15  got hardware rights.  Witten has got display
16  software rights, and in between the two, is this
17  so-called GLUE patent.  I'm not knowledgeable in
18  patents, and I am not knowledgeable in software,
19  but in my simple way of looking at things, the GLUE
20  patent, in order to efficiently operate, it has to
21  have elements of our stuff and elements of their
22  stuff.

00294
1        So as I said in opening, I thought Erin's
2   point in regard to the GLUE patent made sense, so
3   this addresses the GLUE patent that I think is fair
4   to both sides.
5        The overarching theme of this proposed
6   order is to be fair to both sides.
7        The second issue that I thought she
8   raised in her opening statement was contrary, I
9   believe, to what was raised up to this point is
10  that Witten doesn't have an opportunity to obtain
11  CARTs elsewhere.
12       It may be able to do so, but it would
13  will take a year or two to do some adjustment of
14  the software to fit.  I don't know if that's the
15  right word, some other CART that may be available
16  on the market.
17       I tried to put in a provision to deal
18  with that as well, an option to purchase, a two-way
19  option to purchase, but the idea here is parity, I
20  mean, the idea here is future competition between
21  the two companies but to do it in a fashion that
22  involves parity.  That's what I am trying to pitch

00295

1   in this order, and if I have missed something, I am

2   happy to discuss it.

3        THE ARBITRATOR:  I have looked this over

4   quickly, but is my understanding correct that the

5   exchange and settlement agreement would remain in

6   full force and effect?

7        MR. KELLY:  Absolutely.

8        THE ARBITRATOR:  So the issue of whether

9   or not Mala could later obtain rights to the

10  software in the event of bankruptcy would remain in

11  the ESA?

12       MR. KELLY:  It will be a potential

13  bearing in mind that nobody has deposited the

14  requirements on either side.

15       THE ARBITRATOR:  Yes, I understand that.

16  This is a proposed judgment, but it is also in the

17  nature of an offer to settle as well.  I believe on

18  the one hand it doesn't deal with your ESA

19  problems, but it does deal at least with the grant

20  to you, Mr. Green, of a license under the one

21  patent that was assigned under the ESA agreement

22  and that is something beyond which I could grant, I

00296

1  believe.

2      So it is in the nature of settlement. I would

3  encourage you to do two things. One, the

4  principals are here. I cannot take part in

5  settlement negotiations, but I certainly encourage

6  you people to meet and discuss this proposal, and

7  if you have a separate proposal, please make it.

8      In the event you should reach an agreement on

9  either this proposal or one that you come up with,

10  Rule 44 provides that the parties settle their

11  dispute during the course of the arbitration, and

12  if the parties so request, the arbitrator may set

13  forth the terms of the settlement in the consent

14  award.

15      That's an opportunity and I encourage you to

16  settle. As businessmen you know much more about

17  what you need than I know about what either of you

18  need. There is much less uncertainty with your

19  doing what you usually do with a problem and that

20  is discussing it with each other and trying to

21  resolve it.

22      I realize that your track record in this

00297
1  regard hasn't been excellent, but I do encourage
2  you to do it. Again, I repeat, I cannot take part
3  as mediator, I am here to arbitrate, but I do
4  encourage it and ask you to do that and that you do
5  this some time today or maybe tomorrow morning, the
6  principals, I ask you to meet at least and discuss
7  it.
8     Ms. Lewis, you can, of course, reject this and
9  then I would decide whether it should be entered.
10 I would ask that you carefully consider and that
11 you discuss it with your client. That you meet to,
12 at least, discuss it. Oh, I don't know, would it
13 take 30 minutes or an hour, but at least talk with
14 the other side about some sort of a resolution.
15    In addition, I also would like some time this
16 week, I guess maybe Thursday morning would be that
17 appropriate time, if you cannot reach agreement as
18 to what the terms of a consent order should be or a
19 settlement agreement, by Thursday morning, could
20 you give me your proposal of what you think should
21 be in the judgment.
22       MS. LEWIS: Yes.