**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2006, a true copy of the foregoing Notice of Filing Supplemental Exhibit to the Application to Partially Vacate Award of Arbitration was sent to the following via facsimile and U.S. mail:

Erin L. G. Lewis, Esq.
Witten Technologies, Inc.
3638 Overlook Avenue
Macon, Georgia 31204
478.474.6644

_____
Albert C. Lambert