UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Malå Geoscience AB,<br><br>   Applicant<br><br>v.<br><br>Witten Technologies, Inc.,<br><br>   Respondent | Civil No. 06-1343 (RMC) |

**CONSENT MOTION FOR ENTRY
OF ORDER SETTING BRIEFING SCHEDULE**

Applicant Malå Geoscience AB and Respondent Witten Technologies Inc. hereby jointly move this Court for entry of the proposed scheduling Order attached hereto.

Dated: August 29, 2006

Respectfully submitted,

By: _____
Thomas W. Brunner (D.C. # 170480)
Albert C. Lambert (D.C. # 489562)
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7032

Timothy D. Kelly (MN # 54926)
Sarah E. Bushnell (MN # 0326859)
3720 IDS Center
80 South Eighth St.
Minneapolis, MN 55402
(612) 349-6171

*Attorneys for Malå Geoscience A.B.*

By: _____
William Sekyi (D.C. # 480325)
FISH & RICHARDON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
TEL: (202) 783-5070

Erin L.G. Lewis
Witten Technologies, Inc.
3638 Overlook Avenue
Macon, GA 31204
TEL: (478) 474-6644

*Attorneys for Witten Technologies, Inc.*