UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Malå Geoscience AB,**<br> Skolgatan 11, S-930 70 Malå, Sweden<br><br>**Applicant**<br><br>v.<br><br>**Witten Technologies, Inc.,**<br>1365 Windsor Harbor Drive, Jacksonville, FL 32225<br><br>**Respondent** | Civil No. 06-1343 (RMC) |

## ORDER

UPON CONSIDERATION of the parties' Consent Motion for Entry of Order Setting Briefing Schedule:

Respondent Witten Technologies, Inc. shall serve and file its Opposing Points and Authorities to Malå's Application to Partially Vacate Award of Arbitrator on or before Tuesday, September 5, 2006.

Applicant Malå Geoscience A.B. shall file its Reply Memorandum regarding its Application to Partially Vacate Award of Arbitrator on or before Friday, September 15, 2006.

Ordered this _____ day of _____, 2006.

_____

The Hon. Rosemary M. Collyer

UNITED STATES DISTRICT JUDGE