AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Malå Geoscience AB

        Plaintiff(s)  )
)
)
        vs.  )
Witten Technologies, Inc.  )
)
        Defendant(s)  )

**APPEARANCE**

CASE NUMBER    06-1343 (RMC)

To the Clerk of this court and all parties of record:

Please enter the appearance of __William Sekyi__ as counsel in this
             (Attorney's Name)

case for: __Witten Technologies, Inc.__
            (Name of party or parties)

August 31, 2006
Date

_[signature]_
Signature

William Sekyi
Print Name

480325
BAR IDENTIFICATION

Fish & Richardson PC, 1425 K Street, NW
Address

Washington, DC 20001
City    State    Zip Code

202-783-5070
Phone Number