UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Malå Geoscience AB,

        Applicant

v.

Witten Technologies, Inc.,

        Respondent

Civil No. 06-1343 (RMC)

## MOTION TO APPEAR PRO HAC VICE

Comes now, Raymond R. Castello, pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, and moves this Court to allow said movant to appear of record in the above-entitled case and participate *pro hac vice* on behalf of Witten Technologies, Inc.

I certify that I am a member in good standing of the New York Bar and that in compliance with D.C.D.C. Rule 83.2(d), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D.C.D.C. Rule 83.2(d), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

**THEREFORE,** movant respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the District of Columbia.

Dated: *Aug. 31*, 2006

Respectfully submitted,

By: *Raymond Castello* /GP  
Raymond R. Castello (NY# 1224021)  
FISH & RICHARDON, P.C.  
Citigroup Center, 52nd Floor  
153 East 53rd Street  
New York, NY 10022  
TEL: (212) 765-5070

*Attorney for Witten Technologies, Inc.*

By: _____  
William Sekyi (DC# 480325)  
FISH & RICHARDSON P.C.  
1425 K Street, NW  
11th Floor  
Washington, DC 20005  
TEL: (202) 783-5070

*Sponsoring Attorney for Raymond R. Castello*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Malå Geoscience AB,<br><br>    Applicant<br><br>v.<br><br>Witten Technologies, Inc.,<br><br>    Respondent | Civil No. 06-1343 (RMC) |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to D.C.D.C. Rule 83.2.(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Raymond R. Castello.

2. I practice under the following firm name:

   Fish & Richardson P.C.
   Citigroup Center
   153 East 53rd Street
   52nd Floor
   New York, NY 10022
   (212) 765-5070 (telephone)
   (212) 258-2291 (facsimile)
   castello@fr.com

3. I have been admitted to practice in the following courts:

   New York, 1978
   United States District Court for the Southern District of New York, 1979

4. I am in good standing in all bars of which I am a member, I have not been disciplined by any bar, and no grievance proceedings have been previously or are presently filed against me in any jurisdiction;

5. I have not been admitted to practice *pro hac vice* in this Court within the past two (2)

years; and

6.  I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia Bar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corrected. Executed on this 31 day of August, 2006.


Respectfully submitted,

By: *Raymond Castello* RGP
Raymond R. Castello (NY #1224021)
FISH & RICHARDON, P.C.
Citigroup Center
153 East 53rd Street
52nd Floor
New York, NY 10022
TEL: (212) 765-5070

*Attorney for Witten Technologies, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Malå Geoscience AB,**<br> Skolgatan 11, S-930 70 Malå, Sweden<br><br>**Applicant**<br><br>v.<br><br>**Witten Technologies, Inc.,**<br>1365 Windsor Harbor Drive, Jacksonville, FL 32225<br><br>**Respondent** | Civil No. 06-1343 (RMC) |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

UPON CONSIDERATION of the Motion to Appear Pro Hac Vice, and for good cause show, the Court finds that said motion should be sustained and that Raymond R. Castello should be and hereby is admitted to practice *pro hac vice* in the United States District Court for the District of Columbia for purposes of this case only on behalf of Witten Technologies, Inc.

Ordered this _____ day of _____, 2006.

_____
The Hon. Rosemary M. Collyer

UNITED STATES DISTRICT JUDGE