# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Malå Geoscience AB,

                  Applicant

      v.

Witten Technologies, Inc.,                        Civil No. 06-1343 (RMC)

                Respondent

## MOTION TO FILE EXCESS PAGES
## BULK FILING OF EXHIBIT ATTACHMENTS IN EXCESS OF 500 PAGES

Respondent Witten Technologies Inc. hereby moves this Court to accept a filing in excess of 500 pages. Respondent has filed electronically Witten Technology's Brief in Support of Motion in Opposition to Mala's Application to Partially Vacate Award of Arbitrator and in Support of Petition for Confirmation of Award. The Notice of Bulk Filing is attached hereto.

Dated: September 5, 2006

Respectfully submitted,

William Sekyi (DC 480325)
FISH & RICHARDSON, P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
(202) 783-5070

By: *William Sekyi*

*Attorney for Witten Technologies, Inc.*

## **ORDER**

UPON CONSIDERATION, this Court hereby grants Respondent Witten Technologies, Inc.'s Motion to File Excess Pages Bulk Filing  of Exhibit Attachments in Excess of 500 Pages, this Court hereby

Ordered this _____ day of _____, 2006.

_____

The Hon. Rosemary M. Collyer

UNITED STATES DISTRICT JUDGE