# FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612-336-3000
FACSIMILE 612-336-3026



December 13, 2000

Frank A. De Costa, III, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C.  20005-3315

RECEIVED

DEC 21 2000

FINNEGAN, HENDERSON
FARABOW, GARRETT & DUNNER LLP

Re:　MALA/Witten License Agreement
　　 Our File: 54402-223715

Dear Mr. De Costa:

　　　　The draft patent application sent to me under cover of your September 18, 2000 letter presents a number of issues of concern to MALA GeoScience.

　　　　We note that the draft application claims priority to the application filed on September 8, 2000, and therefore effectively to the joint provisional application filed a year earlier. We also note that the claims appear to be sufficiently broad to encompass features of the ground penetrating radar disclosed in these two prior applications. In fact, some of the claims seem so broad as to effectively encompass the concept of ground penetrating radar.

　　　　As you are no doubt aware, mobile ground penetrating radar systems for identifying buried objects were known and used well prior to the filing of the joint provisional application. We are curious how you are interpreting the broader claims in the draft application to cover patentable subject matter over this prior art.

　　　　A number of features of the claimed ground penetrating radar were provided to Witten by MALA. These include a data acquisition processor with monostatic functionality. To the extent that the claims are directed to patentable subject matter, MALA believes that its personnel should be identified as inventor(s). Since you have discussed these claims with Mr. Johansson, we would like you to advise us which claims you believe are directed to inventions that were jointly or solely invented by MALA personnel, and who you intend to name as inventors.

　　　　At least some of the claims in the patent application appear to be directed to the hardware features of the radar system. Under the terms of the Prototype Development Agreement between MALA and Witten, MALA is to be the sole owner of improvements to its hardware resulting from the parties development efforts, regardless of the inventors.

*Minneapolis　Denver　Des Moines　London　Frankfurt*

Civil Action No: 1:06-cv-01343

Respondent WTI Ex. No. 13A

Arb. Ex. No: 417-O

WTI
06361

2immrr

ntt

tertttttttttt

Page 2

Please advise us which claims Witten considers to be hardware related, and confirm that Witten will assign its rights to those inventions to MALA.

MALA has asked me to promptly undertake all reasonable actions to preserve its patent rights to technology it has developed or owns in connection with its business relationship with Witten. Accordingly, we would appreciate a response to our questions at your earliest convenience.

We look forward to hearing from you.

Sincerely,

Walter C. Linder

WCL:er
M2.20354562 01
cc: J. Rynning
T. Leijon
H. Kaplan

*Kopia till akt*
*kopia till TL Mala*



**FAEGRE & BENSON** LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612-336-3000
FACSIMILE 612-336-3026

WALTER C. LINDER
612/336-3478

January 22, 2001

**BY TELECOPY**

Frank A. De Costa, III, Esq.
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315

Re: U.S. Patent Application Serial No. 09/658,188
Title: GROUND PENETRATING RADAR ARRAY AND TIMING
CIRCUIT
Filed: September 8, 2000
Your File: 07582.0005-00000
Our File: 54402-223715

Dear Mr. De Costa:

I am following up on several patent matters relating to the business
relationship between MALÅ Geoscience and Witten Technologies.

With respect to the U.S. Patent Application Serial No. 09/658,188, filed on
September 8, 2000, we have received Mr. Lesch's December 4, 2000, letter and attachments
regarding a need to complete the missing parts of the application. As you know, under the
terms of the Prototype Development Agreement, Witten has agreed to assign its rights in this
patent application to MALÅ. In fact, on the basis of my discussions with MALÅ personnel,
I understand that Witten has verbally confirmed its intention to execute such an assignment.
Witten has not, however, done so to date.

Under these circumstances, we are concerned that Witten will not follow
through with the commitments it made in the Prototype Development Agreement.
Accordingly, Mr. Johannson will sign the declaration and power of attorney for this
application only upon receipt of the written assignment of the application to MALÅ. Unless
we receive this written assignment within 10 days of the date of this letter, we will be
undertaking actions to preserve MALÅ's rights to its inventions described in the patent
application.

Civil Action No: 1:06-cv-01343

Respondent WTI Ex. No. 13B

Arb. Ex. No: 417-P

M 000552

Page 2

In your letter of December 21, 2000, you stated that you would respond to the questions raised in my earlier letter of December 13, 2000, regarding the draft patent application. We have not yet received your response.

These issues are of considerable concern to MALÅ. At this point you are presumably representing the interests of both MALÅ and Witten. Accordingly, and since you have discussed this matter with MALÅ personnel, we believe we are entitled to your thoughts to these questions. If after providing us with this information you believe that you are no longer able to represent MALÅ's interests, we would understand if you felt the need to withdraw from further representation of MALÅ per the February 18, 1999, letter of E. Robert Yoches to Jan Rynning. A copy of this letter is enclosed for your reference.

We look forward to receiving the executed assignment. Please let us know when we can expect to receive a response to our questions regarding the draft patent application.

Sincerely,

Walter C. Linder

WCL:er
Enclosure
M2 20361003.01
cc:     J. Rynning
        T. Leijon
        H. Kaplan

M 000553

February 12, 2001

Privileged and Confidential Communication
Attorney Work Product

UNITED STATES PATENT APPLICATION

OF

ALAN WITTEN

FOR

A METHOD AND APPARATUS FOR IDENTIFYING BURIED OBJECTS USING
GROUND PENETRATING RADAR

Civil Action No: 1:06-cv-01343

Respondent WTI Ex. No. 13C

Arb. Ex. No: 417-Q

WTI
06376

February 12, 2001                    **Privileged and Confidential Communication**
                                          **Attorney Work Product**

## RELATED APPLICATION

This patent application claims priority to U.S. Patent Application No. 09/658,188 filed

September 8, 2000, entitled, Ground Penetrating Radar Array and Timing Circuit, which is herein

incorporated by reference in its entirety.

## BACKGROUND OF THE INVENTION

The present invention relates to ground-penetrating radar (GPR) systems and methods, and

more particularly to ground-penetrating radar systems and methods for identifying buried objects.

GPR is similar to upward-looking radar used for air traffic control and meteorology,

except that the antenna array is directed toward the ground; thus presenting an entirely different

set of technical challenges.  For example, GPR is used for geophysical applications such as

mapping subsurface strata, locating toxic waste sites for remediation, and detecting of unexploded

subsurface ordinance.

A GPR system comprises at least one transmitter that transmits an electromagnetic

impulse, continuous wave, or swept frequency signal, for example, in the frequency range of

1MHz to 10GHz.  The system also comprises at least one receiver that receives a reflected

waveform.  The impulse is short with respect to the wavelength being transmitted.  In practice, the

impulse can be, for example, one or two cycles.  Therefore, GPR systems are sometimes referred

to as "impulse" radars.

Subsurface industries such as construction, utility location, environmental remediation,

and unexploded-ordnance detection have long sought safe, reliable, cost-effective methods for

WTI
06377

February 12, 2001                    **Privileged and Confidential Communication**
                                              **Attorney Work Product**

"seeing into the ground." The utility location market suffers greatly from inadequate location technologies that result in hundreds of millions of dollars in damages, delays, and lost revenue for utility companies and contractors every year, losses that can be reduced significantly by use of GPR. Three utility locating market segments, can be distinguished by their accuracy and price: (1) One Call; (2) private locating; and (3) subsurface utility engineering (SUE).

"One Call" is a nationwide clearinghouse that provides an alert to all public and private utilities of when and where construction may impact their lines. By law, contractors must register their site with One Call, which in turn contacts all the relevant utilities so they can mark their utility lines. One Call locating systems are based on electromagnetic induction technology. Utility companies, responding to a One Call work order, guarantee accuracy on conductive lines within twenty-four inches horizontally on either side, with no guarantee of depth. With One Call, utility line locations are simply painted temporarily on the ground, easily subject to erosion or destruction. This poor accuracy results in broken utility lines and revenue loss.

Construction, utility, and industrial companies often rely on "private locating." Private locating provides a greater degree of accuracy than is delivered by One Call. These companies often hire a utility locating company or a geophysics company to apply more expensive and time-consuming locating techniques. Private locating companies typically use electromagnetic induction technology, GPR, and magnetometry. Often this includes excavation, the most reliable and expensive conventional method for determining the exact location of utilities.

3

WTI
06378

February 12, 2001                    **Privileged and Confidential Communication**
                                          **Attorney Work Product**

Industrial and utility companies, however, frequently require more accurate maps of the

subsurface than One Call or private locating can provide.  For instance, extra accuracy may be

needed while excavating near an oil pipeline because of the rise of breaking a pipe.  Or, it may be

too costly to accidently cut an interstate fiber optic cable carrying important communications.  In

such situations, excavators perform a total cost/value analysis, including consideration of risk/cost

avoidance.  Often, they are more willing to pay higher fees to ensure greater accuracy.

"SUE" can provide more accuracy than One Call or private locating.  SUE is a rapidly

growing specialty service offered by geophysical and engineering companies.  It entails planning

and designing utility arrangements before highway or other large infrastructure construction.  SUE

engineers painstakingly map all discernible utilities at a given site using a variety of conventional

geophysical methods. SUE uses electromagnetic induction technology, GPR, and magnetometry.

It is generally more costly than private locating services because it uses computer aided design to

produce a permanent record of the location of utilities.  Even this premium service often only

identifies 80% of utilities with certainty, frequently less when unknown non-conductive utilities

are present.  Further, SUE is very expensive.  Accordingly, there is, therefore, a need for systems

that overcome the limitations of the conventional techniques.


## SUMMARY OF THE INVENTION

The present invention provides a methodology for identifying buried objects using ground

penetrating radar.  Additional features and advantages of the invention will be set forth in the

4

WTI
06379

February 12, 2001          Privileged and Confidential Communication
                                      Attorney Work Product

description which follows, and in part, will be apparent from the description, or may be learned by

practicing the invention. The objectives and other advantages of the invention will be realized

and obtained by the method and apparatus particularly pointed out in the written description and

the claims hereof as well as in the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the

invention, as embodied and broadly described, an apparatus and method according to the

invention identifies buried objects using GPR. An apparatus for identifying a buried object using

ground penetrating radar (GPR) in a system containing at least one GPR sensor, comprises a data

processor for detecting spatial correlations in data received from a GPR sensor in the apparatus

and an image processor capable of building a data structure corresponding to an image of the

buried object from data processed by the data processor. A method for identifying a buried object

using GPR in a system containing a GPR sensor comprising detecting spatial correlations in data

received from the GPR sensor in the system and building a data structure corresponding to an

image of the buried object from the received data.

Both the foregoing general description and the following detailed description are

exemplary and explanatory and are intended to provide further explanation of the invention as

claimed.

## DESCRIPTION OF THE FIGURES

The accompanying drawings, which are incorporated in and constitute part of the

specification, illustrate an embodiment of the invention and together with the general description

5

WTI
06380

February 12, 2001                    Privileged and Confidential Communication
                                              Attorney Work Product

given above and detailed description of the embodiment given below, serve to explain the

principles of the invention.

Fig. 1 is an embodiment of an apparatus for identifying buried objects using ground-

penetrating radar;

Fig. 2 is a detailed view of sensor unit 102;

Fig. 3 is a block diagram of three suitable antenna geometries;

Fig. 4 illustrates a direction of movement in antenna array configuration 302 with a single

line of transmitter and receiver antenna elements;

Fig. 5 is a schematic diagram of data acquisition at three different time steps t0, t1, and

using the array configuration and scan direction shown in Fig. 4;

Fig. 6 is a schematic diagram of the antenna array elements in a configuration of sensor

unit 102 for monostatic data acquisition;

Fig. 7 is a schematic diagram of multistatic data acquisition;

Fig. 8 is a schematic diagram of the distance between a transmitting antenna element and a

receiving antenna element;

Fig. 9 is a graph of a received radar signal time series;

Fig. 10 is a schematic of a critically refracted ray in a GPR system;

Fig. 11 is a schematic of a critically refracted ray and a reflected ray in a GPR system;

Fig. 12 is a schematic diagram of bistatic measurements for computing wave speed;

Fig. 13 is a diagram of a mobile vehicle with a GPR system;

6

WTI
06381

February 12, 2001                    Privileged and Confidential Communication
                                                Attorney Work Product

Fig. 14 is a diagram of a mobile vehicle with a GPR system; and

Fig. 15 is a diagram of a portable GPR system.


## DETAILED DESCRIPTION OF THE INVENTION

A method and system is disclosed for identifying buried objects using ground-penetrating radar. Fig. 1 is an embodiment of an apparatus for identifying buried objects using ground-penetrating radar consistent with the present invention. The apparatus of Fig. 1 includes sensor unit 102, data processor 104, pre-processor 106, image processor 108, feature processor 110, detector 112, discriminator 114, and display 116.

Fig. 2 is a detailed view of sensor unit 102. An embodiment of sensor unit 102 consistent with the present invention includes transmit antenna 202 and receive antenna 204. Transmit antenna 202 emits GPR waves used to probe for buried objects. Receive antenna 204 receives the transmitted GPR waves as they are reflected from the ground and from objects located beneath the ground. Sensor unit 102 controls the characteristics of the transmitted GPR signal (with optional support from data processor 104 as will be descried in greater detail below) and receives the reflected signal. Suitable antennas for the present invention include, for example, small broadband antennas with a broad beam pattern having a frequence response spanning at least two octaves.

Those skilled in the art will recognize that there are many suitable geometries for the arrangement of antenna elements in transmit antenna 202 and receive antenna 204. For example,

7

WTI
06382

February 12, 2001                    **Privileged and Confidential Communication**
                                              **Attorney Work Product**

three suitable antenna geometries consistent with the present invention are shown in Fig. 3.

Antenna 302 has antenna transmitters ("T") and receivers ("R") arranged in a single line, with

alternating transmitter and receiver elements. Antenna 304 has one row of transmitter elements

and a parallel row of receiver elements. Antenna 306 has one row of transmitter elements and a

parallel row of receiver elements with the receiver element row offset from the row of transmitter

elements. Each antenna can have the same polarization or polarization can vary among the

antennas. Additional antenna arrangements consistent with the present invention are described in

U.S. Patent Provisional Application No. 60/152,607 and in corresponding non provisional U.S.

Patent Application No. 09/658,188.

Although Fig. 3 depicts sensor units comprised of arrays of antenna elements, an

embodiment of sensor unit 102 consistent with the present invention includes a pair of transmit

and receive antenna elements that are moved during data acquisition to simulate data acquisition

using an array. Throughout this application wherever exemplary embodiments are discussed

using arrays of antenna elements, once skilled in the art will recognize that such transmit/receive

antenna pairs may be used instead of arrays, or in combination with arrays.

To acquire data over a planar surface, for example the ground, the antennas in sensor unit

102 are preferably moved in a direction that is perpendicular to the line formed by the transmit

and receive antenna arrays. For example, Fig. 4 illustrates an example of a direction of movement

(indicated by the arrow) in antenna array configuration 302 with a single line of transmitter and

receiver antenna elements. Fig. 5 is a schematic diagram of data acquisition at three different time

8

February 12, 2001                     Privileged and Confidential Communication
                                              Attorney Work Product

steps t0, t1, and t2 (Figs. 5(a), 5(b), and 5(c), respectively) using the array configuration and scan

direction shown in Fig. 4. As shown in Fig. 5(a), at time t0 data are acquired over all antennas in

the array at a fixed position x0. At time t1 the antenna array is moved preferably by a fixed

amount $\Delta x$ to position x1 (Fig. 5(b)). Once at position x1, data are acquired over all antennas in

the array at the new position. Figs. 5(b) and 5(c) include shaded antenna array elements showing

the locations of the antenna elements at previous time steps. At time t2 the antenna array is

moved again by a fixed amount $\Delta x$ to position x2 (Fig. 5(c)). Once at position x2, data are

acquired over all antennas in the array at the new position. This process continues for a number

of iterations sufficient to scan a region of interest over a buried object. Note also that scanning

can also be non-linear, e.g., $\Delta x$ is not fixed at each time interval.

Data processor 104 can generate control signals that ensure proper operation of sensor unit

102 when acquiring data as illustrated in Figs. 4 and 5. Moreover, data processor 104 processes

data received by sensor unit 102. Two techniques for acquiring and processing data using sensor

unit 102 and data processor 104 consistent with the present invention are monostatic and

multistatic processing. In monostatic data acquisition, data processor 104 assumes that a

transmitting and receiving antenna are paired such that the data acquired simulates a single pair of

antennas moved in unison. Fig. 6 is a schematic diagram of the antenna array elements in a

configuration of sensor unit 102 for monostatic data acquisition. As shown in Fig. 6(a), during

period t0, sensor unit 102 fires transmit antenna element 602a and then receive antenna element

602b records the reflected GPR signal. During period t1, sensor unit 102 activates the next

9

WT1
06384

February 12, 2001            Privileged and Confidential Communication
                                Attorney Work Product

transmit and receive antenna elements 604a and 604b, respectively, in the array (Fig. 6(b)). The

remaining transmit and receive antenna elements are activated in pairs at successive time

intervals, e.g., transmit element 606a and receive element 606b are activated during period t2

(Fig. 6(c)), transmit element 608a and receive element F08b are activated during period t3 (Fig.

6(d)), etc. In an alternative embodiment of a monostatic data acquisition consistent with the

present invention, a transmitter can be paired with more than one receiver or vice versa. An

embodiment of data processor 104 consistent with the present invention includes a monostatic

data processor that recognizes the manner in which sensor unit 102 acquires data representing the

buried object. The monostatic data processor then processes data accordingly to extract a signal

representing the buried object.

Fig. 7 is a schematic diagram of multistatic data acquisition. In multistatic (sometimes

also referred to as bistatic) data acquisition mode, data is acquired at all receivers for every

transmitter at each time period. In an embodiment of sensor unit 102 consistent with the present

invention, during period t0 transmit element 702 fires and each of the receive elements 704-718

record the reflected GPR wave (Fig. 7(a)). During period t1, transmit element 720 fires and each

of the receive elements 704-718 record the reflected GPR wave (Fig. 7(b)). During subsequent

time periods t2 (Fig 7(c)) and t3 (Fig. 7(d)), transmit elements 722 and 724, respectively, fire and

the resultant GPR waves are recorded by receive elements 704-718. This process continues over

successive time intervals until data acquisition processor 102 has activated each of the transmit

10

WTI
06385

February 12, 2001                Privileged and Confidential Communication
Attorney Work Product

antenna elements. As stated above, note also that this technique of multistatic data acquisition can

be performed by moving a pair of antenna elements to simulate data acquisition using an array.

An embodiment of data processor 104 consistent with the present invention includes a

multistatic data processor that recognizes the manner in which sensor unit 102 acquires data

representing the buried object. The multistatic data processor then processes data accordingly to

extract a signal representing the buried object. An embodiment of a multistatic data acquisition

processor consistent with the present invention has either a dedicated data acquisition channel for

each receiver or a multiplexer for sequentially multiplexing through some lesser number of data

acquisition channels.

Among other operations described above, including operations those skilled in the art will

recognize are consistent with the present invention, data processor 104 in the apparatus of Fig. 1

performs system calibration operations including time alignment, wave speed analysis, and

impulse response function computation (which can include, for example, beam pattern and

spectral response computations). Each of these operation is described in greater detail below.

Generally, data processor 104 processes data received from sensor unit 102 to extract a

meaningful signal corresponding to buried object in a surveyed region. An embodiment of data

processor 104 consistent with the present invention is comprised of a processor that executes

stored computer program code designed to implement calibration operations. One skilled in the

art will recognize that an embodiment of data processor 104 implemented entirely in software,

entirely in hardware, or in an embodiment allocating calibration functions among hardware and

11

WTI
06386

February 12, 2001                Privileged and Confidential Communication
                                        Attorney Work Product

software elements, either distributed or centralized, is consistent with the scope of the present

invention.

An embodiment of data processor 104 consistent with the present invention includes a

time alignment calculator that performs time alignment to compensate for the difference in wave

propagation speed in air versus its propagation speed in geological material. Electromagnetic

waves generated by a GPR system consistent with the present invention travel at the speed of light

through geological objects. Generally, electromagnetic signals travel between controlling system

electronics and the antennas at a propagation speed near that of the wave speed in the host

medium. Accordingly, unless compensated for, this can prevent accurate absolute time

registration, i.e., determining the actual time at which the transmitted wave leaves the transmitting

antenna. Moreover, in an array-based system, electronic circuitry can differ for each antenna

pairing. Consequently, an embodiment of data processor 104 consistent with the present

invention performs time alignment for each antenna pairing used in sensor unit 102. Moreover an

embodiment of data processor 104 consistent with the present invention includes a wave speed

calculator to compute wave speed as described in greater detail below.

Time alignment is accomplished by recognizing that the wave sent from each transmitting

antenna to each receiving antenna travels through air. The distance between any transmitter-

receiver antenna pair is know. In Fig. 8 , the distance between transmitting antenna element 802

and receiving antenna element 804 is labeled "$d$." The speed of light in air is also know: $c_{air} = 3$

12

February 12, 2001                    Privileged and Confidential Communication
                                          Attorney Work Product

x $10^8$ meters per second. Accordingly, data processor 104 computes the time of this air

propagated arrival using the following equation:

$$t_{air} = \frac{d}{c_{air}}.$$    (1)

Because the wave speed in air is always greater than or equal to the speed of light in geological

material, the earliest arriving signal will be from the air-propagated wave. For each transmitter-

receiver pair, data processor 104 searches an acquired time series (Fig. 9) for the first arriving

peak. As seen in Fig. 9, the peak at approximately twelve nanoseconds is the air-propagated

arrival time and the peak at approximately forty nanoseconds in the ground-propagated arrival

t.   . Data processor 104 then adjusts the acquired time series so that the arrival time of the first

peak occurs at $t_{air}$ as determined from Eq. (1).

A GPR apparatus consistent with the present invention uses spatial correlations among

time series acquired for various transmitter-receiver antenna element pairings. The travel distance

$r$ is related to the travel time $t_{arrival}$ by:

$$r = c_0 t_{arrival},$$    (2)

where $c_0$ is the wave speed in the host medium. Data processor 104 computes the background

wave speed $c_0$.

Data processor 104 computes $c_0$ by exploiting the fact that there will be a critically

refracted ray (Fig. 10, 1008) that will propagate at speed $c_0$ horizontally between a transmitter

13

WTI
06388

February 12, 2001

Privileged and Confidential Communication
Attorney Work Product

(1002) and receiver (1004) just below the air-ground interface (1006). This ground-propagated arrival will occur later than the direct air-propagated arrival. Since this is the shortest ground-propagated ray path, this arrival will precede any ray paths associated with reflections from subsurface objects. This concept is illustrated in Fig. 11. Fig. 11 shows critically refracted ray path 1108 and ray path associated with a reflection 1110a, 1110b from subsurface object 1106. Since ray path 1108 for the critically refracted ray is shorter than the ray path associated with a reflection 1110a, 1110b, the arrival of the ground-propagated ray will precede that of the reflection.

Fig. 12 is a schematic diagram of bistatic measurements for computing wave speed. The distance from the transmitter to receiver $i$ is denoted by $d_i$. For example, in Fig. 12, $d_1$ is the distance 1206 between transmitting antenna (T) 1202 and receiving antenna ($R_1$) 1204; $d_2$ is the distance 1210 between transmitting antenna (T) 1202 and receiving antenna ($R_2$) 1208; and $d_n$ is the distance 1214 between transmitting antenna (T) 1202 and receiving antenna ($R_n$) 1212. Note also that when a transmit/receive antenna pair is used instead of an array as described above, the distance used is the distance from the transmitter to the receiver position.

Data processor 104 computes the arrival time for the critically refracted ray at receiver $i$ using the equation:

$$t_i = \frac{d_i}{c_0}.$$

(3)

14

February 12, 2001                    **Privileged and Confidential Communication**
                                     **Attorney Work Product**

As previously noted, the first major arrival is the air propagated arrival and the second major

arrival is the critically refracted ground propagated arrival. Data processor 104 searches the time

series for all receivers to find the $t_i$'s. If time alignment has been performed, data processor 104

can use Eq. (3) to compute $c_0$ directly by selecting a particular receiving antenna and, with $t_i$ and

$d_i$ known using the following equation:

$$c_0 = \frac{d_i}{t_i}. \tag{4}$$

Alternatively, all $t_i$'s and $d_i$'s can be used and $\frac{1}{c_0}$ is the slope of a linear fit for Eq. (3), e.g., the

best linear fit.

If data processor 104 has not performed time alignment, a similar procedure can be

applied using the time difference $\Delta t$ between the air and ground propagated arrivals. In this case,

the

appropriate relationship is given by the equation:

$$\Delta t_i = \frac{d_i}{c_0} - \frac{d_i}{c_{air}} \tag{5}$$

rather than Eq. (3).

When using an array of antennas, there may be arrivals intermediate to the air- and

ground-propagated arrivals. These are typically air-propagated and associated with reflections or

multiple reflections with the antenna array. These artifacts are referred to herein as "ringing" and

will be manifested as peaks in the power spectra of the acquired data. It may be necessary to

15

WTI
06390

February 12, 2001                    Privileged and Confidential Communication
                                                Attorney Work Product

remove this ringing before computing wave speed. This can be done by identifying the spectral

peaks and applying appropriate spectral band-pass filters, such as Blackman-Harris filters, known

to those skilled in the art prior to implementing any of the above-described procedures.

The following is an additional method for computing wave speed consistent with the

present invention in a GPR system configured with a single transmitting antenna and one or more

receiving antennas where the $i^{th}$ receiver is a distance $d_i$ away from the transmitting antenna (or

when one receive element is used and moved to simulate an array, the distance used is the

distance from the transmitter to the receiver position). If the transmitter is pulsed, the first two

arriving signals at any receiver are transmitted through the air propagating at the wave speed in

air, $c_a$, and a critically refracted ray propagating just below the air-ground interface at a wave

speed $c_g$, where $c_g \neq c_a$.

Knowing the distance between the transmitter and receiver, the wave speed in the ground

can be computed using the equation:

$$c_g = \frac{d}{\tau_g}, \tag{6}$$

where $d$ is the transmitter-receiver separation and $\tau_g$ is the measured travel time of the critically

refracted ray through the ground. This procedure is useful when, for example, 1) the peak in

amplitude as a function of time associated with the critically refracted ray can be clearly identified

and 2) there is time registry in the acquired data. For radio waves, the information is traveling

16

WTI
06391

February 12, 2001                    Privileged and Confidential Communication
                                                  Attorney Work Product

through the GPR system circuitry at about the same speed as the wave, time registry can be

difficult resulting in an error in $\tau_g$ that will introduce an error in $c_g$ (Eq. 6). Since a time registry

problem produces a time shift to the entire time series, the travel time $\tau_g$ will be effected; however,

the difference in travel time between the critically refracted ray and the air-propagated ray $\tau_{g-a} = \tau_g$

$- \tau_a$ will not be effected by this error. Consequently, data processor 104 uses this time difference

to compute the wave speed $c_g$ using the equation:

$$d = c_a \tau_a = c_g \tau_g, \tag{7}$$

where $c_a$ and $d$ are know so that

$$c_g = \frac{d}{\tau_{g-a} + \tau_a}. \tag{8}$$

When there is substantial noise in the data (e.g., condition 2, above), it may not be possible

to definitively identify the appropriate peaks within the time series so that direct implementation

of Eq. (8) is impossible. In such cases, $\tau_{g-a}$ can be determined indirectly. Let $S_i(t)$ be a time series

for a transmitter-receiver spacing of $d_i$ and define $s_i(\omega)$ to be the temporal Fourier transform of $S_i$,

$$s_i(\omega) = \int dt e^{i\omega t} S_i(t). \tag{9}$$

An auto-correlation of $S_i$ can have the form

17

WTI
06392

February 12, 2001                     Privileged and Confidential Communication
                                                      Attorney Work Product

$$F_i(t) = \int d\omega \, e^{-i\omega t} \, \frac{s_i(\omega) s_i^*(\omega)}{s_i(\omega) s_i^*(\omega) + \epsilon}, \tag{10}$$

where the asterisk denotes complex conjugation and $\epsilon$ is small parameter to eliminate singilarities and supress noise in the data. A plot of the time series $F_i$ can have three peaks; one at $t = 0$ corresponding to the correlation of the air propagated arrival with itself and the ground propagated arrival with itself; as well as peaks at $\pm(\tau_a - \tau_g)$ corresponding to the correlations between air and ground propagated peaks. These peaks can be used to determine $\tau_{g-a}$ and Eq. (8) can then be employed to compute $c_g$.

An embodiment of data processor 104 can implement a variation of the above procedure using two receiving antennas at different distances from the transmitting antenna. Let $S_1$ and $S_2$ be time series for transmitter-receiver spacings of $d_1$ and $d_2$, respectively. A cross-correlation of the form

$$F_{1-2}(t) = \int d\omega \, e^{-i\omega t} \, \frac{s_1(\omega) s_2^*(\omega)}{s_1(\omega) s_1^*(\omega) + \epsilon}, \tag{11}$$

will have significant peaks at $\tau_a^1 - \tau_a^2, \tau_g^1 - \tau_g^2, \tau_g^1 - \tau_a^2$, and $\tau_a^1 - \tau_g^2$, where $\tau_a^i$ and $\tau_g^i$ are the air and ground propagated travel times, respectively, for the $i^{th}$ receiver. These time differences can be used by data processor 104 in various ways to compute $c_g$. For example, using

18

WTI
06393

the difference $\tau^1_g - \tau^2_g$; because $d_1 = c_g \tau^1_g$ and, data processor 104 computes the wave speed

using the following equation:

$$c_g = \frac{d_1 - d_2}{\tau^1_g - \tau^2_g}. \tag{12}$$

Another calibration operation that can be performed by data processor 104 is the

computation of an impulse response function for the GPR system. Ground penetrating radar

antennas have spatially three-dimensional beam patterns that are frequency dependent. While it is

possible to characterize these beam patterns by direct propagation measurements in air, these

patterns will change when the antennas are dynamically coupled to a material with a dielectric or

electrical conductivity that is different from air. In an embodiment of the present invention, data

processor 104 characterizes antenna beam patterns from any array geometry by acquiring data

over an object having a known location and known electromagnetic properties.

In the frequency domain, the acquired data at some point $\mathbf{r}$ in the array of receivers for a

transmitter position $\mathbf{r}_0$ is expressed as $u(\mathbf{r}, \mathbf{r}_0; k_0)$ where $k_0 = \omega/c_0$ is the background wavenumber

at frequency $\omega$. The wave field $u$ can be considered as the superposition of $u_0$, the wavefield that

would exist in the absence of a buried object and $u'$, the perturbation to $u_0$ associated with the

known buried object. With these definitions, the perturbed wave field is:

$$u'(\mathbf{r}, \mathbf{r}_0; k_0) = -\frac{k_0^2}{4\pi} \int dr' \ G(\mathbf{r} - \mathbf{r}'; k_0) u(\mathbf{r}' - \mathbf{r}_0; k_0) O(\mathbf{r}'), \tag{13}$$

19

WTI
06394

February 12, 2001                **Privileged and Confidential Communication**
                                 **Attorney Work Product**

where $G$ is the Green's function and $O$ is the "object function" that characterizes the buried object:

$$O(\mathbf{r}) = 1 - \frac{k^2(\mathbf{r})}{k_0^2}, \tag{14}$$

$$k_0^2 = \mu_0 \varepsilon_0 \omega^2 + i\mu_0 \sigma_0 \omega,$$

$$k^2(\mathbf{r}) = \mu_0 \varepsilon(\mathbf{r})\omega^2 + i\mu_0 \sigma(\mathbf{r})\omega, \tag{15}$$

In this equation: $\mu_0$ is the free-space magnetic permeability, $\varepsilon_0$ and $\varepsilon(\mathbf{r})$ are background and object dielectric constants, respectively; and $\sigma_0$ and $\sigma(\mathbf{r})$ are the background and object electrical conductivities, respectively. Since any object can be buried, a relatively small object can be selected such that the Born approximation is valid, in which case, the background wave field $u_0$ can be used in place of the total field $u$ in Eq. (13) to give

$$u'(\mathbf{r}, \mathbf{r}_0; k_0) = -\frac{k_0^2}{4\pi} \int dr' \, G(\mathbf{r} - \mathbf{r}'; k_0) u_0(\mathbf{r}' - \mathbf{r}_0; k_0) O(\mathbf{r}'). \tag{16}$$

Equation (16) can be used by data processor 104 for forwarding modeling where, given $O$, $u'$ is computed. Alternatively, data processor 104 can use this equation for inverse scattering where $O$ is determined from known $u_0$ and measured $u'$. Here, it is assumed that $u_0$ and $O$ are known, $u'$ is measured for a measurement configuration of interest, and Eq. (16) is used by data processor 104 to determine the impulse response function of the antenna array that includes the effects of the unknown beam pattern.

For point (monopole) receivers, the Green's function can be represented by the Weyl expansion

20

WTI
06395

$$G(\mathbf{r}; k_0) = i \int \frac{d\alpha}{\sqrt{k_0^2 - \alpha^2}} \, e^{\,i[\alpha\cdot\mathbf{r} + \sqrt{k_0^2 - \alpha^2}|\hat{z}\cdot\mathbf{r}|]}, \tag{17}$$

where $\hat{z}$ is a unit vector in the vertical direction. For any arbitrary receiving antenna beam pattern, the Green's function can be written as

$$G(\mathbf{r} - \mathbf{r}'; k_0) = i \int \frac{d\alpha}{\sqrt{k_0^2 - \alpha^2}} A_R(\alpha; k_0) e^{\,i[\alpha\cdot(\mathbf{r}-\mathbf{r}') + \sqrt{k_0^2 - \alpha^2}|\,\hat{z}\cdot(\mathbf{r}-\mathbf{r}')|]} \tag{18}$$

where the factor $A_R$ is included to represent the unknown receiving antenna beam pattern.

Similarly, the transmitting antenna beam pattern can be introduced into the background field $u_0$ in the form

$$u_0(\mathbf{r}' - \mathbf{r}_0; k_0) = i_t \int \frac{d\beta}{\sqrt{k_0^2 - \beta^2}} A_T(\beta; k_0) e^{\,i[\beta\cdot(\mathbf{r}'-\mathbf{r}_0) + \sqrt{k_0^2 - \beta^2}|\,\hat{z}\cdot(\mathbf{r}'-\mathbf{r}_0)|]} \tag{19}$$

Substitution of Eqs. (18) and (19) into Eq. (16) yields a complicated relationship between $u'$ and $O$ involving the product $A_R A_T$. For a fully bistatic geometry, the horizontal two-dimensional Fourier transform

$$\bar{u}'(\kappa, \nu; k_0) = \int d\mathbf{r} \int d\mathbf{r}_0 \, u'(\mathbf{r}, \mathbf{r}_0; k_0) e^{\,-i(\kappa\cdot\mathbf{r} - \nu\cdot\mathbf{r}_0)} \tag{20}$$

will "deconvolve" Eq. (16) yielding the linear relationship

$$\bar{u}'(\kappa, \nu; k_0) = \tilde{A}(\kappa, \nu; k_0) I((\kappa, \nu; k_0) \tilde{O}, \tag{21}$$

where $\tilde{A}$ is the two-dimensional spatial Fourier transform of $A_R A_T$, $I$ is the impulse response function for monopole sources, and $\tilde{O}$ is the three-dimensional spatial Fourier transform of the object function.

21

WTI
06396

February 12, 2001                    Privileged and Confidential Communication
                                              Attorney Work Product

Accordingly, data processor 104 uses Eq. (21) to compute the spatial Fourier transform of

the impulse response function:

$$\tilde{A}(\kappa,\ \nu;\ k_0)\tilde{I}(\kappa,\ \nu;\ k_0)\ =\ \frac{\tilde{u}'(\kappa,\ \nu;\ k_0)}{\tilde{O}},\qquad\qquad (22)$$

for the array including the antenna beam patterns and spectral respnses in terms of the known $O$

and measured $u'$.

Arrays that are not fully bistatic are either fully monostatic or bistatic in one direction and

monostatic in the other.  Accordingly, for these geometries,  additional assumptions or

approximations can be used by data processor 104 for deconvolving Eq. (16).  One suitable

assumption is that the object is buried about one wavelength deep or deeper.  Since the burial

depth of the reference object can be controlled during calibration, the validity of this assumption

can be assured and a valid relationship such as that given by Eq. (16) can be developed.

The next element of the GPR systems of Fig. 1 is preprocessor 106.  An embodiment of

preprocessor 106 consistent with the present invention is comprised of a processor that executes

stored computer program code designed to implement preprocessing operations.  One skilled in

the art will recognize that an embodiment of preprocessor 106 implemented entirely in software,

entirely in hardware, or in an embodiment allocating preprocessing functions among hardware

and software elements, either distributed or centralized, is consistent with the scope of the present

invention.

22

WTI
06397

February 12, 2001                    **Privileged and Confidential Communication**
                                     **Attorney Work Product**

Preprocessor 106 rejects elements in the acquired data associated with unwanted

subsurface features and/or admits only targets of interest. For example, consider spatial frequency

preprocessing of monostatic data. Frequently reflections from soil or geological strata produce

strong reflections that can obscure other features of interest. These strata typically are nearly

planar and horizontal. The two-dimensional spatial Fourier transform of a horizontal surface will

be a delta function at the spatial frequency origin. An embodiment of preprocessor 106 consistent

with the present invention removes such a feature using a notch filter for filtering a DC response.

Since most naturally occurring strata are not perfectly planar, and may not be truly planar,

preprocessor 106 relaxes the notched filter somewhat into a low-cut filter (e.g., "high-pass filter)

to substantially suppress these strata. A Blackman-Harris filter is an example of an appropriate

filter for this purpose. Similar spatial frequency filters can be used to admit features of interest. If

targets of interest are buried utilities, for example, these have the rather unique characteristic of

being long and thin. The spatial Fourier transform of such a shape will generate a DC response in

the axial direction and a white response in the transverse direction. Thus, preprocessor 106

applies an appropriate filter to admit features having these characteristics.

Image processor 108 builds a data structure corresponding to an image of the buried object

from the data processed by data processor 104. Image processor 108 can, for example,

reconstruct the location, size, shape, and material properties of subsurface features in two-

dimensions, three-dimensions, or as a sequence of two-dimensional images. An embodiment of

image processor 108 consistent with the present invention is comprised of a processor that

23

WTl
06398

February 12, 2001                    Privileged and Confidential Communication
                                              Attorney Work Product

executes stored computer program code designed to implement image processing operations. One

skilled in the art will recognize that an embodiment of image processor 108 implemented entirely

in software, entirely in hardware, or in an embodiment allocating image processing functions

among hardware and software elements, either distributed or centralized, is consistent with the

scope of the present invention.

Embodiments of image processor 108 implement image processing algorithms including,

but not limited to, synthetic aperture radar (SAR), migration, backpropagation, diffraction

tomography, algebraic reconstruction tomography (ART), iterative ART, pseudo-inverse, and

reverse time processing. One skilled in the art will recognize that other image processing

algorithms are also suitable for implementing the functions performed by image processor 108.

Moreover, some operations performed by processor 106 can be incorporated directly into many of

these imaging procedures of image processor 108 by introducing filters into the impulse response

function.

Feature processor 110 processes a received GPR signal to characterize features present in

the signal that correspond to properties of a detected buried object. An embodiment of feature

processor 110 consistent with the present invention is comprised of a processor that executes

stored computer program code designed to implement feature processor operations. One skilled

in the art will recognize that an embodiment of feature processor 110 implemented entirely in

software, entirely in hardware, or in an embodiment allocating feature processor functions among

24

WTI
06399

hardware and software elements, either distributed or centralized, is consistent with the scope of

the present invention.

Feature processor 110 differentiates the GPR signal to characterize features based on

differences in reconstructed material properties. An embodiment of feature processor 110 uses

frequency domain processing, performing an inverse operation mapping frequency information to

depth. When feature processor 110 processes a GPR signal that propagated through a non-

conducting background, the reconstructed quantity is the object function, Eq. (14), which has the

form

$$O(\mathbf{x}) \;=\; 1 \;-\; \frac{\varepsilon(\mathbf{x})}{\varepsilon_0} \;+\; i\frac{\sigma(\mathbf{x})}{\omega\varepsilon_0}. \tag{23}$$

In Eq. (23), $O$ is complex and its real part,

$$O_\varepsilon(\mathbf{x}) \;=\; 1 \;-\; \frac{\varepsilon(\mathbf{x})}{\varepsilon_0}, \tag{24}$$

is a reconstruction of the spatial variations in dielectric constant. The imaginary part of $O$,

$$O_I(\mathbf{x}) \;=\; \frac{\sigma(\mathbf{x})}{\omega\varepsilon_0}, \tag{25}$$

explicitly involves the frequency.

WTI
06400

February 12, 2001                    Privileged and Confidential Communication
                                                Attorney Work Product

Let $L^{-1}$ be the operator that maps the broadband data into the image, i.e.,

$$O = L^{-1}\{u'\}$$

is the inverse operator, so that L is the forward operator,

$$u' = L\{O\}.$$

Using Eq. (23):

$$O_e(\mathbf{x}) = L^{-1}\{\omega L\{\omega O_I\}\}, \qquad (26)$$

where

$$O_\sigma(\mathbf{x}) = \frac{\sigma(\mathbf{x})}{\varepsilon_0}, \qquad (27)$$

and the pair of images $O_\varepsilon$, $O_\sigma$ characterize imaged features by their relative spatial variations in dielectric and electrical conductivity. Those skilled in the art will recognize that equations 23-27 can be extended to accommodate processing a GPR signal that propagated through a conducting background.

Feature processor 110 accomplishes further differentiation by recognizing how $O_\varepsilon$ and $O_\sigma$ are related for certain material types. For example, plastic objects are characterized by low

26

WTI
06401

dielectric and low conductivity. Consequently, feature processor 110 recognizes that plastic

objects exhibit an $O_\epsilon$ that is greater than background (positive) and an $O_\sigma$ that is, in general, less

than background (negative). The converse is generally true for metal objects. For this reason,

feature processor 110 generates an enhanced data set forming a picture of metal or plastic objects

by examining $O_\epsilon - O_\sigma$. For metal objects, this difference could be strongly negative while, for

plastic objects, it could be strongly positive. For other materials such as clay, wood, and concrete;

feature processor 110 enhances features using the sum $O_\epsilon + O_\sigma$.

Detector 112 automatically identifies targets of interest. An embodiment of detector 112

consistent with the present invention is comprised of a processor that executes stored computer

program code designed to implement detection operations. One skilled in the art will recognize

that an embodiment of detector 112 implemented entirely in software, entirely in hardware, or in

an embodiment allocating detection functions among hardware and software elements, either

distributed or centralized, is consistent with the scope of the present invention.

Detector 112 determines whether an object detected in a surveyed region matches a

predetermined target or belongs to a predefined target class. If the object in the surveyed region

does match, detector 112 identifies the location of the object. An embodiment of detector 112 uses

matched filters to compare a signal representing an object in a surveyed region to targets and

target classes. In one embodiment of detector 112 using matched filters $u(\mathbf{r}, \omega)$ is the acquired

data over a measurement surface defined by $\mathbf{r}$ over a bandwidth spanned by $\omega$. Similarly, $\upsilon(\mathbf{r}, \omega;$

27

WTI
06402

February 12, 2001                 **Privileged and Confidential Communication**
                                          **Attorney Work Product**

$x_0$) is the data that would be acquired if the target of interest were centered at the point $x_0$. This

target is present in the measured data set if

$$F_c(x_0) = \sum_\omega \int dr u(r, \omega) v(r, \omega; x_0) \qquad (28)$$

exceeds a threshold and the location of this target will be at the position $x_0$ that maximizes $F_c$.

Many other detection algorithms are suitable for implementation by detector 112 such, for

example, Baysian statistics or the MUSIC algorithm.

Descriminator 114 is a signal processing element similar to detector 112 (described in

detail above); however, descriminator 114 processes images reconstructed from received GPR

signal data rather than processing the acquired GPR signal data directly. An embodiment of

descriminator 114 consistent with the present invention is comprised of a processor that executes

stored computer program code designed to implement descriminator operations. One skilled in

the art will recognize that an embodiment of descriminator 114 implemented entirely in software,

entirely in hardware, or in an embodiment allocating descriminator functions among hardware and

software elements, either distributed or centralized, is consistent with the scope of the present

invention.

There are a number of approaches to discrimination consistent with the present invention.

For example, an embodiment of descriminator 114 performs a correlation operation similar to Eq.

(28), but applied to images reconstructed from received GPR signal data. Other embodiments of

descriminator 114 implement feature extraction algorithms, pattern recognition algorithms,

28

WTI
06403

Privileged and Confidential Communication
Attorney Work Product

and/or feature tracking algorithms that track a feature identified in one portion of the image throughout the entire image.

Display 116 proves an operator of the GPR system with visual feedback representing the surveyed region. An embodiment of display 116 consistent with the present invention is comprised of a graphical display device that can present an image to an operator (e.g., video screen, plotter, printer, etc.) and a processor that executes stored computer program code designed to implement display operations. One skilled in the art will recognize that an embodiment of display 116 implemented entirely in software, entirely in hardware, or in an embodiment allocating display functions among hardware and software elements, either distributed or centralized, is consistent with the scope of the present invention.

In an embodiment of display 116, the image presented to the operator takes the form of a three-dimensional rendering of the surveyed site or a sequence of two-dimensional images of the reconstruction. The reconstructions can be of a basic material property, such as dielectric, or a composite of multiple properties, such as reflectivity, object function or some statistical estimator. Other embodiments of display 116 consistent with the present invention present images to the operator as projections of reconstructed information onto a plane such as the ground surface.

The GPR system functions described for each of the elements above can be distributed or combined differently than stated above and still fall within the scope of the invention. For example, the GPR system can be implemented using a single processor or group of processors

29

February 12, 2001                    Privileged and Confidential Communication
                                              Attorney Work Product

that execute software stored in a central memory, wherein the software relates to each of the

above-described GPR system operations.

The operation of the GPR system elements as defined above provide an efficient system to

rapidly and accurately locate buried objects. Therefore, in accordance with the present invention,

the disclosed GPR system elements can be housed in many types of structures, including portable

and mobile structures to allow rapid and accurate real-time surveying of a region of interest.

Fig. 13 is a diagram of a mobile vehicle 1304 with a GPR system, consistent with this

invention. A radar array 1306 attaches to an arm 1305, which attaches to the back a vehicle 1304,

as shown in Fig. 13. Radar array 1306 may comprise at least one transmit antenna and at least one

receive antenna. Vehicle 1304 may move in direction shown by arrow 1302. Radar array 1306

transmits impulses into ground 1308. The impulses may reflect off of a buried object, such as

subterranean pipe 1312 and radar array 1306 may receive reflected waveforms. Module 1314 on

the back of vehicle 1304 may comprise elements described in greater detail above for Fig. 1,

which control array 1306 and process signals received by array 1306. It may also display on

display 1316 images of buried objects from data acquired by sensor unit 102 in the surveyed

region of interest (with or without images of the surrounding area).

Fig. 14 is a diagram, consistent with this invention, of mobile vehicle 1404 with a trailer

1402 having a GPR system. In the embodiment shown in Fig. 14, radar array 1306 (not shown in

Fig. 14) is within trailer 1402, which is attached to vehicle 1404. Trailer 1402 moves in the

direction of arrow 1410 with vehicle 1404. Fig. 15 is a diagram, consistent with this invention, of

30

WTI
06405

February 12, 2001                     Privileged and Confidential Communication
                                               Attorney Work Product

a portable housing 1504 with a GPR system.  In the embodiment shown in Fig. 15, radar array

1306 (not shown in Fig. 14) is within portable housing 1504.  A user 1502 may guide portable

housing 1504 over ground 1308 using  handle 1506.  Portable housing 1504 may have wheels

1508, skid pads (not shown), or neither. An embodiment of portable housing 1504 can also be

made sufficiently light to allow an operator to carry the entire system, thereby alleviating the need

for wheels, skid pads, or similar structure to guide the housing over the ground.  Both the mobile

system of Fig. 14 and the portable system of Fig. 15 may also display images of buried objects

from data acquired by the sensor unit in the surveyed region of interest (with or without images of

the surrounding area).

       A GPR system consistent with the present invention can overcome the disadvantages of

One Call, private locating, and SUE by providing a cost effective method to locate and image

conductive and non-conductive utilities, vertically and horizontally, with a margin of error to

satisfy many excavating needs.  A GPR system consistent with the present invention can also

provide a permanent record of images of the excavation site that can be used in the future.

Further, a GPR system consistent with the present invention can fit onto a moving vehicle, trailer,

or portable housing so that subsurface images can be formed as the system is moving.

       It will be apparent to those skilled in the art that various modifications and variations can

be made to the disclosed embodiments of the present invention without departing from the spirit

or scope of the invention.  Thus it is intended that the present invention cover the modifications

31

WTI
06406

February 12, 2001

**Privileged and Confidential Communication**
**Attorney Work Product**

and variations of this invention provided they come within the scope of the appended claims and

their equivalents.

WTI
06407

February 12, 2001                    Privileged and Confidential Communication
                                              Attorney Work Product

I claim:

1.      An apparatus for identifying a buried object using ground penetrating radar (GPR) in a

system containing at least one GPR sensor, comprising:

        a data processor for detecting spatial correlations in data received from said at least one

GPR sensor in said apparatus; and

        an image processor capable of building a data structure corresponding to an image of the

buried object from data processed by said data processor.

2.      The apparatus of claim 1, wherein the data processor further comprises:

        a monostatic data processor.

3.      The apparatus of claim 1, wherein the data processor further comprises:

        a multistatic data processor.

4.      The apparatus of claim 1, wherein the data processor comprises:

        a time alignment calculator.

5.      The apparatus of claim 1, wherein the data processor comprises:

        a wave speed calculator.

6.      The apparatus of claim 1, wherein the data processor comprises:

        an impulse response function calculator.

7.      The apparatus of claim 1, further comprising:

        a preprocessor capable of at least one of eliminating an unwanted object from the received

data or admitting a target of interest in the received data.

33

WTI
06408

8.    The apparatus of claim 1, further comprising:

       a detector capable of identifying the buried object.

9.    The apparatus of claim 1, further comprising:

       a data link to an information management system.

10.   The apparatus of 1, further comprising:

       a display.

11.   The apparatus of 1, further comprising:

       a display that projects an image representing the buried object on the ground.

12.   An apparatus for identifying a buried object using ground penetrating radar (GPR)

containing at least one GPR sensor, comprising:

       a data processor for processing data collected  from said at least one GPR sensor in said

apparatus to extract at least one identifiable feature of the buried object from said data; and

       a detector capable of identifying the buried object from said at least one identifiable

feature.

13.  The apparatus of claim 12, wherein said detector further comprises:

       a depth indicator for directing said detector to a specified depth range.

14.  The apparatus of claim 14, wherein said detector further comprises:

       a refractive index indicator for directing said detector to an object within a specified

refractive index range.

34

February 12, 2001    **Privileged and Confidential Communication**
**Attorney Work Product**

15.    A mobile system for identifying a buried object using ground penetrating radar (GPR)

containing at least one GPR sensor, comprising:

    a mobile housing for moving the mobile system along terrain under which the object is

buried;

    a data processor for detecting spatial correlations in data collected from said at least one

GPR sensor in said apparatus mounted in the mobile housing; and

    an image processor mounted in said mobile housing for building a data structure

corresponding to an image of the buried object from data processed by said data processor.

16.    The mobile system of claim 15, wherein the data processor further comprises:

    at least one of a monostatic or multistatic data processor.

17.    The mobile system of claim 15, further comprising:

    a display for displaying said image of the buried object.

18.    A portable system for identifying a buried object using ground penetrating radar (GPR)

containing at least one GPR sensor, comprising:

    a housing suitable for being hand-held by an operator;

    a data processor for detecting spatial correlations in data collected from said at least one

GPR sensor in said apparatus mounted in the housing; and

    an image processor mounted in said housing for building a data structure corresponding to

an image of the buried object from data processed by said data processor.

19.    The portable system of claim 18, wherein the data processor further comprises:

35

WTI
06410

February 12, 2001                Privileged and Confidential Communication
                                        Attorney Work Product

at least one of a monostatic or multistatic data processor.

20.    The portable system of claim 18, further comprising:

a display for displaying said image of the buried object.

21.    A method for identifying a buried object using ground penetrating radar (GPR) in a system

containing at least one GPR sensor, comprising:

detecting spatial correlations in data received from said at least one GPR sensor in said

system; and

building a data structure corresponding to an image of the buried object from said received

data.

22.    The method of claim 21, wherein the step of detecting spatial correlations further

comprises the substep of:

processing said received data using at least one of a monostatic or multistatic data

processor.

23.    The method of claim 21, wherein the step of detecting spatial correlations further

comprises the substep of:

computing an impulse response.

24.    The method of claim 21, further comprising:

time aligning the received data.

25.    The method of claim 21, further comprising:

computing a wave speed associated with the received data.

36

WTI
06411

February 12, 2001                Privileged and Confidential Communication
                                        Attorney Work Product

26.    The method of claim 21, further comprising:

performing at least one of eliminating an unwanted object from the received data or

admitting a target of interest in the received data.

27.    The method of claim 21, further comprising:

displaying the image of the buried object.

28.    The method of claim 21, further comprising:

projecting the image of the buried object on the ground.

29.    An apparatus for identifying a buried object using ground penetrating radar (GPR) in a

system containing at least one GPR sensor, comprising:

means for detecting spatial correlations in data received from said at least one GPR sensor

in said apparatus; and

means for building a data structure corresponding to an image of the buried object from

data processed by said means for detecting spatial correlations.

WT1
06412

February 12, 2001                 Privileged and Confidential Communication
                                         Attorney Work Product

30.     A computer program product for use in a computer adapted for identifying a buried object

using ground penetrating radar (GPR), the computer program product comprising a computer

readable medium for storing computer readable code means, which when executed by a the

computer, enables the computer to identify a buried object, and wherein the computer readable

code means includes computer readable instructions for causing the computer to execute a method

comprising:

        detecting spatial correlations in data received from at least one GPR sensor; and

        building a data structure corresponding to an image of the buried object from said received

data.

31.     The computer program product of claim 30, wherein the computer readable code means

further includes computer readable instructions for causing the computer to execute the step of: ·

        processing said received data using at least one of a monostatic or multistatic data

processor.

32.     The computer program product of claim 30, wherein the computer readable code means

further includes computer readable instructions for causing the computer to execute the step of:

        computing a wave speed associated with said received data.

33.     The computer program product of claim 30, wherein the computer readable code means

further includes computer readable instructions for causing the computer to execute the step of:

        time aligning said received data.

38

WTI
06413

February 12, 2001    Privileged and Confidential Communication
Attorney Work Product

34.    A data processor in a ground penetrating radar (GPR) system for identifying a buried

object:

a time alignment calculator; and

a wave speed calculator.

35.    A method for processing data in a ground penetrating radar (GPR) system for identifying a

buried object:

time aligning data received from at least one GPR sensor; and

calculating a wave speed associated with said time aligned data.

36.    A computer program product for use in a computer adapted for identifying a buried object

using ground penetrating radar (GPR), the computer program product comprising a computer

readable medium for storing computer readable code means, which when executed by a the

computer, enables the computer to identify a buried object, and wherein the computer readable

code means includes computer readable instructions for causing the computer to execute a method

comprising:

time aligning data received from at least one GPR sensor; and

calculating a wave speed associated with said time aligned data.

WT1
06414

February 12, 2001                 **Privileged and Confidential Communication**
                                         **Attorney Work Product**

<u>Abstract</u>

An apparatus for identifying a buried object using ground penetrating radar (GPR) in a system containing at least one GPR sensor, comprises a data processor for detecting spatial correlations in data received from a GPR sensor in the apparatus and an image processor capable of building a data structure corresponding to an image of the buried object from data processed by the data processor. A method for identifying a buried object using GPR in a system containing a GPR sensor comprising detecting spatial correlations in data received from the GPR sensor in the system and building a data structure corresponding to an image of the buried object from the received data.

WTI
06415



**FIG. 1**

WTI
06416

FIG. 2



WTI
06417



**FIG. 3**



WTI
06418



FIG. 4

WTI
06419

\STAF\07582\00000\drawings.vsd



FIG. 5

WTI
06420



FIG. 6

WTI
06421



FIG. 7

COSTAR 0758 2000067

WTI
06422



FIG. 8

WTI
06423





FIG. 9



:\COSTAF\07582\0006\drawings.vsd

WT1
06424

ground surface

1006

1004

1002

R

T

d





1008

**FIG. 10**

...rAF07582\0006\drawings.vsd

WTI
06425



**FIG. 11**

WTI
06426



**FIG. 12**

R:\DECOSTA\F075B20006\drawings3.vsd

FIG. 13

WTI
06428

_COSTAP07S920006drawings.vsd



FIG. 14

WTI
06429

DSTAP-0758200000drawings.vsd



FIG. 15

WTI
06430

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

1300 I STREET, N. W.

WASHINGTON, DC 20005-3315

202 · 408 · 4000

FACSIMILE 202 · 408 · 4400

ATLANTA
404·653·6400
PALO ALTO
650·849·6600

WRITER'S DIRECT DIAL NUMBER:

202-408-4012

TOKYO
011·813·3431·6943
BRUSSELS
011·322·646·0353

February 12, 2001

**VIA FEDERAL EXPRESS**

Walter C. Linder, Esq.
FAEGRE & BENSON, L.L.P.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402-3901

Civil Action No:  1:06-cv-01343

Respondent WTI Ex. No. 13D

Arb. Ex. No: 417-R

Malå/Witten License Agreement
Your Ref.: 54402-223715
Our Ref.: 07582.0005-00000 and 07582.0006-00000

Dear Walter:

We are responding to your letters of December 13 and January 22.

We have carefully considered the issues raised in your December 13 letter directed to the draft patent application entitled "A Method and Apparatus For Identifying Buried Objects Using Ground Penetrating Radar." We have enclosed a revised patent application that we believe addresses the issues that you identified regarding inventorship and validity.

If you have any evidence that Dr. Alan Witten is not the sole inventor of the subject matter claimed in the patent application or if you have evidence that any of the claims are invalid, please send us such evidence as soon an possible, but no later than March 1 so we can file this application as soon as possible and avoid losing rights.  If we do not receive any evidence from you by March 1 that would call in to question the inventorship or validity of this application as presently drafted, we will file the application.

Your letter stated that you believe that some of the claims in their previous form would cause this application to be the subject matter of the Malå/Witten Prototype Development Agreement of September 9, 1997 ("PDA").  We believe that as currently drafted this application is not controlled by the terms of that Agreement and consequently Malå has no ownership rights in the application.  For example, the claims are not directed to improvements to Malå's hardware resulting from the development efforts of the parties.   Again, if you have any evidence to the contrary, please submit it to us no later than March 1.

WTI
06374

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

Your January 22 letter raises questions about the ownership of U.S. Patent Application No. 09/658,188 entitled "Ground Penetrating Radar Array and Timing Circuit" filed September 8, 2000 ("'188 application). Senior management at Malå and Witten are currently involved in negotiations regarding the PDA that, *inter alia*, will resolve questions of ownership of the '188 application.

Sincerely,

Frank A. De Costa, III

Enclosure

cc:    Mr. Robert Green  (with enclosure)
       August Matteis, Esq. (with enclosure)
       Dr.  Michael Oristaglio (with enclosure)
       Dr.  Alan Witten (with enclosure)

WTI
06375

FROM FAEGRE & BENSON                    (TUE) 3. 6'01 18:16/ST. 18:13/NO. 4261654209 P 2

# FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612-336-3000
FACSIMILE 612-336-3026

WALTER C. LINDER
612/336-3478

March 6, 2001

**BY TELECOPY**

Frank A. De Costa, III, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C.  20005-3315

Re:    MALÅ/Witten License Agreement
       Your File:  07582.0005-00000 and 07582.0006-00000
       Our File:  54402-223715

Dear Mr. De Costa:

      We have now had the opportunity to discuss with Bernth Johansson the inventorship issues pertaining to the claims in your draft patent application entitled "A Method And Apparatus For Identifying Buried Objects Using Ground Penetrating Radar." On the basis of these discussions, we have concluded that Bernth Johansson, and possibly other MALÅ personnel, are inventors of the GPR systems and methods characterized by all the claims in this draft application.

      The GPR technology that MALÅ brought to the MALÅ/Witten relationship included an antenna array and its controller. The functions performed by the controller include those of the "data processor" described and claimed in the draft patent application. Even prior to its relationship with Witten, MALÅ was engaged in the development of its technology in combination with an image processor. Since all the claims are directed to a GPR system or method which includes an image processor (or a similar structure such as the detector of claim 12) in combination with a data processor, MALÅ personnel are inventors.

      Please confirm that you are identifying Bernth Johansson as an inventor for all patent applications claiming subject matter in the type of the above-referenced draft patent application. If you believe that MALÅ personnel are not inventors of this technology, please advise us of the reasons for your conclusion.

Civil Action No:  1:06-cv-01343

Respondent WTI Ex. No.13E

Arb. Ex: No: 417-S

FROM FAEGRE & BENSON                    (TUE) 3. 6'01 18:16/ST. 18:13/NO. 4261654209 P 3

Page 2

We look forward to your further communications on this matter.

Sincerely,

*Walter Linder* (ec)

Walter C. Linder

WCL:cr
M2:20373189.01
cc:    J. Rynning
       T. Leijon
       H. Kaplan

FROM FAEGRE & BENSON                    (FRI) 3.30'01 17:27/ST.17:25/NO.4261717819 P  4

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
1300 I STREET, N. W.
WASHINGTON, DC 20005-3315

202 · 408 · 4000
FACSIMILE 202 · 408 · 4400

<table>
<tr><td>ATLANTA<br>404·653·6400<br>PALO ALTO<br>650·849·6600</td><td>WRITER'S DIRECT DIAL NUMBER:<br><br>202-408-4012</td><td>TOKYO<br>011·813·3431·6943<br>BRUSSELS<br>011·322·646·0353</td></tr>
</table>

March 29, 2001

**VIA FACSIMILE**

Walter C. Linder, Esq.
FAEGRE & BENSON, L.L.P.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

> A Method and Apparatus For Identifying Buried
> Objects Using Ground Penetrating Radar

Dear Walter:

Thank you for your letter of March 6. We have discussed with Dr. Witten the assertion in your letter that "Bernth Johansson and possibly other Mala personnel" are inventors of all of the claims of the above-captioned draft patent application forwarded to you on February 12. Dr. Witten, however, is not aware of any contributions by Mr. Johansson or others at Mala to the invention claimed in this patent application.

Paragraph two of your letter generally refers to "GPR technology Mala brought to the Mala/Witten relationship" and technology developed by Mala prior to its relationship with Witten. Those general assertions, however, do not provide sufficient legal basis for adding inventors to the subject application. Naming a person as an inventor in a patent application cannot be done arbitrarily because a possible consequence of naming the incorrect inventorship is invalidation of any patent issuing from the application. Moreover, naming the wrong inventive entity can have dire consequences for any patent issuing from this application. Accordingly, the determination of the inventive entity must follow statutes and case law.

Recognizing that "the statute does not set forth the minimum quality or quantity or contribution required for joint inventorship," the Federal Circuit focused on conception as the "touchstone" of inventorship. *Burroughs Wellcome Co. v. Barr Laboratories Inc.*, 40 F.3d 1223, 1227 (Fed. Cir. 1994):

> [T]he test for conception is whether the inventor had an idea that was definite
> and permanent enough that one skilled in the art could understand the invention;

Civil Action No: 1:06-cv-01343

Respondent WTI Ex. No. 13F

Arb. Ex. No: 417-U

M 000588

FROM FAEGRE & BENSON                    (FRI) 3.30'01 17:27/ST. 17:25/NO. 4261717819 P  5

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

the inventor must prove his conception by corroborating evidence, preferably by showing a contemporaneous disclosure. An idea is definite and permanent when the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan he hopes to pursue.

*Burroughs Wellcome Co.* at 1228 (citations omitted).

Moreover, each inventor must contribute to the joint arrival at a definite and permanent idea of the invention as it will be used in practice, and any alleged conception must be supported by corroborating evidence. *Id.* at 1229-30. Merely explaining to the inventors well known concepts or the current state of the art is not an inventive contribution. *Pannu v. Iolab Corp.*, 155 F.3d 1344, 1351 (Fed. Cir. 1998).

Therefore, in order to fully evaluate the assertions in your letter, we need to know who specifically made contributions, and what contributions did they specifically make to the "claimed" invention. Your mention of "possibly other Mala personnel" is not helpful. We also need corroborating evidence of the contributions, including technical documentation detailing Mala's contributions to the claimed invention, and we need to know when the purported inventors made contributions to the claimed invention. Without this information, we have no basis to add Mr. Johansson or anyone else as an inventor on the subject patent application. Accordingly, we are still awaiting the information requested in our February 12 letter.

We must file this application as soon as possible to avoid losing rights; however, out of an abundance of caution, we will continue to delay filing the application until April 16. Before that date, we will consider any evidence that you provide us relating to the inventorship or validity of the claims of the subject application.

Sincerely,

Frank A. De Costa, III

cc:    Mr. Robert Green
       August Matteis, Esq.
       Dr. Michael Oristaglio
       Dr. Alan Witten

M 000589

B.J



# FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612-336-3000
FACSIMILE 612-336-3026

WALTER C. LINDER
612/336-3478

April 13, 2001

**BY TELECOPY**

2001 -04- 1 8

Frank A. De Costa, III, Esq.
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C.  20005-3315

Civil Action No: 1:06-cv-01343
Respondent WTI Ex. No. 13G
Arb. Ex. No: 417-V

Re:    GPR Patent Application
       Our File: 54402-223715

Dear Frank:

Thank you for taking the time to speak with Harvey Kaplan and me the other day regarding inventorship issues for the claims in the draft application enclosed with your February 12, 2001 letter. We appreciated your candor. I have now had the opportunity to further consider these issues and to discuss them with Bernth Johansson.

We believe that the majority of the claims, including all the independent claims, are unpatentable over the prior art. In this regard, we enclose a copy of the van Deen et al. article entitled "Three-Dimensional Ground Probing Radar." This article is directed to a GPR having a data processor and an image processor (or detector) with many of the claimed features. We also note that the Warhaus et al. U.S. Patent 5,835,054, which was cited in the IDS for the joint Witten-MALÅ application, also discloses a GPR with similar features.

We believe that Bernth Johansson is an inventor of the claims which characterize the data processor as being a monostatic data processor and/or a multistatic data processor. Bernth's recollection is that Witten asked MALÅ to configure the MALÅ antenna system for operation in these modes. It was MALÅ that undertook this activity, thereby reducing the invention to practice. Although this particular reduction to practice may have been undertaken at Witten's request, MALÅ had also previously conceived of this antenna operating configuration. This fact is evidenced by the fact that the antenna system was designed with the capability of being reconfigured for these modes of operation.

Given these circumstances and Bernth's contribution to the claimed invention, we believe that he should be listed as a joint inventor on the application. Alternatively we

*Minneapolis   Denver   Des Moines   London   Frankfurt*

M 000609

Page 2

ask that you delete from the application and do not prosecute any claims relating to these antenna operating modes.

   We look forward to discussing this matter further after you have had the opportunity to consider the points raised in this letter.

Sincerely,

Walter C. Linder

WCL:er
Enclosure
M2:20381264.01
cc:     B. Johansson
        J. Rynning
        T. Leijon
        H. Kaplan

M 000610

Fourth International Conference on
Ground Penetrating Radar
June 8—13, 1992. Rovaniemi, Finland
edited by Pauli Hänninen and Sini Autio
Geological Survey of Finland, Special Paper 16, 35—40, 1992.

# THREE-DIMENSIONAL GROUND PROBING RADAR

by
J.K. van Deen and J.W. de Feijter

Deen, J.K. van & Feijter, J.W. de, 1991. Three-dimensional ground probing radar. *Geological Survey of Finland, Special Paper 16*, 35—40, 4 figures.

An idea is presented for a new generation 3D ground radar system, based on both fundamental research and practical experience with the current ground radar in civil engineering applications. The new system would have an antenna array with the array axis perpendicular to the direction of the survey line. A simplified built-in macro subsoil model controls the online focusing of the array data in cross-sectional planes. Focusing of the data in the direction of the survey line is accomplished off-line by seismic migration algorithms, based on more detailed subsoil models which are updated interactively.

An integrated development strategy is presented in which the basic ideas are implemented with application os suboptimal but current hardware and software modules (acquisition, modelling, processing and inversion). Newly developed modules are introduced to the system at the experimental stage, to allow immediate feedback from the practical application.

Key words (GeoRef Thesaurus, AGI): radar methods, three-dimensional models, instruments, antennas

*J.K. van Deen and J.W. de Feijter, Department of Geophysics, Delft Geotechnics, P.O. Box 69, 2600 AB Delft, The Netherlands*

## INTRODUCTION

Pulse-echo ground radar has been used for several tens of years to detect underground features and objects. Despite the many smaller improvements and innovations in specific fields of application (Daniels, 1989), no dramatic breakthrough in the method has occurred since the original application. Two factors can be held responsible. In the first place, the different developments have generally been focused on specialized applications and, in line with that, often been published only in specialized and application oriented literature. As a consequence, little cross-fertilization has occurred between different fields of development. In the second place there has been insufficient communication between users and those at the forefront of the technological development. Often the development has taken place either in an instrument oriented organization without much regard for the practical applicability, or in an applications oriented organization lacking the technical and physical background for optimal development.

So far as the user is concerned, current commercial systems provide only limited information in terms of resolution, penetration and discrimination. Data interpretation occurs by some sort of magic, and there is a lack of confidence in the results. Moreover, it is both time-consuming and

35

M 000611

Geological Survey of Finland, Special Paper 16
J.K. van Deen and J.W. de Feijter

costly because of the need for highly qualified personnel. In terms of technology the major shortcoming is the absence of spatial discriminating power. Besides that the systems often have insufficient penetrating power and are sensitive to surface properties.

This paper sketches an approach to overcome these difficulties. Starting from a preliminary prototype system which in principle generates directional information, a stepwise development is proposed to improve the penetrating power and the discrimination of targets and clutter. We repeat that, what we present is more an approach than a detailed programme for development. There are good reasons for this. We believe that defining the development programme under continuous feedback from actual applications is the only way to guarantee a durable connection to market needs.

The ideas have been formulated and preliminary experiments on partial technical improvements have been performed within the context of a project funded jointly by the Dutch Government (Ministry of Economic Affairs) and Delft Geotechnics. The purpose of the project was to study the feasibility and to define the broad outlines of a long-term development which would take ground probing radar a significant step ahead. It is hoped that the ideas may function as a guideline for developments elsewhere as well, and so increase the cross-fertilization between developments in different places.

## MODELLING ASPECTS

The usual objective of a ground radar survey is to get information about a reflecting object in the subsoil. However, the signal received at the detector is distorted by the propagation properties of the intervening layers and by the reflections of other heterogeneities. The goal of a data processing and interpretation system is thus to peel off the unwanted effects, so that the signal reflected from the target is as clean as possible. Detailed conclusions about the identity and properties of the target can then be drawn.

In formulating the developments necessary to obtain a substantially improved ground radar system, it is worthwhile to analyse the signal transmission from source to detector in a more general fashion (Fig. 1). This analysis has been elaborated during the last decades primarily for acoustic imaging purposes (Berkhout, 1985), but can easily be extended to the electromagnetic case of ground radar.

The signal emitted by the source changes during the propagation through the air gap between antenna and surface, and by the refraction at the interface (D + ). The signal is further modified during propagation through the medium (W + ) until it reaches an object or feature with reflection properties R + . After reflection the signal travels back to the detecting antenna, undergoing analogous propagation effects as on its way down, W— and D—. Two annoying side effects are the highly reflective interface ground/air, which causes multiple echoes from the same reflector (although this is much less important in ground radar than in acoustical measurements), and the direct signal transmission from source to detector (which is particularly important in ground radar). These effects are modelled by R— and T, respectively.

To obtain an as clean as possible target signal by peeling off the unwanted effects, different descriptive models are required. These follow essentially from the block diagram in Figure 1: models to describe the interface transmission (D) and the propagation (W). In the next section we will see that models at different levels of sophistication are needed in the various parts of the system.

The parts of the schedule overground are in principle attainable for hardware improvements, too. Since these parts are in fact the 'eyes' of the system they should be as clear as possible; for even advanced data processing can only reconstruct information as far as it is present in the primary data. Hence, we use a simplified model of the interface (refraction/reflection properties) and the subsoil (attenuation) to generate on-line information for the signal-forming system, and so to adapt the transmitter pulse and stabilize the underground radar signal.

The final objective of a ground radar survey is not just finding a specific reflecting object, but obtaining a complete, sharp, 3D image of the subsurface. To reach this objective it is necessary to bring into focus again the diffracted energy from the reflectors. This is accomplished by physically focusing the reflection signal from an array of antennas along one coordinate (x) (with computer help), and by numerical focusing along the other coordinate (y) by combining the information from

36

M 000612

Geological Survey of Finland, Special Paper 16
Three-dimensional ground probing radar



Fig. 1.  Block diagram of a pulse-echo system.

measurements performed during the survey which proceeds along the same y-axis. During the survey cross-sectional pictures from the physical focusing are available on-line to the operator as an advanced monitoring tool to guide the path of the antenna system and to monitor the data quality continuously. During the off-line interpretation afterwards, the complete 3D picture is established numerically by seismic migration of the consecutive cross-sections. Note that focussing and seismic migration aim at minimizing the influence of the propagation operators W— and W + . Ideally, after both processes the operators W + and W— are modified to unity.

## SYSTEM SET-UP

The block diagram in Fig. 2 shows the basic design of the system. The heart of the system is a number of models. One model describes the antenna coupling to the surface and the subsurface itself. In the first place this model controls the settings of the data acquisition system, therein including the pulse forming system and matching of the antenna to the surface properties. Whether the pulse is generated by direct pulse transmission or by pulse compression techniques is open for discussion, but this does not affect the basic system design. Monitor information from the antennas (not the primary data!) is fed back to the control system to match the antennas continuously to the ground properties.

Several other models, partially describing the same features, are present in the system. The above model, present in the field station and describing the interface and subsurface, will be highly simplified for reasons of processing time; the same applies to the on-line data processing model needed for physical focusing of the receiver signals. The models applied for the off-line processing of the data into a complete 3D image are implemented in the workstation at the home base only and consequently can be and will be much more sophisticated.

The antenna system consists of a linear array of one transmitting antenna and several (4—8) receiving antennas. The axis of the array is directed perpendicularly to the survey line. The cross-sectional information is focussed on-line by using

37

M 000613

Geological Survey of Finland, Special Paper 16
*J.K. van Deen and J.W. de Feijter*



Fig. 2. Block diagram of a three-dimensional ground radar.

a workstation as the field system. This makes high quality data available to the operator during the survey. This availability is important from the point of view of monitoring the system, but also for first 'fast impressions' which are often of interest to the customer. The need for adequate position information of the antennas is elementary but nevertheless essential. All the primary data, together with the system settings, are stored for possible processing later on at the home base.

In conclusion the new elements of the proposed new generation ground radar can be summarized as follows:

— A model of the propagation of electromagnetic waves in the ground, and of the interaction between antenna and surface, controls the system.
— The signal-forming and data acquisition parameters are set online under feedback from the model.
— A series of 2D cross-sectional images are available on-line during the survey.
— A complete 3D imaging of the subsurface is performed afterwards by combining the information from the cross-sections.

## DEVELOPMENT STRATEGY

The basic design concept of the three-dimensional ground radar system will be implemented withing currently available hardware. Therefore the first part of the strategy will be to realize the basic design by building an antenna array from existing components and process the data along the lines of thought developed in the former sections. This prototype system will be able to generate on-line 2D cross-sectional images of the survey line, and this is what makes the quantum jump between current systems and the new generation. Experience with this extremely simplified prototype will encourage users to specify their further needs, allowing directed development efforts. Newly developed modules will be introduced into the system at an experimental stage and as such will get immediate feedback from the practical applications.

### Hardware aspects

The first prototype will be based on existing components. Improvement of the digitizing electronics to achieve a high dynamic range is the first point of concern. The strategy for developing the array elements (i.e. the antennas and transmitter electronics) is first to improve the antennas by iso-

38

M 000614

Geological Survey of Finland, Special Paper 16
Three-dimensional ground probing radar

lation techniques in order to be less dependent on the (sub)surface properties. The next step is to develop an active pulse-forming system, which under feedback, controls the pulse form in order to generate a constant (or at least known) pulse in the subsurface.

## Processing aspects

In the first prototype the array elements are considered as parallel single element ground radars with different offsets. The first part of the development will be to construct a physical focusing algorithm in order to generate 2D cross-sections (Fig. 3). The second part will be the accommodation of existing seismic migration software to the specific needs of ground radar; e.g. the main attenuation mechanism in seismics is distance, where as in ground radar it is the material properties. This leads to one (or a series of) section(s) along the survey line. The third step is to improve the migration algorithms into a real 3D processing of all the information gathered in the series of 2D scans (Fig. 4).



Fig. 3. 2D Imaging in cross-sections.



Fig. 4. Complete 3D imaging.

39

M 000615

Geological Survey of Finland, Special Paper 16
J.K. van Deen and J.W. de Feijter

## Modelling aspects

In the first prototype a model of 'the subsoil' (possibly simplified to one dielectric constant value and one conductivity value) is implemented to control the data acquisition settings. Parallel to the development of the active pulse former, the subsurface model will be improved in order to control the parameters of the pulse former. In the development of the focusing algorithm a model is required to generate and test the algorithms. The same applies to the development of the 2D and 3D migration algorithms. Consequently these modelling efforts run interactively with the development of the processing. Yet a further model is required as an interpretation assistant by simulation of case situations, having as a boundary condition the current hardware and software modules of the system.

## CONCLUSION

After development of the different system components to an adequate level of sophistication, a second prototype will have come into existence. Through this phased approach a continuous stream of development products is introduced into the prototype, which therefore is permanently state-of-the-art. Moreover, the development comes to a natural end when no more user needs can be identified that are cost-effective in relation to the cost of the next step of development.

A clear image of the system at the end of the development has evolved from the feasibility study. It is an apparatus which supplies, after processing of the data from a single traverse, a complete 3D picture of a stretch of subsurface, 2 metres wide, 2 to 5 metres deep and as long as the survey line. The sharpness of the picture is about 0.1 metre. The survey vehicle may move with speeds up to 10 m/s. A rough on-line interpretation of the data is available for monitoring the system, and also to be able to follow a specific pipeline. Obstacles are detected at their correct position. and with an indication of their size and properties. In addition, the system delivers an image of the near surface geology.

## REFERENCES

Berkhout. A.J. 1985. Seismic Migration. Imaging of acoustic energy by wave field extrapolation. Developments in solid earth geophysics 14A, Elsevier.

Daniels, D.J. Gunton. D.J. & Scott, H.F. 1988. Introduction on subsurface radar IEE Proc. F135, 277.

40

M 000616

FR FINNEGAN HENDERSON 202 408 4400 TO 16123363026    P.02

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
1300 I STREET, N.W.
WASHINGTON, DC 20005-3315

202·408·4000
FACSIMILE 202·408·4400

WRITER'S DIRECT DIAL NUMBER:

ATLANTA
404·653·6400
PALO ALTO
650·849·6600

202-408-4012

May 9, 2001

TOKYO
011·813·3431·6943
BRUSSELS
011·322·646·0353

Walter C. Linder, Esq.
FAEGRE & BENSON, L.L.P.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

<u>VIA FACSIMILE</u>

<u>A Method and Apparatus For Identifying Buried
Objects Using Ground Penetrating Radar</u>

Dear Walter:

Thank you for your letter of April 13. We are studying the points raised in your letter and the material that you sent us. For your information, we filed a provisional U.S. patent application in the name of Dr. Alan Witten directed to the subject invention. The provisional application was filed without claims.

Sincerely,

Frank A. De Costa, III

FAD/psh

cc:    Mr. Robert Green
       August Matteis, Esq.
       Dr. Michael Oristaglio
       Dr. Alan Witten

Civil Action No: 1:06-cv-01343

Respondent WTI Ex. No. 13H

Arb. Ex. No: 417-W

**M 000634**