WITTEN TECHNOLOGIES, INC.

Jacksonville, Florida

DETERMINATION

OF

FAIR MARKET VALUE

OF 100% OF THE COMMON STOCK

AS OF DECEMBER 31, 2005

SHELDRICK, McGEHEE & KOHLER, LLC

Jacksonville, Florida

March 31, 2006

Civil Action No: 1:06-cv-01343

Respondent WTI Ex. No. 23

Arb. Ex. No: 152

WTI
08291

— SHELDRICK, McGEHEE & KOHLER, LLC

# TABLE OF CONTENTS

Sheldrick, McGehee & Kohler, LLC ................................................................................... 1

Definition & Premise of Value ......................................................................................... 2

Sources of Information ..................................................................................................... 2

Characteristics of Stock Under Analysis ......................................................................... 3

Witten Technologies, Inc. ................................................................................................. 3

Intellectual Property ......................................................................................................... 4

Markets ............................................................................................................................. 4

Facilities ........................................................................................................................... 5

Personnel .......................................................................................................................... 5

Approaches To Value ....................................................................................................... 5

Cost or Asset-Based Approach ........................................................................................ 5

Income Approach .............................................................................................................. 6

Market Approach .............................................................................................................. 7

Selection of Approaches & Methods ............................................................................... 7

Income Approach - Discounted Cash Flow Method ........................................................ 8

Projected Cash Flows ....................................................................................................... 9

Discount Rate ................................................................................................................... 10

Conclusion - Discounted Cash Flow Method .................................................................. 12

Conclusion - Value of 100% Equity Interest ................................................................... 14

Appendix

Stated Financial Statements ............................................................................................. I

Limiting Conditions & Assumptions ............................................................................... II

Certification ...................................................................................................................... III

Curriculum Vitae .............................................................................................................. IV

WTI
08292

SHELDRICK, McGEHEE & KOHLER, LLC



## SMK
### SHELDRICK, McGEHEE & KOHLER, LLC
*Business Appraisers Since 1946*

March 31, 2006

Erin L. G. Lewis, Esquire
Witten Technologies, Inc.
3638 Overlook Avenue
Macon, Georgia 31204

RE:    Valuation of Witten Technologies, Inc.
       as of December 31, 2005

Dear Ms. Lewis:

Pursuant to your request, Sheldrick, McGehee & Kohler, LLC ("SMK") has reached an opinion of the fair market value of Witten Technologies, Inc. ("WTI" or "Company") as of December 31, 2005. This appraisal was conducted to assist in litigation.

At your request, this document is presented in summary format whereby details related to the economy, financial analysis, and industry outlook have been omitted. Accordingly, this report is for use only by those who are informed about such matters. Records and documentation regarding this appraisal have been retained in our files.

This appraisal is subject to the statement of limiting conditions and assumptions as contained in this report and the Appendix. SMK utilized information supplied by management, including interviews, financial statements and unaudited internal documentation, in this appraisal. We assume this information to be accurate.

### Sheldrick, McGehee & Kohler, LLC

SMK specializes in valuing closely held businesses and business interests with limited markets and in advising clients on matters related to equity ownership. Fair market value appraisals are commonly undertaken on behalf of clients to assist with business acquisitions and divestitures, Incentive Stock Option Plans, Employee Stock Ownership Plans, family wealth planning, buy-sell agreements and disputes. SMK has performed valuations and provided advisory services and expert testimony since 1946 to clients in over 20 states. SMK is recognized as one of the largest independent valuation firms in the eastern United States. The curriculum vitae of the appraiser can be found in the *Appendix* of this report.

WTI
08293

## Definition & Premise of Value

Fair market value has no statutory definition, but is described by the Internal Revenue Service and the Department of Labor (Revenue Ruling 59-60 Section 2.02 and ERISA Section 3(18)) as:

> *"... the price at which an asset would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, and both parties are able, as well as willing, to trade and are well-informed about the asset and the market for that asset."*

In addition, Revenue Rulings 65-193 and 77-287 provided certain modifications to Rev. Rul. 59-60. With respect to Rev. Rul. 77-287, this ruling pertains to valuing for Federal tax purposes restricted securities that cannot be immediately resold and relates to shares of a company that has stock of the same class actively traded on a public market. Regarding Rev. Rul. 65-193, this ruling modifies Rev. Rul. 59-60 by removing language related to the separation of intangible and tangible asset values. In either case, there has been no modification of the definition of fair market value.

The premise of Rev. Rul. 59-60 has been expanded within the appraisal industry to include the presumptions that each party is acting in their own best interest, the value is a cash price payable in U.S. currency and the buyer of the subject interest would assume both the existing assets and liabilities of the business.

Where values of closely held shares cannot be established by reference to arm's-length market transactions or by restrictive agreements, regulatory and judicial bodies generally impose, or accede to, a hypothetical willing buyer-willing seller concept in valuation and assume the existence of such fictional parties.

This appraisal was completed with the premise that WTI would continue to operate as a going concern (value in continued use). Management indicated that liquidation is not intended and the appraisers have not made an independent appraisal of the individual assets of the business.

## Sources of Information

The stock of WTI qualifies as closely held corporation stock. The determination of the fair market value of WTI's shares required an independent investigation and analysis of all the various factors relevant to value including:

- An analysis of financial statements for fiscal years ended December 31, 2004 and 2005 prepared by management.

- An analysis of Witten Technologies, Inc. Executive Summary and Business Plan, dated January 2006 prepared by management.

- An analysis of Five Year Financial Projections prepared by management.

- An examination of other documents furnished and discussions and correspondence with a shareholder/officer of WTI regarding the operating and financial performance of the Company.

- An examination of the general economic trends and the industry in which WTI operates.

- An examination of the historical return studies performed on publicly held securities.

- A search for transactions involving similar businesses both publicly held and closely held.

## Characteristics of Stock Under Analysis

Available information indicates that as of the valuation date:

- WTI is incorporated in the State of Florida and operates as a C corporation.

- There were 45,000,000 shares of common voting stock authorized, with 35,000,000 shares issued and outstanding.

- There were 1,500,000 shares of convertible preferred voting stock authorized, with 1,500,000 shares issued and outstanding.

- No established or active market exists for the subject shares.

- There have been no arm's-length transactions involving the subject stock to assist in the determination of value.

## Witten Technologies, Inc.

Witten Technologies, Inc. ("WTI") was founded in 1994 by Robert Green, Alan Witten and Tony Devaney to commercialize Geophysical Diffraction Tomography ("GDT") for use in construction and engineering.

GDT theory was developed and patented by Tony Devaney while a scientist at Schlumberger's research facility in Ridgefield, Connecticut. This patent laid out how the underground can be seen through the generation of holograms derived from reflected diffraction patterns. It is based on optical theory and is similar to a CAT-scan-like image of the underground. Alan Witten, while working as a geophysicist at Oak Ridge National Laboratory, developed the method to create an image with GDT. He was successful in acoustically imaging a buried water line.

In the early 1990s, GDT was rapidly changing the world of oil and gas exploration from a two-dimensional world into a three-dimensional world. The result was the discovery of more existing reservoirs of gas and oil through the use of the new technologies. Schlumberger, under a contract with the Electric Power and Research Institute and the Gas Technology Institute, undertook the study of using ground penetrating radar. As research got under way, Schlumberger decided not to complete the project and in May 2000 transferred the project and project team to WTI. Additionally, Schlumberger purchased a 10% interest in WTI.

WTI finished developing the first practical and commercial system for "seeing" underground in the near surface in 2001. This technology is known as Computer Assisted Radar Tomography or "CART" (later shortened to "RT"). RT produces accurate images of any buried structure and its material composition without digging. The cost of virtual excavation to identify structures is pennies on the dollar as compared with digging to find a structure. The environmental, construction and engineering fields now enjoy the same advances as seen in three-D imaging and visualization technology used in industries as diverse as medicine and oil and gas exploration. WTI's mapping products and services expedite engineering, avoid certain construction risks, and enhance safety.

WTI
08295

Sheldrick, McGehee & Kohler, LLC

3

## Intellectual Property

Witten Technologies, Inc. and its licensees at this time are the only companies in the world that offer commercial radar tomography services. The Company has concentrated on building an intellectual property position to defend its technological leadership from expected future competition. The patent law firm of Finnegan Henderson of Washington, D. C. was hired by WTI to develop and execute a patent strategy. With patents relating to the RT system in place, competitors cannot duplicate RT (including its operating system and imaging software) without violating federal statutory law and state contract law.

WTI currently has three U. S. issued patents, four additional U. S. patents allowed and three U.S. patents pending. Additionally, WTI typically files for foreign patent protection in Europe, China, Japan and Hong Kong. WTI's success will be enhanced if it is able to protect its proprietary software, trade secrets and other intellectual property. To protect its proprietary rights, the Company relies generally on patent, copyright, trademark and trade secret laws, confidentially agreements with third parties, and license agreements with consultants, vendors and customers. Additionally, the Company requires employees to execute employment agreements with confidentially clauses and non-competition agreements.

## Markets

The renewal of America's infrastructure is one of WTI's largest markets. The largest impediment to reconstructing the underground infrastructure is cost. WTI, with the use of the RT system, will help substantially reduce the cost by pinpointing the location of the underground structures. The nonbuilding underground structure markets to be pursued follow:

- Conservation and Redevelopment
- Highways and Streets
- Military Facilities
- Sewer Systems
- Utilities
- Water Supply Facilities
- Others

WTI will deliver RT service through a robust expansion plan to capture 3% to 5% of the local market. WTI will license regional engineering and surveying companies worldwide to fill the majority of the demand. The licensee plan is broken up into a Data Collection License and an Image Processing License. Data collection requires that a company be qualified as a Professional Surveyor. Most professional engineering firms meet that qualification. Image processing is more complex because the secret to the technology could not be understood by a person trained in classical physics. WTI invented a "mathematical lens" that can be likened to the lens of a human eye. If you remove the lens of the eye, the light still shines on the retina, but it is out of focus and the brain is unable to create a coherent image. The ability to focus seemingly incoherent data is what the founding scientists of WTI invented. WTI will provide the Image Processing service for a fee to the firm until they can be trained in using Image Processing at which time they can purchase the Image Processing license.

WTI
08296

Sheldrick, McGehee & Kohler, LLC

4

**Facilities**

Witten Technology, Inc. is located at:

| Corporate Office | Technology Office |
|---|---|
| 1365 Windsor Harbor Drive | 35 Medford Street, Suite 306 |
| Jacksonville, Florida 32225 | Somerville, Massachusetts 02143 |
| (904) 221-6476 | (617) 236-7103 |

**Personnel**

The Company employs approximately 13 full-time personnel at the valuation date. The work force is non-unionized, and management states that unionization is unlikely. Pay scales are above average for the industry, and the Company provides benefits such as vacation and sick time, 401(k), and group medical and dental insurance. The management team is experienced and capable. Officers at the valuation date were as follows:

| | |
|---|---|
| Robert Green | CEO, Director, Chairman |
| Brian Hurse | Executive Vice-President, Director |
| Ralf Birken, Ph.D. | Vice-President of Research and Development |
| John Krause | Senior Vice-President, COO, SUE Services |
| Rob Casadonte | Vice-President of Operations |
| Douglas J. Milne | Director |
| Mike Hogan | Director |

**Approaches To Value**

The fundamental approaches used in the development of indications of value for closely held businesses include consideration of the Internal Revenue Service guidelines contained in Revenue Ruling 59-60, where appropriate. These generally accepted approaches are:

- Cost Approach
- Income Approach
- Market Approach

**Cost or Asset-Based Approach**

The cost (or asset-based) approach involves an analysis of the economic worth of a company's assets in excess of its outstanding liabilities in determining an indication of equity value. This approach addresses the book value of the company stipulated in IRS Revenue Ruling 59-60. The cost approach is typically used for a company that is temporarily or permanently experiencing low returns in relation to the size of its tangible assets and involves the examination and adjustment of assets to reflect their fair market value.

Sheldrick, McGehee & Kohler, LLC

WTI
08297

5

Value is normally not attributable to intangible assets such as customer base or company reputation since the company is generating a low return on assets. As such, intangible assets capitalized on the Balance Sheet are normally removed as non-marketable, with tangible assets remaining. In addition, an inquiry is made as to any unrecorded assets or liabilities that may not be recognized under Generally Accepted Accounting Principles. The asset-based approach includes a liquidation method and a value in place method, which involve slightly different adjustments.

*Liquidation Method:*  The liquidation method is commonly used for businesses anticipating liquidation, partial liquidation, or those in bankruptcy. This method may also be used for companies with a long history of poor returns on the tangible assets employed, for which an alternative use would clearly result in higher returns on tangible assets. Adjustments are made to reflect the market value of the assets as if they were to be sold on an individual basis in a relatively short period of time. Although this method does not consider the premise of value to be "going concern," it does consider alternative uses, and establishes a "floor value" of the business.

In some instances, the liquidation method must consider costs associated with the orderly sale of corporate assets. Ongoing contractual obligations, employee severance, contractual obligations such as leases, fees and commissions associated with asset sales, and in some cases, corporately incurred income taxes must all be estimated or calculated in order to determine the net proceeds available to be distributed to the equity shareholders.

*Value-in-Place Method:* This methodology considers the value of the assets of a business as a "going concern." This method is typically used for businesses that are operating as going concerns, but are temporarily experiencing low returns in relation to the size of tangible assets employed. Management normally does not anticipate liquidation and it is expected that a willing buyer would use the assets of the entity to operate in the same lines of business. As such, the assets are adjusted to reflect fair market value with consideration given to the fact that these assets are already assembled, in-place and used in the operations of a going concern business.

## Income Approach

The income approach involves converting a typical investor's anticipated future economic benefits to a present indication of value. This approach considers the risks associated with the investment, the timing of the anticipated benefits and expected growth in future benefits. The income approach addresses the earnings and dividend paying capacity stipulated in IRS Revenue Ruling 59-60. This approach includes several generally accepted methods, which are typically categorized as either capitalization methods or discounting methods.

*Capitalization of Earnings Method:* Capitalization methods involve a single benefit level representing an estimate of the investment's ability to generate sustainable future benefits, which is divided by a single conversion factor known as a capitalization rate. In common parlance, the capitalization of earnings can be compared to public company pricing commonly referred to as a price/earnings multiple attributable to a company's stock value. A capitalization return approach to value is most appropriate when the subject company has a history or pattern of earnings which can be reasonably projected into the near term, presumably one or two years. The representative earnings base is then matched to an appropriate multiplier, or either a pre-or after-tax basis, in order to determine the value of a 100% interest in the subject company's common equity. The appropriate discount rate and its related capitalization rate are determined by the analysts using appropriate build-up method for cost of equity capital, or in some cases public company guidelines.

WTI
08298

Sheldrick, McGehee & Kohler, LLC

6

*Discounted Cash Flow Method:* Discounting methods involve the estimation of expected future benefits for multiple time periods, which are converted to an indication of value using discount rate and present value techniques. This methodology requires the analysts to obtain or prepare financial forecasts for multiple future years of operations and also calculate a terminal year value. After making appropriate adjustments for accounting and/or tax purposes, the total of the value of the future income stream is then discounted to present value upon the determination of an appropriate discount rate. Discounted cash flow methodology is arguably most appropriately applied in instances where there does not exist a representative historic earnings base within the subject company. Turnarounds where there is an indication of dramatic improvement in the company's fortunes and start-ups, where by definition there are either losses or non-representative earnings in the company's short past, are two common business valuation situations wherein the discounted cash flow method would be most appropriate for determining value.

In both capitalization and discounting methods, future economic benefits may be measured as various forms of earnings, cash flow or dividends, which are used with respective capitalization or discounts rates appropriate for the specific type of economic benefit measured.

## Market Approach
The market approach compares the subject interest to investments with similar risk, returns and growth, for which reliable transactional data is available. There are three commonly used market approach methods:

*Prior Transaction Method:* The prior transaction method involves a comparison of the subject interest with prior transactions in the ownership of the subject business, which occurred at arm's-length. Adjustments are made for differences between the subject valuation date and the transaction date, including financial performance and risk. In addition, an adjustment may be made for differences in the size of the block. Deal terms are converted to a cash equivalent value.

*Private Transaction Method:* The private transaction method involves the comparison of the subject interest with transactions in similar privately-held businesses for which there is sufficient information available for comparing business descriptions, financial performance, risks, purchase price and deal terms. Valuation multiples, after adjusting to reflect differences between the subject interest and the private transaction, are applied to the subject interest, resulting in an indication of value.

*Public Guideline Company Method:* The public guideline company method involves comparing the subject business to publicly-held companies having similar product lines, operating and financial performance, customer base, asset mix, access to capital and growth potential. Companies with a reasonable degree of comparability are referred to as guideline companies. After adjusting to reflect differences between the subject investment and the public transactions, valuation multiples are applied to the subject interest, resulting in an indication of value.

## Selection of Approaches & Methods
Each approach was considered in this appraisal. The decision to use a specific approach or method was determined based on the criteria previously described and the availability of information.

WTI's management indicated to the appraiser that liquidation, or partial liquidation, is neither contemplated, nor anticipated. Since the business has been in a development start-up mode, the value of these resources to the stockholders is realized through WTI's ability to generate future

Sheldrick, McGehee & Kohler, LLC

WTI
08299

7

benefits which are contingent on the use of intangible assets such as reputation, patents and relationships with customers (goodwill). Therefore, the cost approach was considered inappropriate in this appraisal.

No prior transactions in the subject stock have occurred at arm's-length. Also, a search conducted through The Value Line Investment Survey and Standard & Poor's Database did not result in the identification of sufficiently comparable public companies operating within WTI's industry to facilitate the use of the market approach. Similarly, a search of the databases of the Institute of Business Appraisers and Business Valuation Resources, Inc. provided insufficient information pertaining to private market transactions for firms operating in lines of business similar to WTI. Therefore, the market approach was considered inappropriate as an approach to value in this appraisal.

The appraiser determined that the value of the subject interest should be primarily based on future economic benefits; therefore, the income approach was used in this appraisal. Management expects substantial increases in sales and profits going forward and discussed with the appraiser the expected performance for the next several years. The appraiser performed a discounted cash flow analysis in the determination of fair value for WTI.

Dividend-paying capacity is usually based on such factors as earnings, capital requirements, financing, liquidity, executive salary levels, bonuses to shareholders and employees and other employee benefits. In the discounted cash flow method, the amount of cash available to shareholders is determined in each year; therefore, this methodology considers the dividend-paying capacity of the business.

The income approach (utilizing the discounted future cash flow method) is presented in the following section.

### Income Approach - Discounted Cash Flow Method

The appraiser determined that an income approach was the most suitable for valuing WTI, specifically the discounted cash flow method. The discounted cash flow method is widely used and accepted in business valuation and addresses the earnings and dividend-paying capacity stipulated in IRS Revenue Ruling 59-60. This method involves calculating the present value of estimated future available cash flows.

The discount rate used to calculate the present value is commensurate with return requirements in the capital markets and the risks inherent in the specific investment. The debt-free or invested capital method of discounting was used to eliminate the impact of financial leverage by calculating the value of cash flows available to both debt and equity investors. Then, the subject Company's interest bearing debt is subtracted to determine the value of the equity.

WTI
08300

Sheldrick, McGehee & Kohler, LLC

8

**Projected Cash Flows**

The appraiser conducted this analysis using the after-tax cash flow available to debt and equity investors (known as the "debt free" or "invested capital" method) based on the use of WTI's assets:

|   | Earnings before interest & tax |
|---|---|
| x | <u>(1- tax rate)</u> |
|   | Earnings to debt & equity investors |
| + | Depreciation & amortization (non-cash expenses) |
| - | Capital expenditures |
| - | <u>Increases in working capital requirements (excluding interest bearing debt)</u> |
| = | Net cash flow available to investors (both debt and equity holders) |

The duration of the financial projections was based on the length of time necessary to reach stable revenue, volume growth, expense structure and capacity utilization. Net cash flow available to debt and equity investors was estimated on an annual basis in the short-term. In the long-term, net cash flows are then estimated to increase at a stable, average annual growth rate, indefinitely. The financial projections and discounted cash flow summary are presented on Page .

The appropriate cash flow projections expected by a typical willing buyer were based on management discussions, historic financial information and industry data. The assumptions made in the financial projections for WTI are as follows:

- Total sales are projected to be $3.3 million in the 2006 fiscal year based on management estimates, and thereafter will increase by annual rates ranging from 271% to 360% through 2010 based on dynamic increases expected in use of WTI's patents and processes in the construction industry. Sales for 2011 were projected at a 5.5% increase over 2010. Cash flow is projected to increase at a 5.5% annual rate from 2010 into perpetuity.

- Operating and pre-tax income are based on management expectations for 2006, and thereafter are projected to increase commensurate with the projected growth in revenues.

- Non-cash expense (depreciation and amortization) is based primarily on the Company's capital expenditure projections. Net depreciable assets include the annual capital expenditures used in the projection.

- Capital expenditures are based on WTI's projections and future growth in the years 2006 to 2010 and 2011 was shown to increase 5.5% over 2010.

WTI<br>08301

Sheldrick, McGehee & Kohler, LLC

9

**Discount Rate**

The appraisers determined the discount rate applicable to cash flows available to equity investors. The discount rate is based on the cost of capital, which represents the cost of equity.

The cost of equity, or return required by an equity investor, is based on the return requirements for alternative investments in the capital markets and the risks inherent in WTI. In developing the appropriate cost of equity, the following factors were considered:

- Long–term risk free return

- Equity risk premium

- Small capitalization risk premium

- Company specific risk premium

The yield on 20-year U. S. Treasury Bonds (as of the valuation date) was used as a proxy for a long-term, risk free return on an investment with no growth prospects. The equity risk premium represents the extra return earned by a typical equity investor in the public markets in excess of the return on long-term Treasury securities. A small capitalization risk premium represents the extra return earned by a typical equity investor in smaller publicly held companies in excess of the return earned on larger publicly held companies. The most widely accepted source for the equity risk premium and the small capitalization risk premium is the Ibbotson Associates' Stocks, Bonds, Bills and Inflation Yearbook which reports historical returns of the S&P 500 as well as the smallest 20% of publicly held companies.

The company specific risk premium represents the extra return that equity investors in WTI would typically require for additional risks inherent in the business. These risks, which are not often present in small publicly held companies, include the following:

- Limited access to capital

- Size, diversification and market presence relative to larger companies

- Expansion of a new technology

- Substantial growth relative to historical performance

As previously mentioned, the discount rate represents the rate of return that a hypothetical investor would require based on the risks inherent in the Company. In this case, a return expectation well in excess of the 15.82% return historically yielded by the public markets was deemed appropriate due to the company-specific risk factors listed above. As discussed above, the investment risks in WTI are substantial and it is our opinion that a willing buyer would require a level of return only slightly lower than that typically demanded by venture capital investors at this point in the business cycle. Our research indicates that typical rates of return for venture capitalists are as follows:

- 50% and above for start-up companies that have a product idea and not much else. This is the riskiest level of intellectual property investment and requires the largest amount of return.

WTI
08302

Sheldrick, McGehee & Kohler, LLC

- 40% for first stage companies that have a prototype with proven capabilities but commercial success has not been proven in the marketplace.

- 30% for second stage companies that may have experienced success in the commercial production of the product, but market expansion requires substantial amounts of capital that a bank may be unwilling to provide.

It is our opinion that although an investor would find the subject investment rather risky, it would be considered less risky than that of a start-up company and more like that of a first stage company. Therefore, considering the returns yielded by the public markets and the additional return an investor would require for the specific risks in such an investment as discussed, we assumed return expectations of 40.82% for WTI.

The following table summarizes the development of the estimated cost of equity based on the factors previously described:

| | |
|---|---|
| 20-Year Treasury Yield at December 31, 2005 | 4.62% |
| Equity Risk Premium | 7.00% |
| Small Capitalization Stock Premium | 4.20% |
| WTI Risk Factor | 25.00% |
| Cost of Equity* | 40.82% |

\* Also known as stockholders' required rate of return.

WTI
08303

Sheldrick, McGehee & Kohler, LLC

11

**Conclusion - Discounted Cash Flow Method**

The annual cash flows in the short-term were discounted using the cost of capital. The value of the long-term cash flows, known as the terminal value, was determined based on the capitalization of cash flows using the cost of capital and adjusting for estimated annual long-term growth of 5.5%. Discounting the short-term and long-term cash flows available to investors resulted in the value of invested capital of $158,844,000. After subtracting total interest bearing debt at the valuation date of $3,468,000, the resulting value is $155,376,000 (rounded) for the operations of WTI as of December 31, 2005.

The discounted cash flow summary for WTI is presented on the following page.

WTI
08304

Sheldrick, McGehee & Kohler, LLC

12

Witten Technologies, Inc.
Valuation as of December 31, 2005
Fiscal Years Ending December 31
DISCOUNTED CASH FLOW METHOD - INVESTED CAPITAL

| | FYE 2005 Adjusted | % | FYE 2006 Projected | % | FYE 2007 Projected | % | FYE 2008 Projected | % | FYE 2009 Projected | % | FYE 2010 Projected | % | FYE 2011 Projected | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $700,966 | 100% | $3,310,403 | 100% | $18,646,000 | 100% | $50,020,000 | 100% | $127,650,000 | 100% | $345,300,000 | 100% | $384,291,500 | 100% |
| Cost of Revenue | 1,042,712 | 148% | 1,480,604 | 44% | 5,439,667 | 41% | 11,707,550 | 23% | 24,605,498 | 20% | 58,309,892 | 17% | 61,565,264 | 16% |
| Gross Profit | (338,746) | -48% | 1,829,799 | 55% | 13,206,333 | 70% | 38,312,450 | 76% | 103,044,502 | 80% | 286,990,108 | 83% | 302,726,237 | 83% |
| Cash Operating Expense | 1,232,954 | 175% | 5,852,512 | 176% | 5,918,067 | 31% | 8,613,192 | 17% | 13,798,875 | 11% | 24,792,452 | 7% | 26,228,988 | 7% |
| EBITDA | (1,571,700) | -223% | (4,022,713) | -121% | 7,288,266 | 39% | 29,699,258 | 59% | 89,245,627 | 69% | 262,197,656 | 75% | 276,497,249 | 75% |
| Depreciation | - | 0% | 519,000 | 15% | 1,809,450 | 9% | 3,121,950 | 6% | 6,421,950 | 5% | 15,234,450 | 4% | 16,072,345 | 4% |
| Operating Income | (1,571,700) | -223% | (4,541,713) | -137% | 5,478,816 | 29% | 26,577,308 | 53% | 82,823,677 | 64% | 246,963,206 | 71% | 260,424,904 | 71% |
| Other Income & (Expense) | 1,736 | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| EBIT | (1,569,964) | -223% | (4,541,713) | -137% | 5,478,816 | 29% | 26,577,308 | 53% | 82,823,677 | 64% | 246,963,206 | 71% | 260,424,904 | 71% |
| Federal & State Income Tax | (1,680,434) | | | | 2,027,162 | 50% | 9,833,604 | 37% | 30,644,760 | 37% | 91,376,386 | 37% | 96,357,214 | 37% |
| Earnings after Tax* | (1,569,964) | -223% | (2,861,279) | -86% | 3,451,654 | 18% | 16,743,704 | 33% | 52,178,917 | 41% | 155,586,820 | 45% | 164,067,689 | 43% |

* The impact of tax deductible interest expense is accounted for in determining the after tax cost of debt

| | FYE 2006 | FYE 2007 | FYE 2008 | FYE 2009 | FYE 2010 | FYE 2011 |
|---|---|---|---|---|---|---|
| Cash Flow to Invested Capital | | | | | | |
| Earnings after Tax* | $(2,861,279) | $3,451,654 | $16,743,704 | $52,178,917 | $155,586,820 | $164,067,689 |
| Plus: NonCash Items | 519,000 | 1,809,450 | 3,121,950 | 6,421,950 | 15,234,450 | 16,072,345 |
| Gross Cash Flow | (2,342,279) | 5,261,104 | 19,865,654 | 58,600,867 | 170,821,270 | 180,140,034 |
| Changes in Assets & Liabilities | (559,198) | 1,135,698 | (1,036,280) | (3,904,053) | (92,458,562) | (97,543,783) |
| Less: Capital Expenditures | (3,375,000) | 2,625,000 | 10,500,000 | 22,500,000 | 65,625,000 | 69,234,375 |
| Net Cash Flow to Inv Capital | $(6,276,477) | $9,021,802 | $29,329,374 | $77,196,814 | $143,987,708 | $151,850,626 |
| time period | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.50 |
| PV Factor | 0.84 | 0.60 | 0.42 | 0.30 | 0.21 | 0.15 |
| Present Value | $(5,289,124) | $5,398,794 | $12,463,555 | $23,295,615 | $30,655,734 | $23,104,976 |

| | | |
|---|---|---|
| Value of Cashflows - next 6 yrs. | $89,829,550 | |
| Present Value of Terminal | 69,014,012 | |
| Value of Invested Capital | $158,844,000 | rounded |
| Less: All Interest Bearing Debt | (3,468,000) | rounded |
| 100% Equity Interest* | $155,376,000 | rounded |

| | |
|---|---|
| COC = | 40.8% |
| Long Term Growth g* = | 5.5% |
| Capitalization Rate (k-g) = | 35.3% |
| Cash Flow in 2011 | 151,850,626 |
| x(1 + g) | 105.5% |
| Cash Flow in 2012 = CF1 | 160,181,311 |
| Terminal Value (CF1/Cap. Rate) | $453,514,470 |
| PV Factor | 0.15 |
| Present Value of Terminal Value | $69,014,012 |

*excludes any non-operating asset, asset deficiencies and non-operating liabilities

WTI
08305

Sheldrick, McGehee & Kohler, LLC

The 100% equity value of WTI was previously determined to be $155,376,000. Reducing this value by the $2.00 per share redemption value of the preferred stock, or total of $3,000,000, results in a value attributable to the common shareholders of $152,376,000.

**Conclusion - Value of 100% Equity Interest**

Based on our experience in appraising similar closely held business interests and our analysis as discussed in the enclosed report, it is the opinion of Sheldrick, McGehee & Kohler, LLC that the fair market value of 100% of the common stock of Witten Technologies, Inc. as of December 31, 2005 was:

**$152,376,000**

In the course of this review, the appraiser relied upon and assumed without independent verification the accuracy and completeness of all financial records and related information supplied by WTI and its representatives. The appraiser has not made an independent appraisal of the assets held in the subject businesses.

As independent appraisers, the firm and its members have no interest, either present or contemplated, in the shares under review. Acceptance of this assignment was in no way contingent on our final opinion of value.

The appraisal certification, as well as the statement of limiting conditions and assumptions, contained in this report are integral parts of this valuation opinion.

The cooperation of all concerned in providing the appraisers with the necessary information to complete this appraisal is gratefully acknowledged.

Sincerely,

**SHELDRICK, McGEHEE & KOHLER, LLC**

Vincent J. Shea, CVA
Vice President of Litigation Support

WTI
08306

# APPENDIX

WTI
08307

SHELDRICK, McGEHEE & KOHLER, LLC

# STATED FINANCIAL STATEMENTS

WTI
08308

SHELDRICK, McGEHEE & KOHLER, LLC

**WITTTEN TECHNOLOGIES, INC.**
**HISTORICAL INCOME STATEMENTS - As Stated**
**Fiscal Years Ending December 31**

|  | FYE 2004 | FYE 2005 |
|---|---|---|
| Revenue: | | |
| Hardware Leases | $- | $42,000 |
| CART Services | 383,663 | 521,821 |
| CART Software Licenses | 9,000 | 60,000 |
| Other Professional Income | 11,600 | 25,100 |
| R & D | 194,500 | 55,045 |
| Total Revenue | 598,763 | 703,966 |
| Cost of Revenue: | | |
| Royalty Expense | 35,925 | 1,676 |
| Total Cost of Revenue | 35,925 | 1,676 |
| Gross Profit | 562,838 | 702,290 |
| Cash Operating Expenses | | |
| Sales and Marketing | 60,526 | 262,885 |
| Field Expenses | 243,492 | 372,169 |
| Research and Development | 246,211 | 407,768 |
| Data Processing | 101,832 | 261,099 |
| General and Administrative | 1,480,891 | 970,069 |
| Total Cash Operating Expenses | 2,132,952 | 2,273,990 |
| Operating Income | (1,570,114) | (1,571,700) |
| Other Income (Expense): | | |
| Other Income (Expense), Net | (355,619) | 1,736 |
| Other Income , Net | (355,619) | 1,736 |
| NET LOSS | ($1,925,733) | ($1,569,964) |

WTI
08309

SHELDRICK, McGEHEE & KOHLER, LLC

**WITTEN TECHNOLOGIES, INC.**
**HISTORICAL BALANCE SHEETS - As Stated**
**Fiscal Years Ending December 31**

|                                          | FYE 2004      | FYE 2005       |
|------------------------------------------|---------------|----------------|
| ASSETS                                   |               |                |
| Current Assets:                          |               |                |
| Cash                                     | $35,817       | $11,976        |
| Accounts Receivable, Trade, Net          | 97,284        | 260,430        |
| Stock Subscription Receivable            | 379,176       | 379,176        |
| Stockholder Loan Receivable              | -             | 44,598         |
| Total Current Assets                     | 512,277       | 696,180        |
| Fixed Assets, Net of Depreciation        | 347,334       | 490,088        |
| TOTAL ASSETS                             | $859,611      | $1,186,268     |
| LIABILITIES                              |               |                |
| Current Liabilities:                     |               |                |
| Accounts Payable, Trade                  | $205,817      | $258,440       |
| Credit Cards                             | 96,862        | 89,041         |
| Accrued Expenses                         | 1,080,187     | 1,075,187      |
| Long-Term Debt, Current Portion          | 4,846         | (643)          |
| Due to Shareholders                      | 121,925       | 306,725        |
| Other Current Liabilities                | 9,000         | (440)          |
| Total Current Liabilities                | 1,518,637     | 1,728,310      |
| Long-Term Debt:                          |               |                |
| Bank Loan                                | 938,350       | 917,891        |
| Notes Payable, Shareholders              | 2,142,681     | 2,183,381      |
| Total Long-Term Debt                     | 3,081,031     | 3,101,272      |
| Other Liabilities:                       |               |                |
| Deferred Gains from Disputed Liabilities | -             | 201,482        |
| Total Other Liabilities                  | -             | 201,482        |
| Total Liabilities                        | 4,599,668     | 5,031,064      |
| OWNERS' EQUITY                           |               |                |
| Preferred Stock                          | 3,000,000     | 3,000,000      |
| Common Stock                             | 4,853,525     | 6,318,750      |
| Retained Earnings                        | (11,593,583)  | (13,163,546)   |
| Total Owners' Equity                     | (3,740,058)   | (3,844,796)    |
| TOTAL LIABILITIES & OWNERS' EQUITY       | $859,610      | $1,186,268     |

WTI
08310

SHELDRICK, McGEHEE & KOHLER, LLC

# LIMITING CONDITIONS & ASSUMPTIONS

WTI
08311

SHELDRICK, McGEHEE & KOHLER, LLC

II

## Limiting Conditions & Assumptions

1. This appraisal was conducted to establish the value of WTI common stock held for litigation purposes. This report is prepared in a summary format, whereby supporting documentation is retained in the appraisers files. SMK assumes no responsibility for the misuse of this appraisal. Possession of this report does not carry with it the right of publication.

2. The premise of value used in this report is fair market value as defined in Revenue Ruling 59-60, which is defined in the introduction of this report. This appraisal assumes a typically motivated willing buyer and willing seller and the appraisers did not consider the strategic or investment value related to a specific seller or buyer. The appraised values are expressed as cash prices payable in U. S. currency.

3. Information supplied by management, including written correspondence, interviews, financial statements and unaudited internal documents, was utilized by SMK in this appraisal. SMK relied on management s assurance that this information was accurately represented and fairly reflects the operations and performance of WTI. Records and documentation regarding this appraisal have been retained in our files.

4. WTI s management is unaware of any material adverse regulatory communication or legal action against WTI as of the appraisal date unless specifically stated otherwise in this report. SMK assumes no responsibility, and is not qualified to make an independent investigation, regarding: 1) the legal description or title considerations pertaining to the subject interest being appraised; 2) hazardous materials or environmental risks of WTI; 3) compliance with applicable federal, state and local regulations and laws; and 4) WTI s maintenance of required or necessary licenses, certificates and consents. Unless otherwise stated in this report, SMK assumes: 1) the subject interest is free and clear with no encumbrances or restrictions on its sale; 2) WTI is and will continue to be in full compliance with applicable federal, state and local regulations and laws; and 3) WTI is and will continue to maintain all licenses, certificates and consents, either required or necessary.

5. Management indicated to SMK that liquidation or partial liquidation is neither contemplated, nor anticipated. SMK assumes WTI will continue to operate as a going concern. While a cursory liquidation analysis may be performed to establish an estimated floor value of WTI, SMK is neither a qualified machinery and equipment appraisal firm, nor business liquidation specialists. We relied upon management s estimates for certain asset values and did not make an independent appraisal of the individual assets held by WTI.

6. Related to this analysis, the appraisers are not required to give testimony, or be in attendance in court, hearings, depositions, IRS reviews or proceedings, unless prior arrangements have been made.

WTI
08312

SHELDRICK, McGEHEE & KOHLER, LLC

# CERTIFICATION

WTI
08313

SHELDRICK, McGEHEE & KOHLER, LLC

III

## Certification

The undersigned hereby certify that to the best of our knowledge and belief:

- The statements of fact contained in this report, upon which our analyses, opinions and conclusions expressed herein are based, are true and correct.

- The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and they represent our unbiased professional analyses, opinion and conclusions.

- We have no present or prospective interest in the business or interest which is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

- Our compensation for performing this appraisal is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

- Our analysis, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

- Other than through real estate appraisals, no one provided significant professional assistance to the person or persons signing this report.


Certified by:

**SHELDRICK, McGEHEE & KOHLER, LLC**


_____
Vincent J. Shea, CVA
Vice President of Litigation Support

# CURRICULUM VITAE

WTI
08315

SHELDRICK, McGEHEE & KOHLER, LLC

IV

# VINCENT J. SHEA, CVA

## EDUCATION:

Bachelor of Science, Accounting, 1961, Long Island University, Brooklyn, NY

National Association of Certified Valuation Analysts
  Certified Valuation Analyst School, 1996, Atlanta, GA and continuing CPE
    Preparation and critique of valuations
  Certified Valuation Analyst

American Management Association, 1991 - 1995
  Courses in Controllership
  Mergers & Acquisitions
  Financial Analysis
  Taxes

## SUMMARY OF EXPERIENCE:

Sheldrick, McGehee & Kohler since August 2000
  Over 150 Valuations including ESOPs, Corporate and Tax Planning, Estates, Gifting,
  Intangibles, Fairness Opinions, Blockage, Goodwill Impairment, Marital Dissolution, Business
  Dissolution, Bankruptcy, Lost Profits, Loss of Earnings, Accounting Malpractice, Insurance
  Churning, Dissenting Shareholder.

Lucier Chemical Industries, Ltd., 1988 - 2000
  Vice President of Finance for $40 million chemical manufacturer.  Participated in acquisition
  of chemical plant in Juarez, Mexico.  Developed standard cost system for manufacturing
  facility.

The Charter Company, American Can-Voyager Group, 1973 - 1987
  Vice President, Division Controller for Fortune 500 company.  Participated in financial
  analysis relating to acquisition in over ten companies in various industries.

Timberland Products Co. Inc, Grolier Incorporated, 1965 - 1972
  Controller for consumer and industrial products chemical manufacturer.  Participated in
  financial analysis relating to acquisition of specialty chemical manufacturing facility.

Price Waterhouse & Co., 1962 - 1965
  In-Charge Staff Accountant, participated in financial analysis relating to acquisition of five
  companies in various industries.

Senior corporate financial manager responsible for strategic planning, budgeting, financial and
cost accounting, international accounting and banking supply chain logistics.

## AFFILIATIONS:

Member    · American Institute of Certified Public Accountants
          · National Association of Certified Valuation Analysts
          · Florida Institute of Certified Public Accountants
          · New York State Society of Certified Public Accountants

WTI
08316

## Capital Reporting Company

Page 126

1  believe we have about 60 something, then there's a lot
2  of other, I believe we have a couple of thousand but
3  it's more things.
4      Q    How many units would you say are sold each
5  year by Mala of those various other products would you
6  say?
7      A    I'm not sure I will tell you because we never
8  tell anyone. It's special, we never tell our competitor
9  this or anyone else.
10     Q    If the cart was accepted by the market as a
11 standard for utility locating do you think that the
12 market would be large?
13     A    I think so, yes.
14     Q    Could you -- how large would you think?
15     A    I believe I told, we had a discussion about
16 this with Witten, I think it was Tony Clifford or Brian
17 Hurse or Robert, I don't recall, and Tony sent out
18 information after that, I'm sure that Mala could sell
19 about 150 carts in the period of three to five years,
20 and we're talking worldwide.
21     Q    To be clear, you're saying Mala could sell or
22 manufacture 150?

Page 127

1      A    We can manufacture much more.
2      Q    But you think you could sell that many?
3      A    Yes.
4      Q    Has Witten prevented Mala from selling the
5  cart outside of the United States?
6      A    We are allowed to sell it for nonutility
7  purpose and we also need the Witten software.
8      Q    But there's other software that could work
9  with it; is that correct?
10     A    Yes, but you know, we don't want to say
11 stress, have not been thinking of stressing this
12 relation too far until we have, we tried to get the
13 nonexclusive rights that Schlumberger had but we were
14 not allowed to do that.
15     Q    Were you willing to pay for that right?
16     A    We didn't enter into any discussion.
17     Q    On page 5 of the demand filed by Mala, is it
18 2, document 2.
19     A    Page five of that document?
20     Q    That's correct, towards the bottom of the
21 page, the second paragraph to the bottom where it
22 states, "From time to time potential buyers of carts

Page 128

1  would come to Mala and seek to purchase the unit. When
2  Mala asked Witten to be allowed to fulfill these
3  requests Witten refused." Can you state those instances
4  in which Witten refused?
5      A    We have had an ongoing discussion with Witten
6  about Russia and that have not come any closer to a deal
7  so I think it's gone for always. What we have done is
8  that we usually ask the customer to contact Witten, for
9  instance, the Japanese company contacted Witten before
10 us but get no response.
11     Q    Do you know when they contacted, about what
12 time they contacted Witten?
13     A    They just told me they had.
14     Q    They have since though bought cart systems
15 from Mala; is that correct?
16     A    No, they only wanted hardware, the array.
17     Q    Okay. Can you state approximately when they
18 did purchase that array from Mala?
19     A    The last one was last year and the one before
20 that was 2003 December, something around there.
21     Q    Are there any other instances in which Mala
22 was contacted to sell a cart but Witten refused?

Page 129

1      A    I can't really recall. I can't recall it now
2  how many times it was but I recall is that in, say, we
3  stopped, we asked the customer to contact Witten
4  directly, we didn't even try to do that because it's
5  always ended up in discussions so this was --
6      Q    The carts -- go ahead.
7      A    So Schlumberger, we had a Lulu [phonetic] job,
8  the famous job up in northern Sweden, where we tried to
9  do some measurements but the pricing was so high the
10 customer refused.
11     Q    Do you know whether the 200 megahertz cart was
12 being used for that or the 400 megahertz cart?
13     A    I believe it was the 200 megahertz cart, I
14 believe you have picture on it on your presentation.
15     Q    Okay. Now the Russian opportunity you
16 mentioned, didn't Witten ultimately allow Mala or give
17 Mala permission to go sell carts to that company?
18     A    It was more than a year of trying.
19     Q    But they did give you permission?
20     A    They gave us permission beginning of this
21 year, no, last year, and that was when we negotiated in
22 Charleston where we had this either terminate the

33 (Pages 126 to 129)