UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WITTEN TECHNOLOGIES, INC.,<br><br>Petitioner in Petition to Confirm and Respondent in Application to Vacate,<br><br>v.<br><br>MALA GEOSCIENCE, AB,<br><br>Respondent in Petition to Confirm and Applicant in Application to Vacate. | Civil Action No.: 1:06-cv-01343 (RMC) |

## JUDGMENT

On _____ , 2006, this Court confirmed the award of the Arbitrator in this matter, dated <u>July 10, 2006</u> and attached to Witten Technologies, Inc.'s Brief in Opposition to Mala's Application to Partially Vacate Award of Arbitrator and in Support of Petition for Confirmation of Award. In its Order, the Court directed that Judgment be entered in conformity with the arbitration award. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Witten Technologies, Inc. recover from Mala Geoscience, AB, the principal sum of $ <u>261,799.00</u>, together with interest at the rate of nine percent (9%) per annum from <u>July 10, 2006</u> to the entry of this judgment, for a total sum of $ _____;

2. Witten Technologies, Inc. recover costs and disbursements in the amount of $ _____ from Mala Geoscience AB; and

3. This judgment bears interest at the judgment rate of \_\_\_\_\_ percent per annum from the date it is entered until paid.

Dated: _____, 2006        Nancy Mayer-Whittington, Clerk
                                        United States District Court
                                        District of Columbia

                                        By: _____,
                                              Deputy Clerk