UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WITTEN TECHNOLOGIES, INC., <br><br> Petitioner in Petition to Confirm and Respondent in Application to Vacate, <br><br> v. <br><br> MALA GEOSCIENCE, AB, <br><br> Respondent in Petition to Confirm and Applicant in Application to Vacate. | Civil Action No.: 1:06-cv-01343 (RMC) |

## ORDER CONFIRMING ARBITRATION AWARD
( 9 U.S.C. § 9 )

  Having received lengthy briefs from both parties and considered motions to partially vacate the arbitration award and to confirm the arbitration award, respectively, and finding that no oral hearing of the issues is necessary, the Court enters this Order Confirming Arbitration Award and denies Mala Geoscience, AB's Application to Partially Vacate Award of Arbitrator.

  It appears to the satisfaction of the Court that the Court has jurisdiction over this matter, and that the award of the arbitrator dated July 10, 2006 was properly made and that there is no basis for vacating, modifying, or correcting that award. It also appears to the satisfaction of the Court that the arbitration award was, pursuant to the terms of the contract, intended to be final and binding on the parties, so that this Court has the power to confirm it under the provisions of Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9. The Court rendered its opinion on these matters, which was filed on _____.

  Therefore, IT IS ORDERED that:

1.  The award of the arbitrator in this matter, as attached as Exhibit "A" to *Witten Technologies, Inc.'s Petition to Confirm Arbitration Award Pursuant to 9 U.S.C. § 9*, is CONFIRMED;

2.  The Clerk will enter this Court's judgment on this award; and

3.  Costs of suit, as taxed by the Clerk, are awarded to Witten Technologies, Inc.

Dated: _____        _____
                     Judge Rosemary M. Collyer
                     UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF COLUMBIA