UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALA GEOSCIENCE, AB,<br><br>Respondent in Petition to Confirm and Applicant in Application to Vacate,<br><br>v.<br><br>WITTEN TECHNOLOGIES, INC.,<br><br>Petitioner in Petition to Confirm and Respondent in Application to Vacate. | Civil Action No.: 1:06-cv-01343 (RMC) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the forgoing:

1) *Witten Technologies, Inc.'s Brief in Support of Motion in Opposition to Mala's Application to Partially Vacate Award of Arbitrator and in Support of Petition for Confirmation of Award*;

2) *Witten Technologies, Inc.'s Petition to Confirm Arbitration Award Pursuant to 9 U.S.C. §9*;

3) *Judgment*; and

4) *Order Confirming Arbitration Award*;

was filed electronically and served upon:

Thomas W. Brunner
Albert C. Lambert
Wiley Rein & Fielding, LLP
1776 K Street, NW
Washington, DC 2006

Timothy D. Kelly, Esq.
Sarah E. Bushnell, Esq.
Kelly & Berens, P.A.

1

3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

the attorneys of record for each other party by first-class, U.S. mail, postage prepaid, on

September 5, 2006.

          /s/ William Sekyi
William Sekyi (DC # 480325)
FISH & RICHARDSON, P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
TEL: (202) 783-5070

*Attorney for Witten Technologies, Inc.*