A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Malå Geoscience AB                          )
                                            )
       Plaintiff(s)        )   **APPEARANCE**
                                            )
                                            )
       vs.                 )   CASE NUMBER    06-1343
Witten Technologies, Inc.                   )
                                            )
       Defendant(s)        )


To the Clerk of this court and all parties of record:

Please enter the appearance of   Raymond R. Castello   as counsel in this
                                           (Attorney's Name)

case for:  Witten Technologies, Inc.
                (Name of party or parties)


August 31, 2006                          *Raymond R. Castello* /TbP
Date                                     Signature

NY 1224021                               Raymond R. Castello
BAR IDENTIFICATION                       Print Name

                                         Fish & Richardson P.C., Citigroup Center, 153 East 53rd Street, 52nd Floor
                                         Address

                                         New York, NY 10022
                                         City        State        Zip Code

                                         202-765-5070
                                         Phone Number