AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Malå Geoscience AB

       Plaintiff(s)  )  **APPEARANCE**
)
)
       vs.  )  CASE NUMBER  06-1343
Witten Technologies, Inc.  )
)
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Tracy G. Parker__ as counsel in this
                              (Attorney's Name)

case for: __Witten Technologies, Inc.__
            (Name of party or parties)

August 31, 2006
Date

DC 482575
BAR IDENTIFICATION

_/s/ Tracy G. Parker_
Signature

Tracy G. Parker
Print Name

Fish & Richardson P.C., 1425 K Street, NW, Suite 1100
Address

Washington, DC 20005
City      State      Zip Code

202-783-5070
Phone Number