Capital Reporting Company

Page 910

1   INTERNATIONAL CENTER FOR DISPUTE RESOLUTION

2   In the Matter of the Arbitration Between

3

4   ---------------------------x

5   MALA GEOSCIENCE AB,              )
                                     )
6   Claimant and                     )   Case No.
    Counterclaim Respondent          )   50 199 T 00261 05
7                                    )
    and                              )   Volume IV
8                                    )
    Witten Technologies, Inc.        )
9                                    )
    Respondent and                   )
10  Counterclaim Claimant.           )
    ---------------------------x
11

12          An Arbitration before
         Arbitrator Kenneth A. Genoni
13      conducted at the offices of the
         American Arbitration Association
14      Eighth Floor, 1176 I Street, Northwest
              Washington, D.C.
15

16          Thursday, April 27, 2006

17

18

19

20

21

22

Capital Reporting Company

Page 1025

have had?

A    Oh, ten maybe.

Q    Were they all in the field of accounting?

A    Yes.

Q    Are you familiar with GAAP, the generally accepted accounting principles?

A    I am.

Q    If you would turn to Exhibit 407. I am not sure if you have that.

A    Yes, okay, the March financials?

Q    Yes. Have you seen these financials before?

A    Yes.

Q    Did you help prepare them?

A    I did.

Q    We looked at these financials. Actually, let me also see if you can open up Exhibit 37.

A    37.

Q    It is not in that book. We can stay in this one. It looks here, in looking at Exhibit 407, the comparative balance sheets, the current liabilities decreased over $1 million, is that

yes, but one of the assets that have to be considered in a liquidation scenario is what could they sell the intellectual property for? First, if I am half right, and it is $50 million, that is a lot more than retained earnings.

    Q    But you cannot give an actual number.

    A    No, I cannot.

    Q    During his deposition Mr. Green testified:

> "You cannot get a better valuation than what somebody is willing to pay for it."

Would that be fair to say in the context of business valuation?

    A    That is somewhat true, but there are different reasons for different people paying different values. If it is a company that you are already in that business and you fold it in and increase your profitability it is worth more to you than just someone else taking that company over.

    Q    How about sales of stock when someone purchases a share of stock, is it fair to say that