April 13, 2006

*Via Electronic Mail*
Sarah E. Bushnell, Esq.
Kelly & Berens, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**WITTEN**
TECHNOLOGIES INC

Re:   *50 199 T 00261 05  Mala Geoscience, AB v. Witten Technologies, Inc. Pre-Hearing Administration*

Dear Sarah:

Please find attached:

1. Exhibit List for Witten Technologies, Inc.;
2. Copies of Exhibits not already produced;
3. Witness List for Witten Technologies, Inc.; and
4. List of Deposition Transcripts to be used.

Tomorrow I will provide Witten's demonstrative evidence.

Please let me know if you have any questions.

Very truly yours,

ERIN L. G. LEWIS

Erin L. G. Lewis, Esq.

GENERAL COUNSEL

3638 Overlook Ave.

Macon, GA 31204

PHONE 478.474.6644 or

404.808.0812

FAX  478.474.8688

erinlglewis@aol.com

cc:   Kenneth Genoni, Esq.
Timothy Kelly, Esq.
Bree O. Sullivan, Esq.
Andrea Bugbee

Attachment N

## WITNESS LIST FOR WITTEN TECHNOLOGIES, INC.

1. Robert Green
   35 Medford Street, Suite 306
   Somerville, MA 02143
   (617) 236-7103
   Mr. Green will have information regarding communications with the Claimant and other relevant information.

2. Brian Hurse
   35 Medford Street, Suite 306
   Somerville, MA 02143
   Tel: 617-236-7103
   Mr. Hurse will have information regarding certain communications with the Claimant and other relevant information.

3. Tony Clifford
   10528 Democracy Blvd
   Potomac, MD 20854
   301-983-5449
   Mr. Clifford will have information relating to problems with the CARTs and other relevant information.

4. Shane Green
   827 Seventh Street NW
   Washington, DC 20001
   (202) 898-1008
   Mr. Green will have information regarding the inception of the relationship with Claimant and concerns that arose in the first few years.

5. Ray Barbee, C.P.A.
   P.O. Box 16450
   Fernandina Beach, FL 32035
   904-261-3795
   Mr. Barbee will testify as to Witten's financial position and its ability to continue operating as a going concern

EXPERT WITNESS:

6. Vince Shea, C.V.A., C.P.A.
   Sheldrick, McGehee & Kohler, LLC
   1 Independent Drive
   Jacksonville, Florida 32202
   Mr. Shea will provide expert testimony as to the value of Witten Technologies.