**WITTEN TECHNOLOGIES, INC.**
**FINANCIAL STATEMENTS**
**DECEMBER 31, 2004 AND 2003**

ARBITRATION
EXHIBIT
#37


EXHIBIT

Green 37

**HARTMAN, BLITCH & GARTSIDE**
CERTIFIED PUBLIC ACCOUNTANTS

WTJ
03212

Applicant Exhibit #27

**WITTEN TECHNOLOGIES, INC.**
**FINANCIAL STATEMENTS**
**DECEMBER 31, 2004 AND 2003**

WTI
03213

# WITTEN TECHNOLOGIES, INC.

## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| ACCOUNTANTS' COMPILATION REPORT | 1 |
| FINANCIAL STATEMENTS | |
| Balance Sheets | 2-3 |
| Statements of Operations | 4 |
| SUPPLEMENTARY INFORMATION | 5 |
| Schedules of Operating Expenses | 6 |
| SELECTED INFORMATION | 7 |

WTI
03214

 **HARTMAN, BLITCH & GARTSIDE**

CERTIFIED PUBLIC ACCOUNTANTS

James R. Karpowicz, CPA
William T. Tinsley, III, CPA
Frank Hunter, CPA
John G. Jeakle, CPA
Jeffrey R. Cummings

Joseph Hartman, CPA (1886-1957)
Gordon P. Blitch, CPA (1906-1998)
Frank Benjamin, CPA (Retired)
Bennie M. Hollenberg, CPA (Retired)
Fred N. Gartside, CPA (Retired)
James G. Culpepper, CPA (1928-2002)

To the Stockholders'
Witten Technologies, Inc.

We have compiled the accompanying balance sheets of Witten Technologies, Inc. (a corporation) as of December 31, 2004 and 2003, and the related statements of operations and supplementary schedules of operating expenses for the years then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation of management. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

Management has elected to exclude substantially all of the disclosures and statements of changes in stockholders' equity and cash flows required by generally accepted accounting principles. If the excluded disclosures and statements of changes in stockholders' equity and cash flows were included in the financial statements, they might influence the user's conclusions about the company's above referenced financial statements. Accordingly, these financial statements are not designed for those who are not informed about such matters.

As discussed in selected information, certain conditions indicate that the Company may be unable to continue as a going concern. The accompanying financial statements do not include any adjustments to the financial statements that might be necessary should the Company be unable to continue as a going concern.

*Hartman, Blitch & Gartside*

Hartman, Blitch & Gartside

June 24, 2004

1

4929 Atlantic Boulevard
Jacksonville, Florida 32207-2409
(904) 396-9802 • Fax (904) 396-1528
Email: hbg@hbgcpa.com

300 West Adams Street, Ste. 650
Jacksonville, Florida 32202
(904) 356-7967 • Fax (904) 353-3716
Email: cjcpas@fdn.com

Website: www.hbgcpa.com

240 14th Avenue South
Jacksonville Beach, Florida 32250
(904)
Email

WTI
03215

**WITTEN TECHNOLOGIES, INC.**
**BALANCE SHEETS**
**DECEMBER 31, 2004 AND 2003**

**ASSETS**

|  | | 2004 | | 2003 |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash | $ | 35,817 | $ | 337,819 |
| Accounts receivable | | 97,284 | | 140,092 |
| Prepaid expenses and other | | 0 | | 7,994 |
| Subscriptions receivable | | 379,176 | | 25,020 |
| Total Current Assets | | 512,277 | | 510,925 |
| | | | | |
| **Property and Equipment** | | | | |
| Field equipment | | 302,347 | | 257,189 |
| Leasehold improvements | | 14,467 | | 14,467 |
| Office equipment | | 388,183 | | 372,826 |
| Vehicles | | 137,000 | | 90,333 |
| | | 841,997 | | 734,815 |
| Less: accumulated depreciation | | (494,665) | | (368,303) |
| Net Property and Equipment | | 347,332 | | 366,512 |
| | | | | |
| **Total Assets** | $ | 859,609 | $ | 877,437 |

WTI
03216

**WITTEN TECHNOLOGIES, INC.**
**BALANCE SHEETS**
**DECEMBER 31, 2004 AND 2003**

## LIABILITIES AND STOCKHOLDERS' DEFICIT

|  | 2004 | 2003 |
|---|---|---|
| **Current Liabilities** | | |
| Accounts payable | $ 214,817 | $ 278,231 |
| Accrued expenses | 152,783 | 169,986 |
| Notes payable - line of credit | 869,991 | 1,128,012 |
| Credit card payable | 96,861 | 107,217 |
| Current portion, long-term debt | 24,560 | 10,464 |
| Employee benefit payable | 274,855 | 281,024 |
| Deferred compensation | 652,549 | 332,369 |
| Notes payable - stockholders | 2,061,259 | 1,500,063 |
| Total Current Liabilities | 4,347,675 | 3,807,366 |
| | | |
| **Long Term Debt** | | |
| Long term debt less current maturity | 48,645 | 30,427 |
| Notes payable - stockholder | 203,347 | 0 |
| Total Long Term Debt | 251,992 | 30,427 |
| | | |
| Total Liabilities | 4,599,667 | 3,837,793 |
| | | |
| **Stockholders' Deficit** | | |
| Preferred stock, $0.01 par value 15,000,000 shares authorized, 1,500,000 shares issued and outstanding | 15,000 | 15,000 |
| Additional paid-in-capital, preferred stock | 2,985,000 | 2,985,000 |
| Common stock, $0.01 par value, 30,000,000 shares authorized, 21,345,574 and 14,338,519 issued and outstanding | 213,346 | 143,385 |
| Additional paid-in-capital, common stock | 4,640,179 | 3,564,114 |
| Accumulated deficit | (11,593,583) | (9,667,855) |
| Total Stockholders' Deficit | (3,740,058) | (2,960,356) |
| | | |
| **Total Liabilities and Stockholders' Deficit** | $ 859,609 | $ 877,437 |

See accountants' compilation report .

3

WTI
03217

**WITTEN TECHNOLOGIES, INC.**
**STATEMENTS OF OPERATIONS**
**FOR THE YEARS ENDED**
**DECEMBER 31, 2004 AND 2003**

|  | 2004 | 2003 |
|---|---|---|
| **Revenues** |  |  |
| CART services | $ 283,662 | $ 1,118,416 |
| CART software licenses | 65,000 | 329,700 |
| R & D contracts | 329,058 | 662,207 |
| Royalty and other professional services | 11,600 | 31,705 |
| Total Revenues | 689,320 | 2,142,028 |
| **Operating expenses** | 2,476,090 | 2,918,914 |
| **Operating loss** | (1,786,770) | (776,886) |
| **Other income (expense)** |  |  |
| Interest income | 1,936 | 764 |
| Interest expense | (140,894) | (118,599) |
| Total other income (expense) | (138,958) | (117,835) |
| **Net Loss** | $ (1,925,728) | $ (894,721) |

See accountants' compilation report.

4

WTI
03218

SUPPLEMENTARY INFORMATION

5

WTI
03219

**WITTEN TECHNOLOGIES, INC.**
**SUPPLEMENTARY SCHEDULES OF**
**OPERATING EXPENSES**
**FOR THE YEARS ENDED**
**DECEMBER 31, 2004 AND 2003**

|  | 2004 | 2003 |
|---|---|---|
| **Operating expenses** |  |  |
| Advertising | $ 5,590 | $ 1,941 |
| Bad debts | 35,122 | 0 |
| Bank charges | 5,223 | 5,719 |
| Computer expenses | 91,834 | 6,926 |
| Consultants | 52,556 | 36,409 |
| Depreciation | 126,362 | 131,562 |
| DP equipment | 18,261 | 69,550 |
| Employee benefits | 138,803 | 168,534 |
| Field expenses | 50,303 | 97,278 |
| Insurance | 96,051 | 84,983 |
| Legal and accounting | 236,621 | 203,834 |
| Office expenses | 55,788 | 83,441 |
| Research and development | 20,734 | 31,323 |
| Rent | 107,955 | 58,900 |
| Royalties | 44,470 | 180,285 |
| Salaries and wages | 1,005,207 | 1,161,615 |
| Taxes - payroll | 34,645 | 101,996 |
| Taxes - other | 1,991 | 4,338 |
| Training and conferences | 44,778 | 4,236 |
| Travel and entertainment | 246,405 | 439,230 |
| Utilities | 57,391 | 46,814 |
| **Total operating expenses** | $ 2,476,090 | $ 2,918,914 |

See accountants' compilation report.

6

WTI
03220

**WITTEN TECHNOLOGIES, INC.**
**SELECTED INFORMATION-SUBSTANTIALLY**
**ALL DISCLOSURES REQUIRED BY GENERALLY**
**ACCEPTED ACCOUNTING PRINCIPLES**
**ARE NOT INCLUDED**
**DECEMBER 31, 2004 AND 2003**

GOING CONCERN

The accompanying financial statements have been prepared assuming the Corporation will continue as a going concern. The corporation has incurred net losses since inception of $11,600,000 and as of December 31, 2004 had a working capital deficiency of $3,740,000. These losses and deficits have been incurred while developing new technologies. All costs associated with the development of these technologies have been expensed as incurred and have resulted in the losses and deficits reflected on these financial statements. Deficits and losses are factors that create an uncertainty about an entity's ability to continue as a going concern.

The Company has developed and is developing various intellectual properties related to radar tomography and the subsurface utility engineering field. All of the Company's core technologies are patented and more patents are being filed. The Company's patent portfolio has been winning many prestigious awards and the technology is being applied in commercial practice. The value of the Company's patent portfolio is not reflected in these financial statements. The Company has been able to sell equity and obtain loans against the value of these patents to cover its operating expenses.

The Florida DOT publicly identified the adoption of the Company's technologies as strategically important and has and is funding pilot projects in an effort to get the adoption process underway. The US DOT's Office of Pipeline Safety has also funded the Company's advance of its technology to the market and management believes they will continue to assist these efforts.

The Company anticipates all of the current portion of stockholder debt will be extended for another year. Management believes all of these factors provide the opportunity for the Company to continue as a going concern.

7

WTI
03221

WITTEN TECHNOLOGIES, INC.
FINANCIAL STATEMENTS
YEAR ENDING DECEMBER 31, 2000

ARBITRATION
EXHIBIT
#32



EXHIBIT

Green. 32

M 004346

# TABLE OF CONTENTS

| | |
|---|---|
| COMPILATION REPORT | 1 |
| BALANCE SHEET | 2 |
| STATEMENT OF INCOME AND RETAINED EARNINGS | 3 |
| STATEMENT OF CASH FLOWS | 4 |
| NOTES TO FINANCIAL STATEMENTS | 5 |
| SUPPLEMENTAL INFORMATION | 6-7 |
| STATEMENT OF OPERATING EXPENSES | 7 |

M 004347

## Peters, Kearney & Associates, P.A.
### CERTIFIED PUBLIC ACCOUNTANTS

110 South Washington Street, Rockville, MD  20850
Tel. (301) 279-0628   Fax (301) 279-2819

WITTEN TECHNOLOGIES, INC.
2121 K St., Suite 650.
Washington, DC 20037

TO THE BOARD OF DIRECTOR'S:

We have compiled the accompanying balance sheet of Witten Technologies, Inc. as of
December 31, 2000 and the related statement of income and retained earnings for the
year then ended in accordance with Statements on Standards for Accounting and
Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that
is the representation of management. We have not audited or reviewed the
accompanying financial statements and, accordingly, do not express an opinion or any
other form of assurance on them.

Peters, Kearney & Associates, P.A.
Certified Public Accountants

February 6, 2001

Peters, Kearney & Associates, P.A.
Certified Public Accountants

1

M 004348

**WITTEN TECHNOLOGIES, INC.**
**BALANCE SHEET**
**December 31, 2000**

| | | 12/31/00 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash | $ | 448,044 |
| Accounts Receivable | | 514,562 |
| TOTAL CURRENT ASSETS | | 962,606 |
| | | |
| **PROPERTY & EQUIPMENT** | | |
| Machinery & Equipment | | 701,873 |
| Vehicle | | 47,884 |
| Leasehold Improvements | | 39,392 |
| Accumulated Depreciation | | (128,090) |
| TOTAL PROPERTY & EQUIPMENT | | 661,059 |
| | | |
| **OTHER ASSETS** | | |
| Deposits With Others | | 2,916 |
| Research & Development Costs | | 250,000 |
| TOTAL OTHER ASSETS | | 252,916 |
| | | |
| **TOTAL ASSETS** | $ | 1,876,581 |

**LIABILITIES AND STOCKHOLDER'S EQUITY**

| | | |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Shareholder Loan | $ | 132,256 |
| Notes Payable – Current Portion | | 10,397 |
| TOTAL CURRENT LIABILITIES | | 142,653 |
| | | |
| **LONG TERM LIABILITIES** | | |
| Notes Payable – Mala Geoscience | | 375,000 |
| Notes payable – Banks | | 39,960 |
| TOTAL LONG TERM LIABILITIES | | 414,960 |
| | | |
| TOTAL LIABILITIES | | 557,613 |
| | | |
| **STOCKHOLDER'S EQUITY** | | |
| Common Stock | | 1,081,443 |
| APIC | | 5,441,507 |
| Unrealized Gain/Loss on Investment | | (10,450) |
| Retained Earnings | | (5,193,532) |
| TOTAL STOCKHOLDER'S EQUITY | | 1,318,968 |
| | | |
| **TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY** | $ | 1,876,581 |

*See accountants' compilation report and accompanying notes*

*Peters, Kearney & Associates, P.A.*
*Certified Public Accountants*

2

M 004349

**WITTEN TECHNOLOGIES, INC.**
**STATEMENT OF INCOME & RETAINED EARNINGS**
**December 31, 2000**

|  | 12/31/00 | % |
|---|---|---|
| **GROSS REVENUES** | $    529,562 | 100.0 |
| **LESS OPERATING EXPENSES** | (2,752,270) | (519.7) |
| **OPERATING INCOME** | (2,222,708) | (419.7) |
| **OTHER INCOME** | | |
| Interest Income | 25,518 | 4.8 |
| Income (Loss) on Investments | (68,905) | (13.0) |
| Other Income | 15,192 | 2.9 |
| TOTAL OTHER INCOME | (28,195) | (5.3) |
| **NET INCOME (LOSS)** | $ (2,250,903) | (425.0) |
| **RETAINED EARNINGS - BEGINNING** | (2,942,629) | |
| **RETAINED EARNINGS - ENDING** | $ (5,193,532) | |

*See accountants' compilation report and accompanying notes.*

*Peters, Kearney & Associates, P.A.*
*Certified Public Accountants*

*3*

M 004350

**WITTEN TECHNOLOGIES, INC.**
**STATEMENT OF CASH FLOWS**
**DECEMBER 31, 2000**

|  | 12/31/00 |
|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** |  |
| Net Income (Loss) | $ (2,250,903) |
|  |  |
| **ADJUSTMENT TO RECONCILE NET INCOME** |  |
| **TO NET CASH PROVIDED BY OPERATIONS:** |  |
| Depreciation & Amortization | 93,875 |
| Increase (Decrease) in Current Assets |  |
| • Accounts Receivable | (514,562) |
| • Employee Advances | 108,064 |
| • Investments | (10,450) |
| Increase (Decrease) in Payables |  |
| • Payroll Taxes Payable | (8,045) |
| **NET CASH PROVIDED BY OPERATING ACTIVITIES** | (2,582,021) |
|  |  |
| **CASH FLOWS FROM INVESTING ACTIVITIES** |  |
| Purchase of Property & Equipment | (625,485) |
| **NET CASH (USED BY) INVESTING ACTIVITIES** | (625,485) |
|  |  |
| **CASH FLOWS FROM FINANCING ACTIVITIES** |  |
| Purchase of Stock | 2,937,950 |
| Proceeds (Repayment) of Loans | 166,513 |
| **NET CASH FLOWS PROVIDED BY FINANCING ACTIVITIES** | 3,104,463 |
|  |  |
| **NET INCREASE (DECREASE) IN CASH** | (103,043) |
|  |  |
| **CASH AT THE BEGINNING OF THE YEAR** | 551,087 |
|  |  |
| **CASH AT THE END OF THE YEAR** | $ 448,044 |

*See accountants' compilation report and accompanying notes.*

**WITTEN TECHNOLOGIES, INC**
**NOTES TO FINANCIAL STATEMENTS**
**December 31, 2000**

**NOTE 1:    Summary of Significant Accounting Policies**

*Basis of income recognition:*    The company recognizes income and expenses on the accrual basis of accounting where income and the related assets are recognized when earned, and expenses and the related liabilities are recognized when incurred.

*Depreciation:*    The cost of equipment is being depreciated using the accelerated cost recovery system (ACRS) for assets placed in service before the Tax Reform Act of 1986.  MACRS is being used for assets placed in service after July 31, 1987.

*Income Taxes:*    No provision for income taxes has been made since there are Net Operating Losses.

M 004352

**WITTEN TECHNOLOGIES, INC.**
**STATEMENT OF OPERATING EXPENSES**
**December 31, 2000**

| OPERATING EXPENSES | 12/31/00 | % |
|---|---:|---:|
| Accounting Fees | $ 6,931 | 1.3 |
| ADP Fees | 8,956 | 1.7 |
| Automobile Expenses | 13,433 | 2.5 |
| Bank Service Charges | 6,357 | 1.2 |
| Credit Cards | 122,801 | 23.2 |
| Depreciation | 93,878 | 17.7 |
| Directors Fees | 4,450 | 0.8 |
| Dues & Subscriptions | 204 | 0.0 |
| Engineering Fees | 59,272 | 11.2 |
| Equipment Rental | 7,367 | 1.4 |
| Finance Charges | 3,851 | 0.7 |
| Insurance | 78,073 | 14.7 |
| Interest Expense | 546 | 0.1 |
| Legal Fees | 192,828 | 36.4 |
| Licenses & Permits | 650 | 0.1 |
| Office Supplies | 53,203 | 10.0 |
| Parking | 1,476 | 0.3 |
| Payroll Expenses | 1,213,021 | 229.1 |
| Postage & Delivery | 52,304 | 9.9 |
| Printing | 5,191 | 1.0 |
| Professional Fees- Other | 37,446 | 7.1 |
| Research & Development Costs | 298,026 | 56.3 |
| Rent | 130,082 | 24.6 |
| Repairs & Maintenance | 1,330 | 0.3 |
| Seminars & Conventions | 749 | 0.1 |
| Subcontractors | 16,780 | 3.2 |
| Taxes – State | 375 | 0.1 |
| Telephone | 45,575 | 8.6 |
| Travel | 296,724 | 56.0 |
| Utilities | 391 | 0.1 |
| **TOTAL OPERATING EXPENSES** | **$ 2,752,270** | **519.7** |

*See accountants' compilation report and accompanying notes*

*Peters, Kearney & Associates, P.A.*
*Certified Public Accountants*

7

M 004354

**WITTEN TECHNOLOGIES, INC.**
**FINANCIAL STATEMENTS**
**SIX MONTHS ENDED**
**JUNE 30, 2002 & 2001**

ARBITRATION
EXHIBIT
#34



EXHIBIT

Green 34

PENGAD 800-631-6989

M 002219

# TABLE OF CONTENTS

Compilation Report                                                  2

Balance Sheets                                                      3-4

Statements of Income and Retained Earnings                          5

Statements of Cash Flows                                            6

Notes to Financial Statements                                       7

Supplemental Information                                            8-9
        Statements of Operating Expenses                            9

Peters, Kearney & Associates, P.A.
Certified Public Accountants

1

M 002220

## Peters, Kearney & Associates, P.A.
### *CERTIFIED PUBLIC ACCOUNTANTS*

110 South Washington Street, Rockville, MD  20850
Tel. (301) 279-0628   Fax (301) 279-2819

WITTEN TECHNOLOGIES, INC.
295 HUNTINGTON AVENUE
SUITE 203
BOSTON, MA 02143

TO THE BOARD OF DIRECTORS:

We have compiled the accompanying balance sheet of Witten Technologies, Inc. as of June 30, 2002 and
2001 and the related statement of income, retained earnings and cash flows for the six months then ended in
accordance with Statements on Standards for Accounting and Review Services issued by the American
Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation
of management. We have not audited or reviewed the accompanying financial statements and, accordingly,
do not express an opinion or any other form of assurance on them.

Peters, Kearney & Associates, P.A.
Certified Public Accountants

July 11, 2002

Peters, Kearney & Associates, P.A.
Certified Public Accountants

2

M 002221

WITTEN TECHNOLOGIES, INC.
BALANCE SHEETS
June 30, 2002 & 2001

| ASSETS | | 6/30/02 | | 6/30/01 |
|---|---|---|---|---|
| CURRENT ASSETS | | | | |
| Cash | $ | 68,351 | $ | 18,963 |
| Accounts Receivable | | 25,026 | | 188,368 |
| TOTAL CURRENT ASSETS | | 93,377 | | 207,331 |
| | | | | |
| PROPERTY & EQUIPMENT | | | | |
| Machinery & Equipment | | 781,102 | | 759,926 |
| Vehicle | | 47,884 | | 47,884 |
| Leasehold Improvements | | 39,392 | | 39,392 |
| Accumulated Depreciation | | (465,088) | | (251,886) |
| TOTAL PROPERTY & EQUIPMENT | | 403,290 | | 595,316 |
| | | | | |
| OTHER ASSETS | | | | |
| Research & Development Costs | | 250,000 | | 250,000 |
| TOTAL OTHER ASSETS | | 250,000 | | 250,000 |
| | | | | |
| TOTAL ASSETS | $ | 746,667 | $ | 1,052,647 |

See accountants' compilation report and accompanying notes

Peters, Kearney & Associates, P.A.
Certified Public Accountants

3

M 002222

WITTEN TECHNOLOGIES, INC.
BALANCE SHEETS (CONTINUED)
June 30, 2002 & 2001

| LIABILITIES AND STOCKHOLDERS' EQUITY | 6/30/02 | 6/30/01 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Accrued Expenses | $ 7,411 | $ 0 |
| Credit Cards Payable | 80,383 | 0 |
| Notes Payable | 55,930 | 0 |
| Shareholder Loan | 149,989 | 167,989 |
| Equipment Note Payable - Current Portion | 4,374 | 68,947 |
| Notes Payable - First Union | 1,099,179 | 0 |
| TOTAL CURRENT LIABILITIES | 1,397,266 | 236,936 |
| | | |
| **LONG TERM LIABILITIES** | | |
| Notes Payable - Mala Geoscience | 375,000 | 375,000 |
| Notes Payable - Banks | 0 | 44,909 |
| TOTAL LONG TERM LIABILITIES | 375,000 | 419,909 |
| | | |
| TOTAL LIABILITIES | 1,772,266 | 656,845 |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Common Stock | 1,081,443 | 1,081,443 |
| APIC | 5,441,719 | 5,441,719 |
| Unrealized Gain/Loss on Investment | (10,450) | (10,450) |
| Retained Earnings | (7,538,311) | (6,116,910) |
| TOTAL STOCKHOLDERS' EQUITY | (1,025,599) | 395,802 |
| | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 746,667 | $ 1,052,647 |

See accountants' compilation report and accompanying notes

Peters, Kearney & Associates, P.A.
Certified Public Accountants

4

M 002223

**WITTEN TECHNOLOGIES, INC.**
**STATEMENTS OF INCOME & RETAINED EARNINGS**
**For the Six Months Ended June 30, 2002 & 2001**

|  | 6/30/02 | % | 6/30/01 | % |
|---|---|---|---|---|
| **GROSS REVENUES** | $   769,993 | 100.0 | $   727,315 | 100.0 |
| **LESS OPERATING EXPENSES** (SEE ATTACHED) | (1,037,675) | (134.8) | (1,651,682) | (227.2) |
| **OPERATING INCOME** | (267,682) | (34.8) | (924,367) | (127.2) |
| **OTHER INCOME** |  |  |  |  |
| Interest Income | 5 | 0.0 | 990 | 0.1 |
| TOTAL OTHER INCOME | 5 | 0.0 | 990 | 0.1 |
| **NET INCOME (LOSS)** | (267,677) | (34.8) | (923,377) | (127.1) |
| **RETAINED EARNINGS – BEGINNING** | (7,270,634) |  | (5,193,533) |  |
| **RETAINED EARNINGS – ENDING** | $   (7,538,311) |  | $   (6,116,910) |  |

See accountants' compilation report and accompanying notes

Peters, Kearney & Associates, P.A.
Certified Public Accountants

5

M 002224

**WITTEN TECHNOLOGIES, INC.**
**STATEMENTS OF CASH FLOWS**
**For the Six Months Ended June 30, 2002 & 2001**

|  | 6/30/02 | 6/30/01 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** |  |  |
| Net Income (Loss) | $ (267,677) | $ (923,377) |
| **ADJUSTMENT TO RECONCILE NET INCOME** |  |  |
| **TO NET CASH PROVIDED BY OPERATIONS:** |  |  |
| Depreciation & Amortization | 87,860 | 123,795 |
| (Increase) Decrease in Current Assets |  |  |
| • Accounts Receivable | 68,554 | 303,371 |
| Increase (Decrease) in Payables |  |  |
| • Accrued Expenses | 7,411 | 0 |
| • Credit Cards Payable | 31,393 | 55,767 |
| NET CASH PROVIDED (USED) BY OPERATING ACTIVITIES | (72,459) | (440,444) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** |  |  |
| Refund of Purchase Price | 0 | 2,916 |
| Purchase of Property & Equipment | 0 | (32,447) |
| NET CASH PROVIDED (USED) BY INVESTING ACTIVITIES | 0 | (29,531) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** |  |  |
| Notes Payable | 55,930 | 0 |
| Shareholder Loan | 2,000 | 35,733 |
| Equipment Note Payable: First Union | (15,051) | 4,949 |
| Note Payable - First Union | 131,218 | 0 |
| APIC | 0 | 212 |
| NET CASH FLOWS PROVIDED BY FINANCING ACTIVITIES | 174,097 | 40,894 |
| **NET INCREASE (DECREASE) IN CASH** | 101,638 | (429,081) |
| **CASH AT THE BEGINNING OF THE YEAR** | (33,287) | 448,044 |
| **CASH AT END OF PERIOD** | $ 68,351 | $ 18,963 |

See accountants' compilation report and accompanying notes

Peters, Kearney & Associates, P.A.
Certified Public Accountants

6

M 002225

**WITTEN TECHNOLOGIES, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**June 30, 2002**

**NOTE 1:**    **Summary of Significant Accounting Policies**

*Basis of income recognition:*    The company recognizes income and expenses on the accrual basis of accounting where income and the related assets are recognized when earned, and expenses and the related liabilities are recognized when incurred.

*Depreciation:*    The cost of equipment is being depreciated using the accelerated cost recovery system (ACRS) for assets placed in service before the Tax Reform Act of 1986.  MACRS is being used for assets placed in service after July 31, 1987.

*Income Taxes:*    No provision for income taxes has been made since there are Net Operating Losses.

Peters, Kearney & Associates, P.A.
Certified Public Accountants

7

M 002226

SUPPLEMENTAL INFORMATION

Peters, Kearney & Associates, P.A.
Certified Public Accountants

8

M 002227

**WITTEN TECHNOLOGIES, INC.**
**STATEMENTS OF OPERATING EXPENSES**
**For the Six Months Ended June 30, 2002 &2001**

| OPERATING EXPENSES | 6/30/02 | % | 6/30/01 | % |
|---|---|---|---|---|
| Accounting Fees | $ 2,415 | 0.3 | $ 24,234 | 3.3 |
| Advertising Expense | 16,568 | 2.2 | 3,500 | 0.5 |
| Automobile Expense | 3,487 | 0.5 | 11,358 | 1.6 |
| Bad Debt Expense | 11,920 | 1.5 | 0 | 0.0 |
| Bank Service Charges | 3,540 | 0.5 | 608 | 0.1 |
| Computer Expense | 935 | 0.1 | 11,823 | 1.6 |
| Contract Labor | 2,491 | 0.3 | 1,855 | 0.2 |
| Depreciation | 87,860 | 11.4 | 123,796 | 17.0 |
| Dues & Subscriptions | 300 | 0.0 | 49 | 0.0 |
| Employee Benefits | 32,941 | 4.3 | 10,906 | 1.5 |
| Engineering Fees | 92,527 | 12.0 | 66,596 | 9.2 |
| Equipment Rental | 4,871 | 0.6 | 4,806 | 0.7 |
| Insurance | 59,484 | 7.7 | 97,919 | 13.5 |
| Interest Expense | 30,589 | 3.9 | 1,151 | 0.2 |
| Legal Fees | 49,443 | 6.4 | 124,842 | 17.2 |
| Office Supplies | 9,741 | 1.4 | 37,718 | 5.1 |
| Payroll Expenses | 480,258 | 62.4 | 715,886 | 98.4 |
| Payroll Processing Fees | 1,778 | 0.2 | 3,090 | 0.4 |
| Postage & Delivery | 6,038 | 0.8 | 3,710 | 0.5 |
| Printing | 0 | 0.0 | 3,629 | 0.5 |
| Professional Fees | 30,840 | 4.0 | 104,973 | 14.4 |
| Research & Development Costs | 0 | 0.0 | 492 | 0.1 |
| Rent | 11,050 | 1.4 | 30,913 | 4.3 |
| Repairs & Maintenance | 0 | 0.0 | 405 | 0.1 |
| Taxes and Permits | 706 | 0.1 | 494 | 0.1 |
| Telephone | 21,401 | 2.8 | 26,707 | 3.7 |
| Travel & Field Expenses | 76,492 | 10.0 | 240,222 | 33.0 |
| **TOTAL OPERATING EXPENSES** | **$ 1,037,675** | **134.8** | **$ 1,651,682** | **227.2** |

See accountants' compilation report and accompanying notes

Peters, Kearney & Associates, P.A.
Certified Public Accountants

9

M 002228

3/16/2006

**WITTEN TECHNOLOGIES, INC**
**Financial Statement Projections**

| INCOME STATEMENT | 2005 Actual | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| **Sales:** | | | | | | |
| Royalties | | 175,000 | 4,500,000 | 15,000,000 | 37,500,000 | 103,125,000 |
| CART Leasing | 42,000 | 340,403 | 864,000 | 2,880,000 | 7,200,000 | 19,800,000 |
| Contract Revenues | 521,821 | 1,540,000 | 7,200,000 | 10,800,000 | 28,800,000 | 72,000,000 |
| Data Processing | | 430,000 | 4,032,000 | 13,440,000 | 33,600,000 | 92,400,000 |
| Cyber Map Sales | | - | | | | |
| Data Processing Licenses | 60,000 | 425,000 | 800,000 | 3,400,000 | 8,800,000 | 25,100,000 |
| Data Collection Licenses | | 400,000 | 1,250,000 | 4,500,000 | 11,750,000 | 32,875,000 |
| Other Revenues | 80,145 | | | | | |
| **Total Sales** | 703,966 | 3,310,403 | 18,646,000 | 50,020,000 | 127,650,000 | 345,300,000 |
| | | | | | | |
| **Cost of Sales:** | | | | | | |
| WTI CART Salaries | | 160,000 | 1,087,200 | 1,630,800 | 3,261,600 | 6,523,200 |
| Data Processors | 261,099 | 244,999 | 450,000 | 1,500,000 | 3,750,000 | 10,312,500 |
| Licensees Tech Support | | 80,000 | 192,000 | 640,000 | 1,600,000 | 4,400,000 |
| R&D Support | 407,768 | 65,000 | 120,000 | 400,000 | 1,000,000 | 2,750,000 |
| Travel, Field consumables | 372,169 | 150,000 | 360,000 | 540,000 | 1,080,000 | 2,160,000 |
| Subcontractors | | 59,500 | 192,000 | 288,000 | 576,000 | 1,152,000 |
| CART Maint. | | 39,000 | 192,000 | 552,000 | 1,344,000 | 3,588,000 |
| Royalties Paid | 1,676 | 189,000 | 1,141,380 | 3,804,600 | 9,064,500 | 23,698,125 |
| R&D Equipment | | 405,500 | 1,500,000 | 2,000,000 | 2,500,000 | 3,000,000 |
| Field Offices, Utilities | | 72,800 | 150,696 | 235,086 | 183,367 | 143,026 |
| Misc. (1% Cost of Sales) | | 14,805 | 54,391 | 117,064 | 246,031 | 583,041 |
| **Total Cost of Sales** | 1,042,712 | 1,480,604 | 5,439,667 | 11,707,550 | 24,605,498 | 58,309,892 |
| | | | | | | |
| **Gross Profit** | (338,746) | 1,829,799 | 13,206,333 | 38,312,450 | 103,044,502 | 286,990,108 |
| | | | | | | |
| R&D - Series II CART Devel | | 1,500,000 | | | | |
| R&D-RT/AIR Prototype Exp | | 1,000,000 | | | | |
| Mktg, Sales & Bus Devel Exps | | 1,200,000 | 300,000 | | | |
| Staffing, Infrastructure Buildup in Preparation for Revenue Growth | | 525,000 | 1,250,000 | 1,500,000 | 1,250,000 | |
| Other Operating Expenses | 1,232,954 | 1,627,512 | 4,368,067 | 7,113,392 | 12,548,875 | 24,792,452 |
| **Total Op'g Expenses** | 1,232,954 | 5,852,512 | 5,918,067 | 8,613,392 | 13,798,875 | 24,792,452 |
| **Operating Income (loss)** | (1,571,700) | (4,022,713) | 7,288,266 | 29,699,058 | 89,245,628 | 262,197,656 |
| Other Income & (Expense): | 1,736 | | | | | |
| Interest Expense | | | | | | |
| **Earnings Before Tax** | (1,569,963) | (4,022,713) | 7,288,266 | 29,699,058 | 89,245,628 | 262,197,656 |
| 35% Income Taxes | | - | (2,550,893) | (10,394,670) | (31,235,970) | (91,769,180) |
| **Net Income (Loss)** | (1,569,963) | (4,022,713) | 4,737,373 | 19,304,387 | 58,009,658 | 170,428,476 |



EXHIBIT
Shell 154
Date: 4-5-06
TSD

ARBITRATION
EXHIBIT
#154

WTI
08279

Applicant Exhibit #30

3/16/2006

**WITTEN TECHNOLOGIES, INC**
**Financial Statement Projections**

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| **BALANCE SHEET** | | | | | | |
| **ASSETS** | | | | | | |
| **Current Assets:** | | | | | | |
| Cash & Cash Equivalents | 11,976 | (7,425,935) | (2,368,413) | 8,521,644 | 46,549,200 | 153,091,585 |
| Accounts Receivable - Trade | 260,430 | 608,410 | 2,298,822 | 6,166,849 | 15,737,671 | 42,571,233 |
| Inventories | | | | | | |
| Notes Receivable | 44,598 | 44,598 | 44,598 | 44,598 | 44,598 | 44,598 |
| Stock Subscription Receivable | 379,176 | 379,176 | 379,176 | 379,176 | 379,176 | 379,176 |
| Prepaid Expenses | | | | | | |
| **Total Current Assets** | 696,180 | (6,393,751) | 354,182 | 15,112,267 | 62,710,645 | 196,086,591 |
| | | | | | | |
| **Fixed Assets:** | | | | | | |
| CART's | 227,732 | 6,977,732 | 9,602,732 | 20,102,732 | 42,602,732 | 108,227,732 |
| Field Equipment | 436,876 | 436,876 | 436,876 | 436,876 | 436,876 | 436,876 |
| Vehicles | 137,000 | 137,000 | 137,000 | 137,000 | 137,000 | 137,000 |
| Leasehold Improvements | 14,467 | 14,467 | 14,467 | 14,467 | 14,467 | 14,467 |
| Office Equipment, Computers | 168,676 | 168,676 | 168,676 | 168,676 | 168,676 | 168,676 |
| Total Gross Fixed Assets | 984,752 | 7,734,752 | 10,359,752 | 20,859,752 | 43,359,752 | 108,984,752 |
| Less: Accumulated Depreciation | (494,665) | (1,013,665) | (2,823,115) | (5,945,066) | (12,367,016) | (27,601,467) |
| Net Fixed Assets | 490,088 | 6,721,088 | 7,536,637 | 14,914,687 | 30,992,736 | 81,383,286 |
| Total Intangibles | | | | | | |
| Total Other Non-Current Assets | | | | | | |
| **Total Assets** | 1,186,268 | 327,337 | 7,890,820 | 30,026,954 | 93,703,381 | 277,469,877 |
| | | | | | | |
| **LIABILITIES & OWNERS' EQUITY** | | | | | | |
| **Current Liabilities:** | | | | | | |
| Accounts Payable | 258,440 | 307,702 | 670,644 | 1,443,397 | 3,033,555 | 7,188,891 |
| Notes Payable Short Term | 89,041 | 89,041 | 89,041 | 89,041 | 89,041 | 89,041 |
| Accrued Liabilities | 1,073,362 | 812,882 | 3,276,050 | 5,335,044 | 9,411,656 | 18,594,339 |
| Shareholder/Officer Loan | 306,725 | 306,725 | 306,725 | 306,725 | 306,725 | 306,725 |
| Credit Line | | | | | | |
| **Total Current Liabilities** | 1,727,568 | 1,516,350 | 4,342,461 | 7,174,207 | 12,840,977 | 26,178,996 |
| | | | | | | |
| **Long Term Debt:** | | | | | | |
| Equipment Notes Payable | | | | | | |
| Shareholder Notes payable | 2,183,381 | 2,183,381 | 2,183,381 | 2,183,381 | 2,183,381 | 2,183,381 |
| Notes Payable Banks | 917,891 | 917,891 | 917,891 | 917,891 | 917,891 | 917,891 |
| Total Long Term Debt | 3,101,273 | 3,101,273 | 3,101,273 | 3,101,273 | 3,101,273 | 3,101,273 |
| | | | | | | |
| **Other Non-Current Liabilities:** | | | | | | |
| Deferred Gains from Disputed Liabili | 202,223 | 202,223 | 202,223 | 202,223 | 202,223 | 202,223 |
| Total Other Non-Current Liabilities | 202,223 | 202,223 | 202,223 | 202,223 | 202,223 | 202,223 |
| | | | | | | |
| **Total Liabilities** | 5,031,065 | 4,819,847 | 7,645,957 | 10,477,704 | 16,144,473 | 29,482,493 |
| | | | | | | |
| **Stockholders' Equity:** | | | | | | |
| Preferred Stock | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 |
| Common stock | 6,318,750 | 6,318,750 | 6,318,750 | 6,318,750 | 6,318,750 | 6,318,750 |
| Retained Earnings | (11,593,582) | (13,163,546) | (17,186,259) | (12,448,887) | 6,855,501 | 64,865,159 |
| Current Year Income (Loss) | (1,569,964) | (4,022,713) | 4,737,373 | 19,304,387 | 58,009,658 | 170,428,476 |
| Total Stockholders' Equity | (3,844,796) | (7,867,510) | (3,130,137) | 16,174,250 | 74,183,909 | 244,612,385 |
| **Total Liabilities & Owners' Equity** | 1,186,268 | (3,047,663) | 4,515,820 | 26,651,954 | 90,328,382 | 274,094,877 |

WTI
08280

3/16/2006

**WITTEN TECHNOLOGIES, INC**
**Financial Statement Projections**

| CASH FLOW STATEMENT | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| **Operating Activities** | | | | | | |
| Net Income (Loss) | (1,569,963) | (4,022,713) | 4,737,373 | 19,304,387 | 58,009,658 | 170,428,476 |
| Items not affecting Cash: | | | | | | |
| Depr & Amort | | 519,000 | 1,809,450 | 3,121,950 | 6,421,950 | 15,234,450 |
| Changes in current assets & liabilities: | | | | | | |
| Accounts Receivable | (163,146) | (347,980) | (1,690,412) | (3,868,027) | (9,570,822) | (26,833,562) |
| Inventory | | | | | | |
| Notes Receivable | | - | - | - | - | - |
| Stock Subscription Receivable | (44,598) | | - | - | - | - |
| Prepaid Expenses | | | | | | |
| Accounts Payable | 52,622 | 49,262 | 362,942 | 772,753 | 1,590,158 | 4,155,336 |
| Current Notes Payable | (22,750) | - | | | | |
| Accrued Liabilities | (5,743) | (260,480) | 2,463,168 | 2,058,994 | 4,076,612 | 9,182,683 |
| Shareholder/Officer Loans | 184,800 | - | - | - | - | |
| **Net Operating Activities** | (1,568,777) | (4,062,911) | 7,682,522 | 21,390,057 | 60,527,556 | 172,167,385 |
| | | | | | | |
| **Investing Activities** | | | | | | |
| Purchase of FF&E | | | | | | |
| CARTs - New | | (1,875,000) | (2,625,000) | (10,500,000) | (22,500,000) | (65,625,000) |
| CARTS - Replace Existing | | (1,500,000) | | | | |
| Field Equipment | (142,754) | | | | | |
| Vehicles | | | | | | |
| **Net Investing Activities** | (142,754) | (3,375,000) | (2,625,000) | (10,500,000) | (22,500,000) | (65,625,000) |
| | | | | | | |
| **Financing Activities** | | | | | | |
| Loan Proceeds | 40,700 | | | | | |
| Loan Repayments | (20,458) | | | | | |
| Equity Investments | 1,465,225 | | | | | |
| Dividends Paid | | | | | | |
| Other | 202,223 | | | | | |
| **Net Cash - Investing Activities** | 1,687,690 | - | - | - | - | - |
| | | | | | | |
| **Net Change in Cash** | (23,841) | (7,437,911) | 5,057,522 | 10,890,057 | 38,027,556 | 106,542,385 |
| | | | | | | |
| Cash – Beginning of Period | 35,817 | 11,976 | (7,425,935) | (2,368,413) | 8,521,644 | 46,549,200 |
| | | | | | | |
| **Cash - End of Period** | 11,976 | (7,425,935) | (2,368,413) | 8,521,644 | 46,549,200 | 153,091,585 |

WTI
08281