WITTEN TECHNOLOGIES, INC.

FINANCIAL STATEMENTS

DECEMBER 31, 2002

ARBITRATION
EXHIBIT
#35



M 004116

Applicant Exhibit #26

**WITTEN TECHNOLOGIES, INC.**

**DECEMBER 31, 2002**

**CONTENTS**

| | Page |
|---|---|
| Accountant's compilation report | 1 |
| Financial statements: | |
| Balance sheet | 2 |
| Statement of operations | 3 |
| Statement of stockholders' deficit | 4 |
| Statement of cash flows | 5 |
| Notes to financial statements | 6 – 12 |
| Accompanying information to financial statements: | |
| Schedule of operating expenses | 13 |

M 004117



CERTIFIED PUBLIC ACCOUNTANTS
BUSINESS CONSULTANTS

To the Board of Directors and Stockholders
Witten Technologies, Inc.
Boston, Massachusetts 02115

We have compiled the accompanying balance sheets of Witten Technologies, Inc., as of December 31, 2002 and the related statements of operations and deficit and cash flows for the years then ended, and the accompanying supplementary information contained on page 13 which is presented only for supplementary analysis purposes, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements and supplementary schedules information that is the representation of management. We have not audited or reviewed the accompanying financial statements and supplementary schedules and, accordingly, do not express an opinion or any other form of assurance on them.

As discussed in Note 13, certain conditions indicate that the Company may be unable to continue as a going-concern. The accompanying financial statements do not include any adjustments to the financial statements that might be necessary should the Company be unable to continue as a going-concern.

Cohen & Associates
Certified Public Accountants
April 30, 2003

151 Tremont Street, Suite PH, Boston, Massachusetts 02111  Tel: 617.542.2122  Fax: 617.542.2030

M 004118

**WITTEN TECHNOLOGIES, INC.**
**BALANCE SHEET**
**DECEMBER 31, 2002**

**ASSETS**

| | | |
|---|---:|---:|
| Current assets: | | |
| Cash | $ 292,596 | |
| Accounts receivable | 475,966 | |
| Prepaid expenses | 3,698 | $ 772,260 |
| | | |
| Property and equipment: | | |
| Field equipment | 504,180 | |
| Leasehold improvements | 14,467 | |
| Office equipment | 156,323 | |
| Vehicles | 82,666 | |
| | 757,636 | |
| Accumulated depreciation | ( 454,530) | 303,106 |
| | | |
| Total assets | | $ 1,075,366 |

**LIABILITIES AND STOCKHOLDERS' DEFICIT**

| | | |
|---|---:|---:|
| Current liabilities: | | |
| Accounts payable | $ 229,353 | |
| Accrued expenses | 198,620 | |
| Note payable, revolving | 1,399,679 | |
| Credit cards payable | 97,581 | |
| Current portion of long-term debt | 633,446 | |
| Employee benefits payable | 276,167 | |
| Deferred compensation | 248,039 | |
| Due to officers | 102,906 | $ 3,185,791 |
| | | |
| Stockholders' deficit: | | |
| Preferred stock | 15,000 | |
| Additional paid in capital - preferred stock | 2,985,000 | |
| Common stock | 98,596 | |
| Additional paid in capital - common stock | 3,564,113 | |
| Retained deficit | (8,773,134) | (2,110,425) |
| | | |
| Total liabilities and stockholders' deficit | | $ 1,075,366 |

See accountant's compilation report and notes to financial statements.

- 2 -

M 004119

WITTEN TECHNOLOGIES, INC.
STATEMENT OF OPERATIONS
YEAR ENDED DECEMBER 31, 2002

| | | |
|---|---|---|
| Revenues: | | |
| CART services | $ 764,902 | |
| CART software licenses | 576,800 | |
| R & D contracts | 506,747 | |
| Royalty and other professional services | 22,550 | |
| Billed expenses | 722 | $  1,871,721 |
| Operating expenses | | 2,636,010 |
| Operating loss | | (   764,289) |
| Other income (expense): | | |
| Interest income | | 5,101 |
| Interest expense | | (   127,473) |
| | | (   122,372) |
| Net loss | | $(   886,661) |

See accountant's compilation report and notes to financial statements.
- 3 -

M 004120

## WITTEN TECHNOLOGIES, INC.
## STATEMENT OF STOCKHOLDERS' DEFICIT
## YEAR ENDED DECEMBER 31, 2002

| | Preferred Stock | | | | | Common Stock | | | | |
| | Series A-1 Shares | Series A-2 Shares | Series A-1 Amount | Series A-2 Amount | Additional Paid-In Capital | Shares | Amount | Additional Paid in Capital | Retained Deficit | Total Stockholders Deficit |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance December 31, 2001 (as restated) | 0 | 0 | 0 | 0 | 0 | 7,274,830 | 72,748 | 6,543,183 | (7,886,473) | (1,270,542) |
| Conversion of stock | 750,001 | 749,999 | 7,500 | 7,500 | 2,985,000 | (1,500,000) | ( 15,000) | (2,985,000) | 0 | 0 |
| Issuance of stock | 0 | 0 | 0 | 0 | 0 | 4,084,745 | 40,848 | 0 | 0 | 40,848 |
| Issuance of warrants | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,930 | 0 | 5,930 |
| Net loss | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ( 886,661) | ( 886,661) |
| Balance December 31, 2002 | 750,001 | 749,999 | 7,500 | 7,500 | 2,985,000 | 9,859,575 | 98,596 | 3,564,113 | (8,773,134) | (2,110,425) |

See accountant's compilation report and notes to financial statements

-4-

M 004121

# WITTEN TECHNOLOGIES, INC.
## STATEMENT OF CASH FLOWS
### YEAR ENDED DECEMBER 31, 2002

| | | |
|---|---:|---:|
| Operating activities: | | |
| Net (loss) | $(886,661) | |
| Adjustments to reconcile net income to net cash | | |
| provided by (applied) to operations: | | |
| Conversion of stock options on compensation | 40,449 | |
| Depreciation and amortization | 154,438 | |
| (Increase) decrease in: | | |
| Accounts receivable | (289,040) | |
| Prepaid expenses | ( 3,698) | |
| Increase (decrease) in: | | |
| Accounts payable | ( 173) | |
| Accrued expenses | 106,498 | |
| Employee benefits payable | 75,538 | |
| Deferred compensation | 248,039 | |
| Net cash flow provided by operating expenses | | $(554,610) |
| | | |
| Investing activity: | | |
| Acquisition of equipment | ( 29,207) | |
| Net cash flow (applied to) investing activity | | ( 29,207) |
| | | |
| Financing activity: | | |
| Net proceeds from borrowing on revolving note | 431,718 | |
| Net increase in credit cards payable | 26,963 | |
| Net decrease in due to officers | ( 45,083) | |
| Proceeds from borrowing on long-term debt | 247,000 | |
| Repayment of long-term debt | ( 7,979) | |
| Issuance of stock | 6,329 | |
| Net cash flow provided by financing activity | | 658,948 |
| | | |
| Net increase in cash | | 75,131 |
| | | |
| Cash, beginning of year (restated) | | 217,465 |
| | | |
| Cash, end of year | | $ 292,596 |
| | | |
| Supplemental cash flow disclosures: | | |
| | | |
| Income taxes paid | | $ 0 |
| Interest paid | | 70,095 |

See accountant's compilation report and notes to financial statements.

- 5 -

M 004122

WITTEN TECHNOLOGIES, INC.
NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2002

1.  **Organization:**

    Witten Technologies, Inc., ("the Company") was organized in 1994 and incorporated in
    Florida. The company provides non-invasive underground mapping services to construction,
    utility and environmental companies with its proprietary Computer-Assisted Radar
    Tomography ("CART") Imaging System. The Company also licenses its technology and
    software to CART service providers worldwide and performs research and development
    ("R&D") under contract. The Company's field service operations are located mainly in the
    northeast United States, its data processing services are located in Austin, Texas and its main
    office and R&D center are located in Boston, Massachusetts.

2.  **Summary of significant accounting policies:**

    **Revenue recognition:**

    The Company records revenue when services are performed. Revenues received in advance
    of completion of the service or delivery of the product are deferred.

    Revenue from licenses of CART technology and software are recorded when the license is
    granted. Yearly maintenance revenues are recorded when the maintenance agreement is
    issued. Cost incurred for duplicating computer software and documentation, maintenance, and
    customer support are expensed as incurred.

    **Research and development costs:**

    The Company expenses research and development (R&D) costs as incurred. R&D expense
    totaled $311,090 in 2002.

    **Cash and equivalents:**

    The Company maintains operating cash balances with a major financial institution. The cash
    balances consist of bank accounts which are insured by the Federal Deposit Insurance
    Corporation up to $100,000. The Company has not experienced any losses with respect to
    bank balances in excess of government provided insurance. Management believes that no
    significant concentration of credit risk exists with respect to these balances at December 31,
    2002. The company considers all highly liquid investments with a maturity of three months
    or less, when purchased, to be cash equivalents.

    **Use of estimates:**

    The preparation of financial statements in conformity with U.S. generally accepted accounting
    principles requires management to make estimates and assumptions that affect the reported
    amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date
    of the financial statements, and the reported amounts of revenue and expenses during the
    reporting period. Actual results could differ from those estimates.

- 6 -

M 004123

**WITTEN TECHNOLOGIES, INC.**
**NOTES TO FINANCIAL STATEMENTS (CONTINUED)**
**DECEMBER 31, 2002**

2.  **Summary of significant accounting policies (continued):**

    **Property and equipment:**

    Property and equipment are stated at cost. Major additions and betterments are charged to the property accounts. Maintenance and repairs which do not improve or extend the lives of the respected assets are expensed in the year incurred. Depreciation expense totaled $154,438 for the year ended December 31, 2002.

    Depreciation and amortization are computed using the straight-line and accelerated methods over the estimated useful lives as noted below:

    | Assets | Life in Years |
    |---|---|
    | Field equipment | 5 - 7 |
    | Leasehold improvements | 39 |
    | Office equipment | 5 - 7 |
    | Vehicles | 5 |

    **Advertising:**

    The Company expenses advertising costs as incurred. Advertising expense totaled $42,002 in 2002.

3.  **Note payable revolving:**

    Wachovia Bank provides short term financing to a maximum of $2,000,000, through a revolving demand note. Interest is paid monthly at the 1 month LIBOR market index rate plus 200 basis points. The note is secured by various Irrevocable Standby Letters of Credit, obtained by several stockholders, totaling $1,503,334. The Company has granted these stockholders a security interest in substantially all assets of the Company. As of December 31, 2002, there was $1,399,679 outstanding under the revolving note payable.

4.  **Employee benefits payable:**

    The Company maintains a 401 (k) Profit Sharing Plan under which the employees may elect to defer a portion of their salary. The company matches the first 6% of employee contributions. In addition the plan allows the company to make additional contributions based on the employees employment contracts. Company contributions to the plan amounted to $19,302 for the year ended December 31, 2002.

- 7 -

M 004124

WITTEN TECHNOLOGIES, INC.
NOTES TO FINANCIAL STATEMENTS (CONTINUED)
DECEMBER 31, 2002

4. **Employee benefits payable (continued):**

The Company has employment contracts with substantially all employees that call for 17% of the employees salaries to be paid to them in benefits. These benefits include contributions to the company 401 (k) Profit Sharing Plan, health insurance, and life insurance. The company is required to make additional contributions to the company's 401 (k) Profit Sharing Plan for the difference between the 17% and actual amounts spent each year. The Company has not made the additional contributions for the years ended December 31, 2000, 2001 and 2002. As of December 31, 2002, the outstanding obligation totals $267,167.

5. **Deferred compensation:**

During 2002 the Company entered into agreements with substantially all employees to defer several weeks pay. The employees were issued 4,044,945 shares of common stock in the Company totaling $40,449 as compensation for deferring this pay and agreeing to waive demand for payment until April 2003. The compensation was charged to operations and common stock was increased by $40,449. Deferred compensation totaled $248,039 as of December 31, 2002.

6. **Long-term debt:**

| | |
|---|---:|
| Note payable, bank, monthly installments of $1,460 include principal and interest at 4.25%. Final payment due May 2003. Secured by security interest in office equipment. | $ 6,114 |
| Note payable, bank, monthly installments of $1,049 include principal and interest at the bank's current Prime Rate. Final payment due June, 2003. Secured by security interest in motor vehicle. | 5,332 |
| Note payable, stockholder, monthly interest payable at the 1 month LIBOR market index rate plus. 200 basis points until December 2003, at which time the entire amount is due. The due date will be automatically extended for a period of one year unless the Stockholder gives the Company written notice by October 2003. | 130,000 |

- 8 -

M 004125

**WITTEN TECHNOLOGIES, INC.**
**NOTES TO FINANCIAL STATEMENTS (CONTINUED)**
**DECEMBER 31, 2002**

6.  **Long-term debt (continued):**

Note payable, stockholder, monthly interest payable at the 1 month LIBOR market index rate plus 200 basis points until November 2003, at which time the entire amount is due. The due date will be automatically extended for a period of one year unless the Stockholder gives the Company advanced written notice by September, 2003.                    $   67,000

Note payable, Mala Geoscience, interest payable at 10%. The note holder has the option of converting the note into common stock of the Company at the price of $2 per share. As of December 31, 2002, the Company and Mala were negotiating to exchange this note and accrued interest for payment of accounts receivable from Mala for the purchase of CART licenses (see note 13).                                  375,000

Note payable, 3D Underground Technology, Inc., payable in full with no interest in April 2003. The note holder has the option of converting the note into common stock of the Company. As of December 31, 2002, the Company and 3D were negotiating to exchange this note for partial payment of a $65,597 account receivable due from 3D for services rendered.                                       50,000
                                                          633,446
                                                          633,446

Current potion                                        $        0
Long-term debt

7.  **Stock:**

Preferred stock - The Company has authorized 15,000,000 shares of $.01 par value Preferred stock. The company has $.01 Series A-1 Preferred stock with 750,001 shares authorized issued and outstanding at December 31, 2002. The Company has $.01 Series A-2 Preferred stock with 749,999 shares authorized issued and outstanding at December 31, 2002. These shares were issued in March, 2002 in exchange for Common stock of the Company. The Series A preferred stock may be converted into Common stock at any time, commencing twelve months after the issuance of such shares. The holders of each share of Series A Preferred stock are entitled to receive a preference distribution of $2 per share.

- 9 -

M 004126

WITTEN TECHNOLOGIES, INC.
NOTES TO FINANCIAL STATEMENTS (CONTINUED)
DECEMBER 31, 2002

7.  **Stock (continued):**

Common stock – The Company has authorized 30,000,000 shares of $.01 par value Common Stock with 9,859,575 issued and outstanding at December 31, 2002.

Stock warrants – During 2002, the Company issued and has outstanding at December 31, 2002 stock warrants which allow the holders to purchase up to 1,247,000 shares of Common Stock at $.01 per share. The warrants expire 5 years from the date of issue.

8.  **Stock option agreements:**

The Company has entered into incentive stock option agreements with certain employees in which the Company granted the options to purchase shares of Common stock for exercise prices ranging from $.01 to $2.05 per share. The options expire in November 2007 . 4,044,945 of these options were exercised for deferred compensation during 2002 (see note 5) and 505,000 of these options were exercisable at December 31, 2002. These options were granted under the Company's incentive stock plan that authorizes the Company to issue to employees options to purchase up to 6,000,000 shares of the Company's Common stock. All incentive stock options expire five years from the date of issue, special provisions apply in the event of death, disability or termination of the employee.

The company has accounted for the stock options under APB opinion 25, under which no related compensation expense was recognized in 2002.

Prior to 2002 the Company had entered into agreements in which the company granted options to directors and consultants to purchase up to 250,000 shares of common stock for exercise prices ranging from $.50 to $2.00 per share.

|  | Incentive Stock Plan | Other Options |
|---|---|---|
| Number of options outstanding at January 1, 2002 | 4,457,445 | 250,000 |
| Number of options granted in 2002 | 585,000 | 0 |
| Number of options expired in 2002 | ( 112,500) | ( 50,000) |
| Number of options exercised in 2002 | (4,044,945) | 0 |
| Number of options outstanding at December 31, 2002 | 885,000 | 200,000 |
| Number of options exercisable at December 31, 2002 | 505,000 | 200,000 |
| Weighted average exercise price per share outstanding | $0.69 | $1.08 |
| Weighted average exercise price per share exercisable | $0.51 | $1.08 |
| Total compensation cost recognized in 2002 for stock based compensation awards | 40,449 | n/a |
| Grant date fair value of options granted in 2002 | 5,850 | n/a |
| Weighted average grant date fair value of options granted in 2002 | $   0.01 | n/a |

- 10 -

M 004127

**WITTEN TECHNOLOGIES, INC.**
**NOTES TO FINANCIAL STATEMENTS (CONTINUED)**
**DECEMBER 31, 2002**

9. **Prior year adjustments:**

The following adjustments have been made to the opening retained deficit and the corresponding balance sheet accounts to more properly reflect certain balances as of December 31, 2001:

Record $93,346 of additional accounts receivable for work performed during 2001.

Write off $139,949 of fixed assets and $77,136 of accumulated depreciation for assets acquired and disposed of in prior years.

Expense $250,000 of research and development costs for items that had been previously capitalized.

Record an additional $44,774 of accounts payable. Reclassify $184,752 of accounts payable back to cash for checks that were written but not mailed as of December 31, 2001.

Accrue $58,000 of salaries, $34,122 of interest, $21,628 of operating expenses and $200,629 of benefits payable.

Record $10,450 of realized gain on the sale of securities.

Record an additional $92,769 of paid in capital for amounts received, including shares issued as compensation in prior years. Reclassify $1,008,695 between common stock and additional paid in capital.

The net effect of these prior year adjustments is an increase in retained deficit of $615,839 and a $512,620 increase in stockholders' deficit as of December 31, 2001.

10. **Operating leases:**

The Company rents its premises on a tenant-at-will basis. In addition, the company has several equipment leases with lease terms ending through November 2003. The minimum lease payments under these equipment leases total $6,207 in 2003.

- 11 -

M 004128

WITTEN TECHNOLOGIES, INC.
NOTES TO FINANCIAL STATEMENTS (CONTINUED)
DECEMBER 31, 2002

**11. Income taxes:**

For financial statement reporting, no tax benefit has been recorded for the net operating loss generated in the current year.

Net deferred tax assets include the following components:

|  | Federal | State |
|---|---|---|
| Total deferred tax assets | 2,500,000 | 730,000 |
| Total valuation allowance | (2,500,000) | (730,000) |
| Net deferred tax assets | 0 | 0 |

The Company's deferred tax assets consist primarily of $8,100,000 of tax net operating loss carry-forwards which may be applied against future taxable income. The net operating loss carry-forwards expire in future years between 2009 and 2017.

**12. Major customers:**

The Company has four major customers which comprised 78% of accounts receivable and 81% of total sales at and for the year ended December 31, 2002.

**13. Going concern:**

The accompanying financial statements have been prepared in conformity with generally accepted accounting principles, which contemplates continuation of the Company as a going concern. The Company financed the development of its CART equipment through an agreement with Mala Geoscience AB (Mala) which included a note payable to Mala with an outstanding balance of $375,000 (see note 6) plus accrued interest of $87,500 at December 31, 2002. The Company and Mala proposed an agreement in October 2002 which included provisions to exchange this debt for five software licenses (to the Company's CART data processing software) to be issued to Mala. The Company has recorded accounts receivable of $160,000 for two of the licenses which Mala had in use at December 31, 2002 and will record the remaining $240,000 of licenses income when the agreement is finalized. The proposed agreement also includes an arrangement to return three prototype CARTs to Mala for upgrades and lease back. Return of the CARTs, under the proposed agreement, requires the approval of certain stockholders ("the Lenders") who hold a security interest in the assets of the Company in exchange for providing various Irrevocable Standby Letters of Credit (see note 3). Approval of the Lenders has been requested, but has not been received at this time. There can, therefore, be no assurance that the agreement to exchange the debt will be implemented, and if not, Mala will retain its rights under the loan documents. If Mala were to demand payment and receive a judgment in court or in arbitration for the outstanding balance of the note plus all past due interest, management believes that it may not be able to secure the funds to fulfill the payment request without liquidating the company.

- 12 -

M 004129

**ACCOMPANYING INFORMATION**

M 004130

**WITTEN TECHNOLOGIES, INC.**
**SCHEDULE OF OPERATING EXPENSES**
**YEAR ENDED DECEMBER 31, 2002**

| | |
|---|---:|
| Advertising | $ 42,062 |
| Bad debts | 16,540 |
| Consultants | 80,360 |
| Depreciation and amortization | 154,438 |
| Employee benefits | 224,700 |
| Field expenses | 17,537 |
| Insurance | 65,673 |
| Legal and accounting | 295,562 |
| Office expenses | 23,046 |
| Misc. R & D expenses | 1,294 |
| Rent | 29,596 |
| Repairs | 4,309 |
| Royalties | 25,507 |
| Salaries and wages | 1,137,612 |
| Shipping and postage | 14,085 |
| Subcontractors | 169,180 |
| Taxes - payroll | 79,610 |
| Taxes - miscellaneous | 1,529 |
| Travel and lodging | 211,713 |
| Utilities | 41,657 |
| | $ 2,636,010 |

See accountant's compilation report.
- 13 -

M 004131