UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Malå Geoscience AB,<br><br>        Applicant<br><br>    v.<br><br>Witten Technologies, Inc.,<br><br>        Respondent | Civil No. 1:06CV01343<br>Judge: Rosemary M. Collyer |

### MOTION TO STRIKE WITTEN TECHNOLOGIES, INC.'S SURREPLY BRIEF OR, IN THE ALTERNATIVE, TO ACCEPT MALA GEOSCIENCE AB'S RESPONSE TO SURREPLY BRIEF

On September 22, 2006, Respondent Witten Technologies, Inc. ("WTI") filed a procedurally improper Surreply in the above-captioned matter, together with a motion for acceptance of the same. The motion offered no basis for WTI's request, and a reading of the Surreply makes clear that WTI simply wanted the last word – something to which it is not entitled as the Respondent. In the alternative, if the Court accepts WTI's Surreply, Applicant Mala Geoscience AB ("Mala") respectfully requests that the Court also accept Mala's Response filed concurrently with this motion.

1

Respectfully submitted,

By: _____/s/ Thomas W. Brunner_____
Thomas W. Brunner (D.C. 170480)
Albert C. Lambert (D.C. 489562)
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7032

Timothy D. Kelly (MN 54926)
Sarah E. Bushnell (MN 0326859)
3720 IDS Center
80 South Eighth St.
Minneapolis, MN 55402
(612) 349-6171

Dated: September 29, 2006         *Attorneys for Mala Geoscience A.B.*