UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Malå Geoscience AB,**<br><br>    Applicant<br><br>  v.<br><br>**Witten Technologies, Inc.,**<br><br>    Respondent | Civil No. 1:06CV01343<br>Judge: Rosemary M. Collyer |

## ORDER

  UPON CONSIDERATION of Applicant Malå Geoscience AB's Motion to Accept Malå Geoscience AB's Response to Surreply Brief, the Applicant's Motion is hereby GRANTED.

Ordered this _____ day of _____, 2006.

                _____
                The Honorable Rosemary M. Collyer
                UNITED STATES DISTRICT JUDGE

Copies To:

Thomas W. Brunner
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006