Capital Reporting Company

Page 290

1  INTERNATIONAL CENTER FOR DISPUTE RESOLUTION

2

   In the Matter of the Arbitration Between

3

4  ------------------------x
   MALA GEOSCIENCE AB,          )
5                               )   Case No.
   Claimant and                 )   50 199 T 00261 05
6  Counterclaim Respondent      )
                                )
7             and               )
                                )   Volume II
8  Witten Technologies, Inc.    )
                                )
9  Respondent and               )
   Counterclaim Claimant.       )
10 ------------------------x

11

12           An Arbitration before

13      Arbitrator Kenneth A. Genoni
        conducted at the offices of the
14      American Arbitration Association
        Eighth Floor, 1176 I Street, Northwest
15              Washington, D.C.

16

17          Tuesday, April 25, 2006

18

19

20

21

22

Capital Reporting Company

Page 554

    Q    If you would actually flip to the following page. The e-mail looks like it is from you dated March 7, 2005. Do you see that? To Robert?

    A    I see that I had sent an e-mail but top of it.

    Q    Doesn't it say here in the middle of the page in the middle paragraph where you start with Robert and then the second paragraph:

> "I raise the question about the software and told you that you can't continue to have it in MatLab, that it is an open source code and that the cost for customer for a license is high. We have made a hardware plug for it as I also told you."

    A    You have to remember that a hardware plug is to protect from doing a copy of the software so you can never do a copy of it. It is not about the source code. Now, maybe I am not the right person to talk about technical things, but MatLab is a

**Capital Reporting Company**

Page 555

software that's often used by scientists to test algorithms and things like that.

It is never the software where you use commercial software. In MatLab you can have this two ways where either you have the source code that is open or you can protect the source code and that is what Witten has done.

Q   They had done what?

A   Protected the source code.

Q   Did they provide you their software in MatLab?

A   Yes.

Q   Aren't you saying those that MatLab has an open source code?

A   It has.

Q   So Mala does have access to Witten's source code.

A   No. Maybe we should have a technician say this. Open source code means that it is open to do anything in MatLab, but I also said just moment ago that you can protect the source code. I believe it's called "P Code" or something like

Capital Reporting Company

Page 556

1  that, that makes it not possible to get a hold of
2  the source code. This is what I get for the sort
3  of information.
4      Q    This e-mail was written in March 2005.
5  So Mala, by this point, had received the five
6  copies of Witten's software per the ESA. Correct?
7      A    Yes. We received one copy even earlier
8  than that. That was the purpose to test the
9  signals in the CART. I believe it must be 2000,
10 2001, I'm not sure of the date, but someone will
11 see one copy of the software, and then later on
12 after this agreement, I believe we will see maybe
13 in the beginning of 2003, or I'm not sure, the date
14 that we received the three copies plus the two
15 earlier.
16     Q    What I'm not understanding is where you
17 wrote:
18              "We have made a hardware plug
19              for it as I told you."
20 Why would you have to make a hardware plug for
21 it if it is already protected?
22     A    Even if the source code is protected, you

Capital Reporting Company

Page 557

1  can make a copy.  I could make thousands of copies
2  of Witten's software and send it all over the
3  world.  I thought that it was not a good situation
4  that Witten's software could become copies for
5  everyone.  It was also a way of helping with
6  Witten.
7     Q    But I could make a hundred copies of
8  Microsoft's software, and I don't believe their
9  source code is open, whereas, this, you directly
10 refer to the source code and not making copies of
11 the software.  That seems to be two different
12 issues to me.
13    A    Microsoft's software is commercially
14 available software.  All software that I know about
15 is usually written in C++, and after they are
16 compiled, which I believe is the name, everything
17 is in zeros and ones.  I believe that is correct
18 and you cannot get into the source code.
19         In MatLab you have the source code, that,
20 as I told you before, there is a way to protect
21 this, say, so that no one can get into it.
22    Q    You testified with Mr. Kelly in looking

Capital Reporting Company

Page 579

1  INTERNATIONAL CENTER FOR DISPUTE RESOLUTION

2

3  In the Matter of the Arbitration Between

4  ------------------------------x
   MALA GEOSCIENCE AB,            )
5                                 )  Case No.
   Claimant and                   )  50 199 T 00261 05
6  Counterclaim Respondent        )
                                  )
7                and              )  Volume III
                                  )
8  Witten Technologies, Inc.      )
                                  )
9  Respondent and                 )

10 Counterclaim Claimant.         )
   ------------------------------x
11
            An Arbitration before
12      Arbitrator Kenneth A. Genoni
        conducted at the offices of the
13      American Arbitration Association
        Eighth Floor, 1176 I Street, Northwest
14                Washington, D.C.

15

16        Wednesday, April 26, 2006

17

18

19

20

21

22

of money.

Q   What do you mean by a lot of money?  What did you end up doing for him?

A   We split.  We're talking about $4,000, $5,000, $6,000 or something.  I usually think it is better to get rid of and continue with business.

Q   You had some discussion with Erin yesterday about source code.  I think you testified to your understanding that we never obtained the source code for the Witten software.  Is that your understanding?

A   Yes.

Q   Was that one of the reasons why you wanted the source code to be put in the depository and entered into the exchange and settlement agreement?

A   Yes.

Q   I think you went around a little bit about the notion of whether protected source code is open source code, do you recall that?

A   Yes.

Q   I want to read a little testimony from

Mike Oristaglio and see if you agree with this testimony. This is page 261, line 13.

> "What is the date on the e-mail he is referring to?"

Then Mike says on line 17:

> "The date is November 3, 2002 on my e-mail."

The response from Tommy is:

> "November 30, 2002"

MS. LEWIS: November 20.

MR. KELLY: Sorry, you are correct.

BY MR. KELLY:

Q  (Continuing.)

> "I think in my e-mail I was telling Tommy that we were sending this CD with the executable code to Mala for their licenses and that there was attached a license agreement that went with the code asking them to sign before using the software and then there was a

1    question about the definition of
2    what he meant by Europe.
3    Question: When you say the
4    executable code, is that the
5    Witten software?
6    "Answer: That's the Witten
7    software in executable form,
8    meaning, it's machine readable
9    only. There's no source code."
10       Do you agree with that?
11   A    Yes.
12   Q    By the way, Mike is knowledgeable about
13 this stuff, isn't he?
14   A    Oh, yes, and I am not.
15   Q    Did Witten send you any financials after
16 the exchange and settlement agreement was entered
17 into on October 20, 2002?
18   A    I don't think so, but I received two, I
19 believe, but if that was before or after, I'm not
20 sure.
21   Q    Do you know whether Witten, after the
22 exchange and settlement agreement was made, took

Capital Reporting Company

Page 1256

```
1    INTERNATIONAL CENTER FOR DISPUTE RESOLUTION

2    In the Matter of the Arbitration Between

3

4    ---------------------------x

5    MALA GEOSCIENCE AB,         )

6                                )   Case No.

7    Claimant and                )   50 199 T 00261 05

8    Counterclaim Respondent     )

9                                )

10   and                         )   Volume V

11                               )

12   Witten Technologies, Inc.   )
                                 )
13   Respondent and              )
     Counterclaim Claimant.      )
     ---------------------------x

14

15            An Arbitration before
            Arbitrator Kenneth A. Genoni
16         conducted at the offices of the
           American Arbitration Association
17       Eighth Floor, 1176 I Street, Northwest
                    Washington, D.C.
18

19             Friday, April 28, 2006

20

21

22
```

    Q    Is this consistent with your recollection about when that approval occurred?

    A    Yes.

    Q    Witten has claimed, Bernth, that it sent copies of its software to Mala. Do you know whether Mala currently possesses copies of Witten's software?

    THE ARBITRATOR: Sorry, what date did you get this approved?

    MS. BUSHNELL: I think it is October 2004, the date of grant is right under the copy.

    THE WITNESS: Yes.

    MS. BUSHNELL: 10/19/2004.

    THE ARBITRATOR: Yes, I am sorry, thank you. Will you ask the question again.

BY MS. BUSHNELL:

    Q    Do you currently have copies of Witten's software?

    A    We have copies of the executable code, but nothing else.

    Q    What does it mean "the code is executable?"

    A    Executable means that we cannot change it. We cannot do anything with it. We can only run it.

    Q    Do you have access to Witten's source code?

    A    No.

    Q    Have you ever had access to Witten's source code?

    A    No.

    Q    Why can't you get to Witten's source code? Witten has said, Bernth, that they sent the copies to you in a form that was not sufficiently protected so that a knowledgeable person could go in and get access to their source code. Why is that not the case?

    A    With MatLab you can either have code that is open or you can compile it and that is called "P code" and I know of no way of getting from "P code" to anything that you can read. It is compiled. It is the protection that MatLab that gives you the ability to use.

    Q    Witten put the software in P code?

A    In P code, yes.

Q    Turn to Exhibit 8989, please. You can find it in your yellow book. This is a March 6, 2001, a letter from Walter Linder at Fager & Benson to Frank DeCosta at Finnegan & Henderson. Was Walt Linder at Fager & Benson representing you folks at Mala at this time?

A    Yes.

Q    Walt says in the first paragraph of the letter:

> "We have now had the opportunity to discuss with Bernth Johansson the inventorship issues pertaining to the claims in your draft patent application entitled 'A method and Apparatus for Identifying Varied Objects Using Ground Penetrating Radar.' On the basis of these discussions we have concluded that Bernth Johansson and possibly other Mala personnel