UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALA GEOSCIENCE AB. <br><br> Respondent in Petition to Confirm and Applicant in Application to Vacate, <br><br> v. <br><br> WITTEN TECHNOLOGIES, INC. <br><br> Petitioner in Petition to Confirm and Respondent in Application to Vacate. | Civil Action No: 1:06-1343 (RMC) |

## MOTION TO APPEAR PRO HAC VICE

Comes now <u>Bree O. Sullivan</u>, pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, and moves this Court to allow said Movant to appear of record in the above-entitled case and participate *pro hac vice* on behalf of <u>Witten Technologies, Inc</u>.

I certify that I am a member in good standing of the Georgia Bar and that in compliance with D.C.D.C. Rule 83.2(d), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D.C.D.C. rule 83.2(d), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

**THEREFORE**, Movant respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the District of Columbia.

Dated: October 12, 2006.

Respectfully submitted,

By:   /s/ Bree O. Sullivan                                By:   /s/ William Sekyi
     Bree O. Sullivan (Ga. # 691141)                 William Sekyi (DC# 480325)
     Staff Attorney, Witten Technologies, Inc.       FISH & RICHARDSON, P.C.
     109 Hampton Court                                       1425 K St., NW
     Thomasville, Ga. 31792                               11th Floor
     Tel. (229) 226-3033                                    Washington, DC 200005
     bos@ros.net                                               Tel: (205) 783-5070

*Attorney for Witten Technologies, Inc.*            *Sponsoring Attorney for Bree O. Sullivan*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALA GEOSCIENCE AB.

Respondent in Petition to Confirm and
Applicant in Application to Vacate,

v.

WITTEN TECHNOLOGIES, INC.

Petitioner in Petition to Confirm and
Respondent in Application to Vacate.

Civil Action No: 1:06-1343 (RMC)

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to D.C.D.C. Rule 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Bree O. Sullivan;

2. I practice as an in-house staff attorney for Witten Technologies, Inc. and can be reached as follows:

> Bree O. Sullivan (Ga. # 691141)
> Staff Attorney
> Witten Technologies, Inc.
> 109 Hampton Court
> Thomasville, Ga. 31792
> Tel. (229) 226-3033
> bos@ros.net

3. I have been admitted to practice in Georgia.

4. I am in good standing in all bars of which I am a member, I have not been disciplined by any bar, and no grievance proceedings have been previously or are presently filed against me in any jurisdiction;

5.I have not been admitted to practice *pro hac vice* in this Court within the past two (2) years; and

6.I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia Bar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of October, 2006.

Respectfully submitted,

By: : /s/ Bree O. Sullivan
Bree O. Sullivan (Ga. # 691141)
Staff Attorney
Witten Technologies, Inc.
109 Hampton Court
Thomasville, Ga. 31792
Tel. (229) 226-3033
bos@ros.net

*Attorney for Witten Technologies, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALA GEOSCIENCE AB.<br><br>Respondent in Petition to Confirm and Applicant in Application to Vacate,<br><br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>Petitioner in Petition to Confirm and Respondent in Application to Vacate. | Civil Action No: 1:06-1343 (RMC) |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

UPON CONSIDERATION of the Motion to Appear Pro Hac Vice, and for good cause show, the Court finds that said motion should be sustained and that Bree O. Sullivan should be and hereby is admitted to practice *pro hac vice* in the United States District Court for the District of Columbia for purposes of this case only on behalf of Witten Technologies, Inc.

ORDERED this _____ day of _____, 2006.

_____
Hon. Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE