# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALA GEOSCIENCE AB. <br><br> Respondent in Petition to Confirm and Applicant in Application to Vacate, <br><br> v. <br><br> WITTEN TECHNOLOGIES, INC. <br><br> Petitioner in Petition to Confirm and Respondent in Application to Vacate. | Civil Action No: 1:06-1343 (RMC) |

## MOTION TO APPEAR PRO HAC VICE

Comes now, <u>Erin L. G. Lewis</u>, pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, and moves this Court to allow said Movant to appear of record in the above-entitled case and participate *pro hac vice* on behalf of <u>Witten Technologies, Inc</u>.

I certify that I am a member in good standing of the Georgia Bar and that in compliance with D.C.D.C. Rule 83.2(d), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D.C.D.C. rule 83.2(d), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

**THEREFORE**, Movant respectfully requests permission to appear of record and participate *pro hac vice* before the United States District Court for the District of Columbia.

Dated: October 12, 2006.

Respectfully submitted,

| | |
|---|---|
| By:  /s/ Erin L. G. Lewis         <br>    Erin L. G. Lewis (Ga. # 450320)<br>    General Counsel<br>    Witten Technologies, Inc.<br>    3638 Overlook Avenue<br>    Macon, Ga. 31204<br>    Tel: (478) 474-6644<br>    erinlglewis@aol.com | By:  /s/ William Sekyi             <br>    William Sekyi (DC# 480325)<br>    FISH & RICHARDSON, P.C.<br>    1425 K St., NW<br>    11th Floor<br>    Washington, DC 200005<br>    Tel: (205) 783-5070 |
| *Attorney for Witten Technologies, Inc.* | *Sponsoring Attorney for Erin L. G. Lewis* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALA GEOSCIENCE AB.<br><br>Respondent in Petition to Confirm and Applicant in Application to Vacate,<br><br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>Petitioner in Petition to Confirm and Respondent in Application to Vacate. | Civil Action No: 1:06-1343 (RMC) |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Pursuant to D.C.D.C. Rule 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Erin L. G. Lewis;

2. I practice as General Counsel in-house for Witten Technologies, Inc. and can be reached as follows:

> Erin L. G. Lewis, Esq.
> Witten Technologies, Inc.
> 3638 Overlook Avenue
> Macon, Ga. 31204
> (478) 474-6644
> erinlglewis@aol.com

3. I have been admitted to practice in Georgia.

4. I am in good standing in all bars of which I am a member, I have not been disciplined by any bar, and no grievance proceedings have been previously or are presently filed against me in any jurisdiction;

5. I have not been admitted to practice *pro hac vice* in this Court within the past two (2) years ; and

6. I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia Bar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of October, 2006.

                                                      Respectfully submitted,

By:   /s/ Erin L. G. Lewis
       Erin L. G. Lewis (Ga.# 450320)
       Witten Technologies, Inc.
       3638 Overlook Avenue
       Macon, Ga. 31204
       Tel: (478) 474-6644
       erinlglewis@aol.com

*Attorney for Witten Technologies, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALA GEOSCIENCE AB.<br><br>Respondent in Petition to Confirm and Applicant in Application to Vacate,<br><br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>Petitioner in Petition to Confirm and Respondent in Application to Vacate. | Civil Action No: 1:06-1343 (RMC) |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

UPON CONSIDERATION of the Motion to Appear Pro Hac Vice, and for good cause show, the Court finds that said motion should be sustained and that <u>Erin L. G. Lewis</u> should be and hereby is admitted to practice *pro hac vice* in the United States District Court for the District of Columbia for purposes of this case only on behalf of <u>Witten Technologies, Inc.</u>

ORDERED this _____ day of _____, 2006.

_____
Hon. Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE