UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Malå Geoscience AB,**<br><br>　　　　　Applicant<br><br>　　v.<br><br>**Witten Technologies, Inc.,**<br><br>　　　　　Respondent | **Civil No. 1:06-CV-01343 (RMC)** |

**NOTICE OF CHANGE OF ADDRESS**

　　Please be advised that, effective February 1, 2007, the name of the firm representing Malå Geoscience AB in Civil Action No. 06-1343 (RMC) will change from Wiley Rein & Fielding LLP to Wiley Rein LLP.  The new address information will read as follows:

Wiley Rein LLP
1776 K Street, NW
Washington, D.C. 20006
Tel: (202) 719-7225
Fax: (202) 719-7049
tbrunner@wileyrein.com

　　The e-mail address of the lead attorney, Thomas W. Brunner, will change from tbrunner@wrf.com to tbrunner@wileyrein.com.  All telephone numbers, fax number, and firm address will remain the same.

                    Respectfully submitted,

By: _____/s/ Thomas W. Brunner_____
    Thomas W. Brunner (D.C. 170480)
    Albert C. Lambert (D.C. 489562)
    WILEY REIN LLP
    1776 K Street NW
    Washington, DC  20006
    TEL: 202.719.7225
    FAX: 202.719.7049

    Timothy D. Kelly (MN 54926)
    Sarah E. Bushnell (MN 0326859)
    Kelly & Berens, P.A.
    3720 IDS Center
    80 South Eighth St.
    Minneapolis, MN 55402
    (612) 349-6171

Dated: February 1, 2007        *Attorneys for Mala Geoscience A.B.*