UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALA GEOSCIENCE AB.<br><br>Respondent in Petition to Confirm and Applicant in Application to Vacate,<br><br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>Petitioner in Petition to Confirm and Respondent in Application to Vacate. | Civil Action No: 1:06CV01343<br>Judge: Rosemary M. Collyer |

DEFENDANT'S NOTICE OF FILING

TO: ALL COUNSEL OF RECORD

    Defendant, Witten Technologies, Inc. hereby gives notice of filing of a revised judgment entitled:

    JUDGMENT

    This 13th day of March, 2007.

                                               Respectfully submitted,

                                               /s/ Erin L. G. Lewis
                                            ERIN L. G. LEWIS, ESQ.
                                            Ga. Bar No. 450320
                                            General Counsel
                                            WITTEN TECHNOLOGIES, INC.
                                            601 Grove Parkway, SE
                                            Marietta, Ga. 30067
                                            678-398-7806 - Telephone No.
                                            erinlglewis@aol.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALA GEOSCIENCE AB.<br><br>Respondent in Petition to Confirm and Applicant in Application to Vacate,<br><br>v.<br><br>WITTEN TECHNOLOGIES, INC.<br><br>Petitioner in Petition to Confirm and Respondent in Application to Vacate. | Civil Action No: 1:06CV01343<br>Judge: Rosemary M. Collyer |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing NOTICE OF FILING has been electronically filed using the Court's CM/ECF system, a copy of same will be electronically mailed to all counsel of record in this matter.

**Thomas W. Brunner**
**Albert C. Lambert**
**Wiley Rein & Fielding, LLP**
**1776 K Street, NW**
**Washington, DC 2006**

**Timothy D. Kelly, Esq.**
**Sarah E. Bushnell, Esq.**
**Kelly & Berens, P.A.**
**3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, MN 55402**

This 13th day of March, 2007

       /s/ Erin L. G. Lewis
ERIN L. G. LEWIS, ESQ.