UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WITTEN TECHNOLOGIES, INC.,<br><br>Petitioner in Petition to Confirm and Respondent in Application to Vacate,<br><br>v.<br><br>MALA GEOSCIENCE, AB,<br><br>Respondent in Petition to Confirm and Applicant in Application to Vacate. | Civil Action No.: 1:06-cv-01343 (RMC) |

## JUDGMENT

In accordance with this Court's Order dated _____ , 2006, confirming the award of Arbitrator Kenneth A. Genoni dated July 10, 2006,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Mala Geoscience, AB, (which is located at Skolgatan 11, S-930 70 Mala, Sweden) shall pay Witten Technologies, Inc. (which is located at 1365 Windsor Harbor Drive, Jacksonville, FL 32225), in immediately available funds, the following sums, for all of which let execution issue forthwith:

   a. $261,799.00, representing the total monetary award of $456,599.80 less the partial payment of $194,800.80 made to Witten Technologies, Inc. by Mala Geoscience, AB on August 14, 2006;

   b. $_____, representing post-award, prejudgment interest on $261,799.00 at the rate of ____% per annum pursuant to NY CLS CPLR Section 5004; and

   c. post-judgment interest hereafter on the total judgment amount equal to the sum of the amounts in 1.a. and 1.b. totaling $ _____, at the rate of _____ pursuant to 28 U.S.C. Section 1961;

2. The License Agreement between Mala Geoscience, AB and Witten Technologies, Inc. effective October 1, 2002 remains in full force and effect, with Witten Technologies, Inc. retaining manufacturing rights under the License Agreement;

3. Mala Geoscience, AB shall, within 10 days from the date of this Judgment, execute, acknowledge, prove and record, a good and sufficient assignment effective as of August 15, 2006 to Witten Technologies, Inc. of any right, title or interest (including but not limited to claims for past infringement) in and to: (i) U.S. Patents 6,700,526 and 7,034,740 and all United States continuation applications that claim priority to the U.S. patent applications that issued as U.S.

        Patents 6,700,526 and 7,034,740; and (ii) all foreign patents and applications claiming priority to the U.S. patent applications that issued as U.S. patents 6,700,526 and 7,034,740, provided the specification of the foreign patent or application is essentially identical to the specification of U.S. Patent 6,700,526 and 7,034,740 (collectively, the rights in (i) and (ii) shall hereinafter be referred to as the "Patents") and shall thereafter take such further ministerial actions as may be necessary to effectuate such assignment;

4.    The assignment of the Patents described in Paragraph 3 above shall be delivered within 15 days after entry of this Judgment;

5.    In the event Mala Geoscience, AB fails, neglects or refuses for any reason to execute, acknowledge, prove, record and deliver a good and sufficient assignment to Witten Technologies, Inc. of any right, title or interest in and to the Patents within the time fixed by this Judgment, then, and in that case, this Judgment shall stand and be a good sufficient and complete conveyance from Mala Geoscience, AB to Witten Technologies, Inc. of any right, title and interest to the Patents and shall as a matter of law, be taken and held as good, complete and perfect assignment as would be the assignment described above.

Dated: _____, 2007        Nancy Mayer-Whittington, Clerk
                                                United States District Court
                                                District of Columbia

                                                By: _____,
                                                        Deputy Clerk