UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALA GEOSCIENCE AB, <br><br> Petitioner, <br><br> v. <br><br> WITTEN TECHNOLOGIES, INC., <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1343 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that WTI's motion for leave to file a surreply [Dkt. # 19] is **GRANTED**; Mala's motion to strike [Dkt. # 20] WTI's motion for leave to file surreply is **DENIED**, and both parties' surreply briefs are accepted for filing; and it is

**FURTHER ORDERED** that Petitioner's Application to Vacate Award [Dkt. # 1] and Respondent's Opposition and Petition to Confirm Award [Dkt. # 10 & 13] are **GRANTED IN PART AND DENIED IN PART**. The Award is **VACATED** in part as follows: The Arbitrator was without jurisdiction to decide questions arising under the Patent Assignment and therefore exceeded his authority when he ordered Mala to convey the Glue Patents to WTI; the portion of the Award requiring Mala to transfer the Glue Patents to WTI is **VACATED**. With regard to the remaining claims, the Award is **AFFIRMED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


Date:  May 30, 2007                             _____/s/_____
                                                ROSEMARY M. COLLYER
                                                United States District Judge