UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 29  PM 4: 44

NANCY M.
MAYER-WHITTINGTON
CLERK

MALA GEOSCIENCE AB,

    Petitioner,

    v.

WITTEN TECHNOLOGIES, INC.,

    Respondent.

Civil Action No. 06-1343 (RMC)

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

Notice is hereby given that Witten Technologies, Inc. ("WTI"), the Respondent in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the part of the Order, entered in this action on May 30, 2007 [Dkt. #27], which vacated the portion of the Award requiring Mala Geoscience AB to transfer the Glue Patents to WTI for reasons stated in Section III of the Memorandum Opinion [Dkt. #26].

Dated: June 29, 2007

By: _____/s/_____

William Sekyi (DC # 480325)
FISH & RICHARDSON, P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
TEL: (202) 783-5070

Raymond R. Castello
FISH & RICHARDSON, P.C.
Citigroup Center, 52nd Floor
153 East 53rd Street
New York, NY 10022
TEL: (212) 765-5070

*Attorneys for Witten Technologies, Inc.*

30351039.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JUN 29  PM 4: 44

NANCY M.
MAYER-WHITTINGTON
CLERK

MALA GEOSCIENCE AB,

      Petitioner,

        v.

WITTEN TECHNOLOGIES, INC.,

      Respondent.

Civil Action No. 06-1343 (RMC)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appeal to United States Court of Appeals for the District of Columbia Circuit*, was served upon:

Thomas W. Brunner
Albert C. Lambert,
Wiley Rein & Fielding, LLP
1776 K Street, NW
Washington, DC 20006
tbrunner@wrf.com
alambert@wrf.com

Timothy D. Kelley, Esq.
Sarah E. Bushnell, Esq.
Kelley & Berens, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
tkelly@kellyandberens.com
sbushnell@kellyandberens.com

the attorneys of record for each other party, via e-mail and by first-class, U.S. mail, postage prepaid, on

June 29, 2007

Allan J. Planchard