UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Malå Geoscience AB,**<br><br>       Applicant<br><br>    v.<br><br>**Witten Technologies, Inc.,**<br><br>       Respondent | Civil No. 1:06CV01343<br>Judge: Rosemary M. Collyer |

**NOTICE OF CROSS-APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

An Appeal of the May 30, 2007, final order in the above-captioned case having been noticed on June 29, 2007, Notice is hereby given that Applicant Malå Geoscience AB hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from that part of the Order of the United States District Court for the District of Columbia dated May 30, 2007 (docket #26), that confirms that certain arbitration Award dated July 10, 2006, as to 1) the finding that Witten Technologies, Inc. ("Witten") is not insolvent, and 2) the award to Witten of reimbursement for stock options delivered to its lawyer as attorneys' fees.

        Respectfully submitted,

By: _____/s/ Thomas W. Brunner_____
    Thomas W. Brunner (D.C. 170480)
    Jody H. Schwarz (D.C. 493998)
    WILEY REIN LLP
    1776 K Street NW
    Washington, DC  20006
    TEL: 202.719.7032
    FAX: 202.719.7049

    Timothy D. Kelly (MN 54926)
    Sarah E. Bushnell (MN 0326859)
    KELLY & BERENS, PA
    3720 IDS Center
    80 South Eighth St.
    Minneapolis, MN 55402
    TEL: 612.349.6171
    FAX: 612.349.6416

Dated: July 13, 2007        *Attorneys for Mala Geoscience A.B.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2007, I caused copies of the foregoing Notice of Cross-Appeal to the United States Court of Appeals for the District of Columbia Circuit to be delivered by electronic mail and first-class postage prepaid mail to the following:

William Sekyi
FISH & RICHARDSON, P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005

Raymond R. Castello
FISH & RICHARDSON, P.C.
Citigroup Center, 52nd Floor
New York, NY 10022


/s/  Jody H. Schwarz