UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Malå Geoscience AB,**<br><br>            **Applicant**<br><br>v.<br><br>**Witten Technologies, Inc.,**<br><br>            **Respondent** | **Civil No. 1:06CV01343**<br>**Judge: Rosemary M. Collyer** |

**SATISFACTION OF JUDGMENT**

The arbitration award at issue in the above-captioned action included two monetary awards that were confirmed by the U.S. District Court for the District of Columbia on or about May 30, 2007, one in the amount of $420,000.00 in favor of Respondent Witten Technologies, Inc. and against Applicant Mala Geoscience AB, and the other in the amount of $36,599.80 in favor of Respondent Witten Technologies, Inc. and against Applicant Mala Geoscience AB.  The undersigned hereby acknowledges that

said monetary awards have been paid and that this Court's judgment has been satisfied in full. The Clerk of Court is hereby authorized to satisfy and discharge said judgment of record.

WITTEN TECHNOLOGIES, INC.

By: _____
Its _____PRESIDENT_____

Subscribed and sworn to before me
this __17__ day of April, 2008.
_____Marie Wells_____
Notary Public

MARIE WELLS
Notary Public, State of Florida
My Comm. Expires May 4, 2009
Comm. No. DD0425816
Bonded thru Florida Notary Assn., Inc.