# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7104**                                    **September Term 2007**

06cv01343

**Filed On:** April 18, 2008

Mala Geoscience AB,

    Appellee

    v.

Witten Technologies, Inc.,

    Appellant

------------------------------
Consolidated with 07-7110

**BEFORE:** Sentelle, *Chief Judge*, and Randolph and Garland, *Circuit Judges*

## ORDER

Upon consideration of the joint motion for voluntary dismissal of appeal and cross-appeal, it is

**ORDERED** that the motion be granted and these cases are hereby dismissed. No mandate shall issue.

**Per Curiam**

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                    BY:    /s/
                                                        Cheri Carter
                                                        Deputy Clerk